UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-6507-Civ-Middlebrooks

SONY MUSIC ENTERTAINMENT INC.,
et al.,

    Plaintiffs,

vs.

GLOBAL ARTS PRODUCTIONS, et al.,

    Defendants.
_____/



### NOTICE OF FILING RETURNS OF SERVICE

Plaintiffs, SONY MUSIC ENTERTAINMENT, INC., et al., by and through undersigned counsel, hereby give notice of filing the original returns of service on the following defendants: Danny Jordan, Jack Millman, Stack-O-Hits, c/o Jack Millman and Saturn Records, c/o Jack Millman.

DATED this ____ day of June, 1998.

        Attorneys for Plaintiffs

        RUSSELL J. FRACKMAN
        YAKUB HAZZARD
        MITCHELL, SILBERBERG & KNUPP LLP
        11377 West Olympic Boulevard
        Los Angeles, CA 90064-1683
        Telephone: (310) 312-2000
        Facsimile: (310) 312-3100



KAREN L. STETSON
2350 Prairie Avenue
Miami, FL 33140
Telephone: (305) 532-4845
Facsimile: (305) 604-0598


By: _____
      Karen L. Stetson

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Filing Returns of Service was mailed to Jack Millman, 56 Brims Mesa Road, Sedona, AZ 86336; Saturn Records c/o Jack Millman, 56 Brims Mesa Road, Sedona, AZ 86336; Stack-O-Hits, c/o Jack Millman, 56 Brims Mesa Road, Sedona, AZ 86336; Danny Jordan, 4022 N.W. 73rd Avenue, Coral Springs, Florida; and Global Arts Productions, c/o Danny Jordan, 4022 N.W. 73rd Avenue, Coral Springs, Florida, this 9th day of June, 1998.

KAREN L. STETSON

## RETURN OF SERVICE AFFIDAVIT
<u>DANNY JORDAN</u>

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>THE SOUTHERN DISTRICT OF FLORIDA | CASE: 98-6507 MIDDLEBROOKS<br>CIVIL DIVISION |

Sony Music Entertainment Inc., Et Al.

ORIGINAL SUMMONS
20 DAY / COMPLAINT

vs.

Global Arts Products, Et Al.

Pursuant to the request of Russell J. Frackman, Esq., 11377 W. Olympic Blvd., Los Angeles, CA. BILL GREENBERG SPECIAL SERVICES, INC., received this process on May 19, 1998 at 03:30 P.M.

I, **JEAN-MARIE JEAN-BAPTISTE** served same on <u>**DANNY JORDAN**</u>, at **4022 N.W. 73RD AVE., CORAL SPRINGS, FL** on **MAY 21, 1998** at **05:19 P.M.**

### SUBSTITUTE SERVICE RESIDENCE

By serving a copy of the original process, and a copy of the complaint, petition or initial pleading at the defendant's usual place of abode on a person permanently residing therein, to wit, **MALISSA FLORIO (CO-RESIDENT)**, who is 15 years of age or older and informing the person of the contents. FS 48.031(1)(a).

I ACKNOWLEDGE that I am authorized to serve process, in good standing in the jurisdiction wherein this process was served and I have no interest in the above action.

The foregoing instrument was acknowledged before me this 05/26/98 by the process server who is personally known to me.

_____
NOTARY PUBLIC

INDEX   62974

WILLIE McHORNE
Comm. No. CC736486
My Comm. Exp April 23, 2002

BILL GREENBERG SPECIAL SERVICES, INC.
19085 NE 3RD COURT
MIAMI, FL 33179
OFFICE (305) 770-4438

_____
JEAN-MARIE JEAN-BAPTISTE (379)

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

SONY MUSIC ENTERTAINMENT INC., et al.,

    Plaintiffs,

V.

GLOBAL ARTS PRODUCTIONS, et al.,

    Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER: **98-6507**

**CIV-MIDDLEBROOKS**

MAGISTRATE JUDGE
BROWN

TO: (Name and address of defendant)

DANNY JORDAN
7160 NOB HILL ROAD, SUITE 135
TAMARAC, FLORIDA 33321

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RUSSELL J. FRACKMAN, ESQ.
Mitchell Silberberg & Knupp, L.L.P.
Trident Center
11377 West Olympic Boulevard
Los Angeles, California 90084-1683

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

REC'D 5/19/98 — 3:30 P.M
SERVED MALISSA FIORIO
DATE 5/21/98 TIME 5:19 P.M
JEAN BAPTISTE, JEAN MARIE
CERT./APPT. IN THE 17 JUDICIAL CIRCUIT COURT

Carlos Juenke

CLERK

(BY) DEPUTY CLERK

DATE MAY 18 1998

RUSSELL J. FRACKMAN
11377 WEST OLYMPIC BLVD.
LOS ANGELES CA 90084-1683

Bar#

## IN THE UNITED STATES DISTRICT COURT OF THE STATE OF FLORIDA
## IN AND FOR THE COUNTY OF

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT INC.,ET AL   Plaintiff | NO. **98-6507** |
| vs. | AFFIDAVIT OF SERVICE |
| GLOBAL ARTS PRODUCTIONS, ET AL          Defendant | |

**GUY ECKLUND**, being duly sworn, states: that he/she is duly qualified to serve process in this cause, having been so appointed by the court, that he/she received the following document(s) in this action:

SEE ATTACHED AFFIDAVIT EXHIBIT "A"

from RUSSELL J. FRACKMAN on 05/19/98, attorney(s) for the PLAINTIFF;
that he/she personally served the same upon the party/parties in the manner named below:

**NAME:** JACK MILLMAN

**DATE & TIME:** 05/22/98  4:59 PM
**PLACE :**     56 BRIMS MESA ROAD SEDONA, ARIZONA   86336
**MANNER:** In person.
        At residence
        Described as male, age 53, CAUC, 6ft. tall, 170lbs., BROWN hair,

Statement of Costs
| | |
|---|---|
| Service | $ 10.00 |
| Rush | $  5.00 |
| Document Prep | $  5.00 |
| 50 Miles @ 1.50 | $ 75.00 |
| 30 Miles @ 1.50 | $ 45.00 |
| | $   .00 |
| | $   .00 |
| | $   .00 |
| Total | $ 140.00 |

GUY ECKLUND Process Server Registered in COCONINO County

Subscribed and sworn to before me on _____ 05/27/98
                                                Date

_____
Notary Public

Northern Arizona Investigations P.O. BOX 1326 FLAGSTAFF, AZ 86002 (520) 779-2823
4980688 -03



OFFICIAL SEAL
JANET K. SHEPARD
NOTARY PUBLIC - STATE OF ARIZONA
COCONINO COUNTY
My commission expires June 30, 2001.

AFFIDAVIT EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA

SONY MUSIC ENTERTAINMENT INC., ET AL.
V.                                                                                              IN CASE NO 98-6507
GLOBAL ARTS PRODUCTIONS, ET AL.

LIST OF DOCUMENTS SERVED

-SUMMONS IN A CIVIL CASE
-DATED LETTER
-COMPLAINT FOR DECLARATORY RELIEF; INFRINGEMENT OF COPYRIGHTS; CONTRIBUTORY INFRINGEMENT OF COPYRIGHTS; VICARIOUS INFRINGEMENT OF COPYRIGHTS; CONVERSION; COMMON LAW COPYRIGHT INFRINGEMENT; UNFAIR COMPETITION; FALSE DESIGNATION OF ORIGIN; AND CIVIL CONSPIRACY
-DEMAND FOR JURY TRIAL
-RIAA V. GLOBAL ARTS SCHEDULE A, B
-PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY AND TO EXCEED LIMITATIONS OF LOCAL RULE 26.1(G)(2); AND
-MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF
-DOCUMENTS AND THINGS TO BE PRODUCED
-INTERROGATORIES
-PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT DANNY JORDAN
-PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT STACK-O-HITS
-PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT JACK MILLMAN
-PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT GLOBAL ARTS PRODUCTIONS
-PLAINTIFFS; FIRST SET OF INTERROGATORIES TO DEFENDANT GLOBAL ARTS PRODUCTIONS
-PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT SATURN RECORDS
-PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT STACK-O-HITS
-PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT JACK MILLMAN
-PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT JACK MILLMAN
-PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT DANNY JORDAN
-PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT SATURN RECORDS

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

SONY MUSIC ENTERTAINMENT INC., et al.,

    Plaintiffs,

V.

GLOBAL ARTS PRODUCTIONS, et al.,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 98-6507
## CIV-MIDDLEBROOKS
MAGISTRATE JUDGE
BROWN

TO: (Name and address of defendant)

JACK MILLMAN
56 BRIMS MESA ROAD
SEDONA, ARIZONA 86336

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RUSSELL J. FRACKMAN, ESQ.
Mitchell Silberberg & Knupp, L.L.P.
Trident Center
11377 West Olympic Boulevard
Los Angeles, California 90084-1683

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Carlos Juenke

CLERK

(BY) DEPUTY CLERK

DATE: MAY 1 8 1998

RUSSELL J. FRACKMAN
11377 WEST OLYMPIC BLVD.
LOS ANGELES CA 90084-1683

Bar#

## IN THE UNITED STATES DISTRICT COURT OF THE STATE OF FLORIDA
## IN AND FOR THE COUNTY OF

| | | |
|---|---|---|
| SONY MUSIC ENTERTAINMENT INC., ET AL   Plaintiff | | NO. **98-6507** |
| vs. | | AFFIDAVIT OF SERVICE |
| GLOBAL ARTS PRODUCTIONS, ET AL    Defendant | | |

**GUY ECKLUND**, being duly sworn, states: that he/she is duly qualified to serve process in this cause, having been so appointed by the court, that he/she received the following document(s) in this action:

SEE ATTACHED AFFIDAVIT EXHIBIT "A"

from RUSSELL J. FRACKMAN on 05/19/98, attorney(s) for the PLAINTIFF;
that he/she personally served the same upon the party/parties in the manner named below:

**NAME:** STACK-O-HITS
        C/O JACK MILLMAN

**DATE & TIME:** 05/22/98  4:59 PM
**PLACE :**    56 BRIMS MESA ROAD SEDONA, ARIZONA   86336
**MANNER:** In person.
        At residence
        Described as male, age 53, CAUC, 6ft. tall, 170lbs., BROWN hair,

Statement of Costs
Service        $ 10.00
               $  .00
               $  .00
               $  .00
               $  .00
               $  .00
               $  .00
               $  .00
Total          $ 10.00

GUY ECKLUND Process Server registered in COCONINO County

Subscribed and sworn to before me on _____ 05/27/98
                                                  Date

_____
Notary Public

**Northern Arizona Investigations P.O. BOX 1326 FLAGSTAFF, AZ 86002 (520) 779-2823**
4980688 -02



OFFICIAL SEAL
**JANET K. SHEPARD**
NOTARY PUBLIC - STATE OF ARIZONA
COCONINO COUNTY
My commission expires June 30, 2001.

AFFIDAVIT EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA

SONY MUSIC ENTERTAINMENT INC., ET AL.
V.                                              IN CASE NO 98-6507
GLOBAL ARTS PRODUCTIONS, ET AL.

LIST OF DOCUMENTS SERVED

-SUMMONS IN A CIVIL CASE
-DATED LETTER
-COMPLAINT FOR DECLARATORY RELIEF; INFRINGEMENT OF COPYRIGHTS; CONTRIBUTORY INFRINGEMENT OF COPYRIGHTS; VICARIOUS INFRINGEMENT OF COPYRIGHTS; CONVERSION; COMMON LAW COPYRIGHT INFRINGEMENT; UNFAIR COMPETITION; FALSE DESIGNATION OF ORIGIN; AND CIVIL CONSPIRACY
-DEMAND FOR JURY TRIAL
-RIAA V. GLOBAL ARTS SCHEDULE A, B
-PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY AND TO EXCEED LIMITATIONS OF LOCAL RULE 26.1(G)(2); AND
-MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF
-DOCUMENTS AND THINGS TO BE PRODUCED
-INTERROGATORIES
-PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT DANNY JORDAN
-PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT STACK-O-HITS
-PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT JACK MILLMAN
-PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT GLOBAL ARTS PRODUCTIONS
-PLAINTIFFS; FIRST SET OF INTERROGATORIES TO DEFENDANT GLOBAL ARTS PRODUCTIONS
-PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT SATURN RECORDS
-PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT STACK-O-HITS
-PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT JACK MILLMAN
-PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT JACK MILLMAN
-PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT DANNY JORDAN
-PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT SATURN RECORDS

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

SONY MUSIC ENTERTAINMENT INC., et al.,

   Plaintiffs,

V.

GLOBAL ARTS PRODUCTIONS, et al.,

   Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **98-6507**

**CIV-MIDDLEBROOKS**

**MAGISTRATE JUDGE BROWN**

TO: (Name and address of defendant)

STACK-O-HITS
c/o JACK MILLMAN
56 BRIMS MESA ROAD
SEDONA, ARIZONA 86336

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RUSSELL J. FRACKMAN, ESQ.
Mitchell Silberberg & Knupp, L.L.P.
Trident Center
11377 West Olympic Boulevard
Los Angeles, California 90084-1683

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Carlos Juenke

CLERK

(BY) DEPUTY CLERK

MAY 1 8 1998

DATE

RUSSELL J. FRACKMAN
11377 WEST OLYMPIC BLVD.
LOS ANGELES CA 90084-1683

Bar #

### IN THE UNITED STATES DISTRICT COURT OF THE STATE OF FLORIDA
### IN AND FOR THE COUNTY OF

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT INC.,ET AL   Plaintiff | NO. 98-6507 |
| vs. | AFFIDAVIT OF SERVICE |
| GLOBAL ARTS PRODUCTIONS, ET AL   Defendant | |

**GUY ECKLUND**, being duly sworn, states: that he/she is duly qualified to serve process in this cause, having been so appointed by the court, that he/she received the following document(s) in this action:

SEE ATTACHED AFFIDAVIT EXHIBIT "A"

from RUSSELL J. FRACKMAN on 05/19/98, attorney(s) for the PLAINTIFF;
that he/she personally served the same upon the party/parties in the manner named below:

**NAME:** SATURN RECORDS
C/O JACK MILLMAN

**DATE & TIME:** 03/22/98  4:59 PM
**PLACE :**     56 BRIMS MESA ROAD SEDONA, ARIZONA   86336
**MANNER:** In person.
      At residence.

Statement of Costs
Service          $  10.00
                 $    .00
                 $    .00
                 $    .00
                 $    .00
                 $    .00
                 $    .00
                 $    .00
Total            $  10.00

GUY ECKLUND Process Server registered in COCONINO County

Subscribed and sworn to before me on _____ 05/27/98
                                                   Date

_____
Notary Public

**Northern Arizona Investigations P.O. BOX 1326 FLAGSTAFF, AZ 86002 (520) 779-2823**
**4980688 -01**



OFFICIAL SEAL
JANET K. SHEPARD
NOTARY PUBLIC - STATE OF ARIZONA
COCONINO COUNTY
My commission expires June 30, 2001.

AFFIDAVIT EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA

SONY MUSIC ENTERTAINMENT INC., ET AL.
V.                                                                    IN CASE NO 98-6507
GLOBAL ARTS PRODUCTIONS, ET AL.

LIST OF DOCUMENTS SERVED

-SUMMONS IN A CIVIL CASE
-DATED LETTER
-COMPLAINT FOR DECLARATORY RELIEF; INFRINGEMENT OF COPYRIGHTS; CONTRIBUTORY INFRINGEMENT OF COPYRIGHTS; VICARIOUS INFRINGEMENT OF COPYRIGHTS; CONVERSION; COMMON LAW COPYRIGHT INFRINGEMENT; UNFAIR COMPETITION; FALSE DESIGNATION OF ORIGIN; AND CIVIL CONSPIRACY
-DEMAND FOR JURY TRIAL
-RIAA V. GLOBAL ARTS SCHEDULE A, B
-PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY AND TO EXCEED LIMITATIONS OF LOCAL RULE 26.1(G)(2); AND
-MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF
-DOCUMENTS AND THINGS TO BE PRODUCED
-INTERROGATORIES
-PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT DANNY JORDAN
-PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT STACK-O-HITS
-PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT JACK MILLMAN
-PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT GLOBAL ARTS PRODUCTIONS
-PLAINTIFFS; FIRST SET OF INTERROGATORIES TO DEFENDANT GLOBAL ARTS PRODUCTIONS
-PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT SATURN RECORDS
-PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT STACK-O-HITS
-PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT JACK MILLMAN
-PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT JACK MILLMAN
-PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT DANNY JORDAN
-PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT SATURN RECORDS

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

SONY MUSIC ENTERTAINMENT INC., et al.,

    Plaintiffs,

V.

GLOBAL ARTS PRODUCTIONS, et al.,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **98-6507**

**CIV-MIDDLEBROOKS**

MAGISTRATE JUDGE
BROWN

TO: (Name and address of defendant)

SATURN RECORDS
c/o JACK MILLMAN
56 BRIMS MESA ROAD
SEDONA, ARIZONA 86336

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RUSSELL J. FRACKMAN, ESQ.
Mitchell Silberberg & Knupp, L.L.P.
Trident Cwenter
11377 West Olympic Boulevard
Los Angeles, California 90084-1683

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Carlos Juenke

CLERK

(BY) DEPUTY CLERK

DATE: MAY 1 5 1998