*694100*
*$ 150.00*

1  | RUSSELL J. FRACKMAN
   | YAKUB HAZZARD
2  | MITCHELL, SILBERBERG & KNUPP LLP
   | 11377 West Olympic Boulevard
3  | Los Angeles, CA 90064-1683
   | Telephone: (310) 312-2000
4  | Facsimile: (310) 312-3100

5  | KAREN L. STETSON
   | 2350 Prairie Avenue
6  | Miami, FL 33140
   | Telephone: (305) 532-4845
7  | Facsimile: (305) 604-0598

8  | Attorneys for Plaintiffs

9

10 |              UNITED STATES DISTRICT COURT

11 |              SOUTHERN DISTRICT OF FLORIDA

12

13 | SONY MUSIC ENTERTAINMENT INC., a        CASE NO. 98-6507-Civ-Middlebrooks
   | corporation; A & M RECORDS, INC., a
14 | corporation; BMG MUSIC, d/b/a THE RCA    **MOTION FOR SPECIAL**
   | RECORD LABEL, a general partnership;     **APPEARANCE**
15 | CAPITOL RECORDS, INC., a corporation;
   | ELEKTRA ENTERTAINMENT, a division of
16 | WARNER COMMUNICATIONS, INC., a
   | corporation; MCA RECORDS, INC., a
17 | corporation; POLYGRAM RECORDS, INC.,
   | a corporation; and WARNER BROS.
18 | RECORDS INC., a corporation,

19 |                     Plaintiffs,

20 |        v.

21 | GLOBAL ARTS PRODUCTIONS, an entity
   | of unknown form; DANNY JORDAN, an
22 | individual; SATURN RECORDS, an entity of
   | unknown form; STACK-O-HITS, an entity of
23 | unknown form; and JACK MILLMAN, an
   | individual,
24
   |                     Defendants.
25

26

27

28

Mitchell Silberberg &
Knupp LLP

0003289.1

## MOTION

Movants, Russell J. Frackman, Esquire, and Yakub Hazzard, Esquire, of the law firm of Mitchell, Silberberg & Knupp, LLP, 11377 West Olympic Boulevard, Los Angeles, California 90064-1683, pursuant to Rule 4(B), request this Court's permission to specially appear as counsel of record on behalf of plaintiffs in the above-captioned matter.  In support of their motion, movants state:

1.      Movant Russell J. Frackman, Esquire, currently is a member in good standing of the Bar of the United States District Court for the Central District of California and has been for 27 years.

2.      Movant Yakub Hazzard, Esquire, currently is a member in good standing of the Bar of the United States District Court for the Central District of California and has been for 7 years.

3.      Movants certify that they have reviewed and are familiar with the Local Rules of the United States District Court for the Southern District of Florida.

Mitchell Silberberg &
Knupp LLP

0003289.1

- 2 -

1        4.        Movants designate Karen L.  Stetson, Esquire, 2350 Prairie Avenue, P.O.

2   Box 2731, Miami Beach, Florida 33140 as local counsel with whom the Court and opposing

3   counsel may readily communicate regarding the conduct of the case and upon whom papers shall

4   be served.  Ms.  Stetson is currently a member in good standing of the Bar of the United States

5   District Court for the Southern District of Florida and has been for 11 years.

8   DATED:  May 13, 1998                    MITCHELL SILBERBERG & KNUPP LLP
                                             RUSSELL J. FRACKMAN
9                                            YAKUB HAZZARD

10                                                      and

11                                           KAREN L. STETSON

12                                           By:

                                             RUSSELL J. FRACKMAN

14                                           By:

                                             YAKUB HAZZARD
15                                           Attorneys for Plaintiffs

- 3 -

0003289.1

## CONSENT TO DESIGNATION

Undersigned counsel hereby consents to the foregoing designation as local counsel with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served in accordance with Rule 4(B) of the Admission and Practice Rules of the Court.

KAREN L. STETSON, ESQ.
Attorney for Plaintiff
Florida Bar No. 742937
P.O. Box 2731
Miami Beach, Florida 33140
(305) 532-4845
(305) 604-0598 Facsimile

By: _Karen L. Stetson_
    Karen L. Stetson

-4-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Special

Appearance was mailed to Jack Millman, 56 Brims Mesa Road, Sedona, AZ 86336; Saturn

Records c/o Jack Millman, 56 Brims Mesa Road, Sedona, AZ 86336; Stack-O-Hits, c/o Jack

Millman, 56 Brims Mesa Road, Sedona, AZ 86336; Danny Jordan, 4022 N.W. 73rd Avenue, Coral

Springs, Florida; and Global Arts Productions, c/o Danny Jordan, 4022 N.W. 73rd Avenue, Coral

Springs, Florida, this 9th day of June, 1998.

_____

KAREN L. STETSON