UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, INC. a corporation; A & M RECORDS, INC., a corporation; BMG MUSIC, d/b/a THE RCA RECORD LABEL, a general partnership; CAPITOL RECORDS, INC., a corporation; ELEKTRA ENTERTAINMENT, a division of WARNER COMMUNICATIONS, INC., a corporation; MCA RECORDS, INC., a corporation; POLYGRAM RECORDS, INC., a corporation; and WARNER BROS. RECORDS, INC., a corporation,<br><br>                            Plaintiffs<br><br>VERSUS<br><br>GLOBAL ARTS PRODUCTIONS, an entity of unknown form; JACK MILLMAN, an individual; SATURN RECORDS, an entity of unknown form; STACK-O-HITS, an entity of unknown form; and JACK MILLMAN, an individual,<br><br>                            Defendants | CIVIL ACTION NO. 98-6507 *Middlebrooks*<br><br>DEFENDANT STACK-O-HITS'<br>ANSWER AND AFFIRMATIVE<br>DEFENSES<br><br>**NIGHT BOX**<br>**FILED**<br><br>JUL 27 19*<br><br>CARLOS JUENKE<br>CLERK, USDC / SDFL / MIA |

## ANSWER

NOW COMES Defendant STACK-O-HITS, through undersigned counsel, who hereby answers the Plaintiffs' Complaint as follows:

1. Defendant STACK-O-HITS denies the allegations contained in Paragraph 1 of the Plaintiffs' Complaint.

2. Defendant STACK-O-HITS denies the allegations contained in Paragraph 2 of the Plaintiffs' Complaint.

3. Defendant STACK-O-HITS denies the allegations contained in Paragraph 3 of the

Page 1



Plaintiffs' Complaint.

4. Defendant STACK-O-HITS denies the allegations contained in Paragraph 4 of the Plaintiffs' Complaint.

5. Defendant STACK-O-HITS denies the allegations contained in Paragraph 5 of the Plaintiffs' Complaint.

6. Defendant STACK-O-HITS denies the allegations contained in Paragraph 6 of the Plaintiffs' Complaint.

7. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 7 of the Plaintiffs' Complaint.

8. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 8 of the Plaintiffs' Complaint.

9. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 9 of the Plaintiffs' Complaint.

10. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 10 of the Plaintiffs' Complaint.

11. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 11 of the Plaintiffs' Complaint.

12. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 12 of the Plaintiffs' Complaint.

13. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 13 of the Plaintiffs' Complaint.

14. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 14 of the Plaintiffs' Complaint.

15. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 15 of the Plaintiffs' Complaint.

16. Defendant STACK-O-HITS is without sufficient information to either admit or deny the allegations contained in Paragraph 16 of the Plaintiffs' Complaint.

17. Defendant STACK-O-HITS is without sufficient information to either admit or deny the allegations contained in Paragraph 17 of the Plaintiffs' Complaint.

18. Defendant STACK-O-HITS admits the allegations as to Defendant STACK-O-HITS's residence and denies the allegations contained in Paragraph 18 of the Plaintiffs' Complaint.

19. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 20 of the Plaintiffs' Complaint.

20. Defendant STACK-O-HITS denies the allegations contained in Paragraph 20 of the Plaintiffs' Complaint.

21. Defendant STACK-O-HITS is without sufficient information to admit or deny the allegations contained in Paragraph 21 of the Plaintiffs' Complaint.

22. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 22 of the Plaintiffs' Complaint.

23. Defendant STACK-O-HITS denies the allegations contained in Paragraph 23 of the Plaintiffs' Complaint.

24. Defendant STACK-O-HITS denies the allegations contained in Paragraph 24 of the Plaintiffs' Complaint.

25. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 25 of the Plaintiffs' Complaint.

26. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 26 of the Plaintiffs' Complaint.

27. Defendant STACK-O-HITS denies the allegations contained in Paragraph 27 of the Plaintiffs' Complaint.

28. Defendant STACK-O-HITS is without sufficient information to admit or deny the allegations contained in Paragraph 28 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 28 as to Defendant STACK-O-HITS.

29. Defendant STACK-O-HITS denies the allegations contained in Paragraph 29 of the Plaintiffs' Complaint.

30. Defendant STACK-O-HITS is without sufficient information to admit or deny the allegations contained in Paragraph 30 of the Plaintiffs' Complaint.

31. Defendant STACK-O-HITS incorporates by this reference each and every answer contained in Paragraph 1 through 30, inclusive.

32. Defendant STACK-O-HITS denies allegations contained in Paragraph 32 of the Plaintiffs' Complaint.

33. Defendant STACK-O-HITS denies the allegations contained in Paragraph 33 of the Plaintiffs' Complaint.

34. Defendant STACK-O-HITS denies the allegations contained in Paragraph 34 of the Plaintiffs' Complaint.

35. Defendant STACK-O-HITS incorporates by this reference each and every answer contained in Paragraph 1 through 30, inclusive.

36. Defendant STACK-O-HITS denies the allegations contained in Paragraph 36 of the

Plaintiffs' Complaint.

37. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 37 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 37 as to Defendant STACK-O-HITS.

38. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 38 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 38 as to Defendant STACK-O-HITS.

39. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 39 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 39 as to Defendant STACK-O-HITS.

40. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 40 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 40 as to Defendant STACK-O-HITS.

41. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 41 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 41 as to Defendant STACK-O-HITS.

42. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 42 of the Plaintiffs' Complaint as to the other

Defendants in this action, and denies the allegations contained in Paragraph 42 as to Defendant STACK-O-HITS.

43. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 43 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 43 as to Defendant STACK-O-HITS.

44. Defendant STACK-O-HITS incorporates by this reference each and every answer contained in Paragraph 1 through 30, and 36 through 41, inclusive.

45. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 45 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 45 as to Defendant STACK-O-HITS.

46. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 46 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 46 as to Defendant STACK-O-HITS.

47. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 47 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 47 as to Defendant STACK-O-HITS.

48. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 48 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 48 as to

Defendant STACK-O-HITS.

49. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 49 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 49 as to Defendant STACK-O-HITS.

50. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 50 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 50 as to Defendant STACK-O-HITS.

51. Defendant STACK-O-HITS incorporates by this reference each and every answer contained in Paragraph 1 through 30, and 36 through 41, inclusive.

52. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 52 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 52 as to Defendant STACK-O-HITS.

53. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 53 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 53 as to Defendant STACK-O-HITS.

54. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 54 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 54 as to Defendant STACK-O-HITS.

55. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 55 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 55 as to Defendant STACK-O-HITS.

56. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 56 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 56 as to Defendant STACK-O-HITS.

57. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 57 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 57 as to Defendant STACK-O-HITS.

58. Defendant STACK-O-HITS incorporates by this reference each and every answer contained in Paragraph 1 through 30, inclusive.

59. Defendant STACK-O-HITS denies the allegations contained in Paragraph 59 of the Plaintiffs' Complaint.

60. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 60 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 60 as to Defendant STACK-O-HITS.

61. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 61 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 61 as to

Defendant STACK-O-HITS.

62. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 62 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 62 as to Defendant STACK-O-HITS.

63. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 63 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 63 as to Defendant STACK-O-HITS.

64. Defendant STACK-O-HITS incorporates by this reference each and every answer contained in Paragraph 1 through 30, inclusive.

65. Defendant STACK-O-HITS denies the allegations contained in Paragraph 65 of the Plaintiffs' Complaint.

66. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 66 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 66 as to Defendant STACK-O-HITS.

67. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 67 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 67 as to Defendant STACK-O-HITS.

68. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 68 of the Plaintiffs' Complaint as to the other

Defendants in this action, and denies the allegations contained in Paragraph 68 as to Defendant STACK-O-HITS.

69. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 69 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 69 as to Defendant STACK-O-HITS.

70. Defendant STACK-O-HITS incorporates by this reference each and every answer contained in Paragraph 1 through 30, inclusive.

71. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 71 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 71 as to Defendant STACK-O-HITS.

72. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 72 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 72 as to Defendant STACK-O-HITS.

73. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 73 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 73 as to Defendant STACK-O-HITS.

74. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 74 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 74 as to

Defendant STACK-O-HITS.

Defendant STACK-O-HITS.

75. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 75 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 75 as to Defendant STACK-O-HITS.

76. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 76 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 76 as to Defendant STACK-O-HITS.

77. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 77 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 77 as to Defendant STACK-O-HITS.

78. Defendant STACK-O-HITS incorporates by this reference each and every answer contained in Paragraph 1 through 30, inclusive.

79. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 79 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 79 as to Defendant STACK-O-HITS.

80. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 80 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 80 as to Defendant STACK-O-HITS.

81. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 81 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 81 as to Defendant STACK-O-HITS.

82. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 82 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 82 as to Defendant STACK-O-HITS.

83. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 83 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 83 as to Defendant STACK-O-HITS.

84. Defendant STACK-O-HITS incorporates by this reference each and every answer contained in Paragraph 1 through 30, 32 through 34, 36 through 41, 45 through 47, 52 through 54, 59 and 60, 65 and 66, 70 through 73, and 79 through 82, inclusive.

85. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 85 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 85 as to Defendant STACK-O-HITS.

86. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 86 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 86 as to Defendant STACK-O-HITS.

87. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 87 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 87 as to Defendant STACK-O-HITS.

88. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 88 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 88 as to Defendant STACK-O-HITS.

89. Defendant STACK-O-HITS is without sufficient information to either admit nor deny the allegations contained in Paragraph 89 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 89 as to Defendant STACK-O-HITS.

WHEREFORE Defendant STACK-O-HITS hereby requests judgment in favor of the Defendant STACK-O-HITS on all Counts in the Plaintiffs' Complaint.

Defendant STACK-O-HITS, through undersigned counsel, asserts affirmative defenses to the Plaintiffs' Complaint as follows:

### FIRST AFFIRMATIVE DEFENSE:

### Failure of Subject Matter Jurisdiction

1. Defendant STACK-O-HITS asserts that any of the alleged acts and omissions engaged in by Defendant STACK-O-HITS that are alleged in the Plaintiffs' Complaint did not occur within the jurisdictional limitations of the United States.

2. Defendant STACK-O-HITS further asserts that the causes of action asserted by the

Plaintiffs are based upon the laws of the United States and do not apply in certain foreign jurisdictions.

3. Defendant STACK-O-HITS further asserts that the Plaintiffs have failed to assert causes of action based upon the appropriate foreign jurisdiction where any alleged acts and omission engaged in by Defendant STACK-O-HITS occurred.

4. Defendant STACK-O-HITS further asserts that, as a result of the assertions contained in the foregoing three Paragraphs, this Court is lacking the capacity to apply the appropriate foreign laws in the instant litigation and, therefore, lacks subject matter jurisdiction.

5. WHEREFORE Defendant STACK-O-HITS hereby requests judgment in favor of the Defendant STACK-O-HITS on all Counts in the Plaintiffs' Complaint.

## SECOND AFFIRMATIVE DEFENSE:

### Laches

6. Defendant STACK-O-HITS asserts that Plaintiffs have failed to adequately assert any rights claimed by Plaintiffs in a timely fashion and that all of the Plaintiffs' causes of action in the Plaintiffs Complaint are barred by the doctrine of laches.

7. WHEREFORE Defendant STACK-O-HITS hereby requests judgment in favor of the Defendant STACK-O-HITS on all Counts in the Plaintiffs' Complaint.

## THIRD AFFIRMATIVE DEFENSE:

### Statute of Limitations

8. Defendant STACK-O-HITS asserts that Plaintiffs have failed to bring the causes of actions contained in the Plaintiffs' Complaint within the time period prescribed by statute or common law.

9. WHEREFORE Defendant STACK-O-HITS hereby requests judgment in favor of the

Defendant STACK-O-HITS on all Counts in the Plaintiffs' Complaint.

## FOURTH AFFIRMATIVE DEFENSE:

### Acquiescence and/or Abandonment

10. Defendant STACK-O-HITS asserts that, to the extent that any of the allegations contained in the Plaintiffs' Complaint are found to be true, Plaintiffs have acquiesced to the conduct of one or more of the Defendants, or otherwise abandoned the rights claimed by Plaintiffs under common and statutory law.

11. WHEREFORE Defendant STACK-O-HITS hereby requests judgment in favor of the Defendant STACK-O-HITS on all Counts in the Plaintiffs' Complaint.

## FIFTH AFFIRMATIVE DEFENSE:

### Adverse Possession

12. Defendant STACK-O-HITS asserts that, to the extent that any of the allegations contained in the Plaintiffs' Complaint are found to be true, one or more of the Defendants have acquired the rights claimed by Plaintiffs as a result of the doctrine and laws concerning adverse possession.

13. WHEREFORE Defendant STACK-O-HITS hereby requests judgment in favor of the Defendant STACK-O-HITS on all Counts in the Plaintiffs' Complaint.

## SIXTH AFFIRMATIVE DEFENSE:

### Unclean Hands

14. Defendant STACK-O-HITS asserts that, to the extent that any of the allegations contained in the Plaintiffs' Complaint are found to be true, Plaintiffs are barred from recovering on all of the causes of actions contained in the Plaintiffs' Complaint as a result of the same or similar conduct by the Plaintiffs; the Plaintiffs, by engaging in said conduct, have "unclean

Page 15

hands" and cannot come to this Court to obtain the requested relief prayed for in the Plaintiffs' Complaint.

15. WHEREFORE Defendant STACK-O-HITS hereby requests judgment in favor of the Defendant STACK-O-HITS on all Counts in the Plaintiffs' Complaint.

### SEVENTH AFFIRMATIVE DEFENSE:

**Personal Jurisdiction**

16. Defendant STACK-O-HITS asserts that this Court does not personal jurisdiction over the Defendant STACK-O-HITS.

17. WHEREFORE Defendant STACK-O-HITS hereby requests judgment in favor of the Defendant STACK-O-HITS on all Counts in the Plaintiffs' Complaint.

### EIGHTH AFFIRMATIVE DEFENSE:

**Failure To State A Claim Upon Which Relief Can Be Granted**

18. Defendant STACK-O-HITS asserts that the Plaintiffs have failed to state a claim upon which can be granted in the Plaintiffs' Complaint.

19. WHEREFORE Defendant STACK-O-HITS hereby requests judgment in favor of the Defendant STACK-O-HITS on all Counts in the Plaintiffs' Complaint.

### NINTH AFFIRMATIVE DEFENSE:

**Lack of Proximate and Actual Causation**

20. Defendant STACK-O-HITS asserts that any damages or injury claimed by the Plaintiffs was not proximately or actually caused by any act or omission of Defendant STACK-O-HITS.

21. WHEREFORE Defendant STACK-O-HITS hereby requests judgment in favor of the Defendant STACK-O-HITS on all Counts in the Plaintiffs' Complaint.

### TENTH AFFIRMATIVE DEFENSE:

### Lack of Affiliation or Association to Defendant SATURN RECORDS

22. Defendant STACK-O-HITS asserts that he does not own any interest in, nor is he an officer, director or shareholder of Defendant SATURN RECORDS; Defendant STACK-O-HITS further asserts that he has never been an employee or agent of Defendant SATURN RECORDS; and Defendant STACK-O-HITS further asserts that he has never acted in agreement, or concert of activity, with the Defendant SATURN RECORDS; accordingly, Plaintiffs are barred from recovery on all alleged acts and omissions in the Plaintiffs' Complaint whereby Plaintiffs seek to impute the conduct of Defendant SATURN RECORDS to Defendant STACK-O-HITS.

23. WHEREFORE Defendant STACK-O-HITS hereby requests judgment in favor of the Defendant STACK-O-HITS on all Counts in the Plaintiffs' Complaint.

### ELEVENTH AFFIRMATIVE DEFENSE:

### Improper Venue

24. Defendant STACK-O-HITS asserts that this Court is the improper venue to adjudicate the Plaintiffs' Complaint.

25. WHEREFORE Defendant STACK-O-HITS hereby requests judgment in favor of the Defendant STACK-O-HITS on all Counts in the Plaintiffs' Complaint.

### TWELFTH AFFIRMATIVE DEFENSE:

### Lack of Affiliation or Association to Defendants JORDAN and GLOBAL ARTS

26. Defendant STACK-O-HITS asserts that he does not own any interest in, nor is he an officer, director or shareholder of Defendant GLOBAL ARTS PRODUCTIONS; Defendant STACK-O-HITS further asserts that he has never been an employee or agent of

Defendant GLOBAL ARTS PRODUCTIONS or Defendant DANNY JORDAN; and Defendant STACK-O-HITS further asserts that he has never acted in agreement, or concert of activity, with the Defendant GLOBAL ARTS PRODUCTIONS or Defendant DANNY JORDAN for the sale of product or the transfer of rights in certain products ; accordingly, Plaintiffs are barred from recovery on all alleged acts and omissions in the Plaintiffs' Complaint whereby Plaintiffs seek to impute the conduct of Defendant GLOBAL ARTS PRODUCTIONS or Defendant DANNY JORDAN to Defendant STACK-O-HITS.

27. WHEREFORE Defendant STACK-O-HITS hereby requests judgment in favor of the Defendant STACK-O-HITS on all Counts in the Plaintiffs' Complaint.

Defendant STACK-O-HITS hereby reserves his rights to amend the Answer and Affirmative Defenses set forth above.

Defendants hereby demand trial by jury on the Plaintiffs' Complaint.

By: _____
DAVID T. SEIF, ESQ.
Attorney for Defendants
Coastal Tower, Suite 723
2400 East Commercial Boulevard
Fort Lauderdale, FL 33308
Telephone: (954) 776-7377

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to
Russell J. Frackman and Yakub Hazzard of Mitchell, Silberburg & Knupp, LLP at 11377 West Olympic Boulevard, Los Angeles, CA 90064-1683 and Karen L. Stetson at 2350 Prairie Avenue, PO Box 2731, Miami Beach, FL 33140. Dated this 2T day of July, 1998.

By: _____
DAVID T. SEIF, ESQ.
FL Bar No.: 990655