UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, INC. a corporation; A & M RECORDS, INC., a corporation; BMG MUSIC, d/b/a THE RCA RECORD LABEL, a general partnership; CAPITOL RECORDS, INC.  , a corporation; ELEKTRA ENTERTAINMENT, a division of WARNER COMMUNICATIONS, INC., a corporation; MCA RECORDS, INC., a corporation; POLYGRAM RECORDS, INC., a corporation; and WARNER BROS. RECORDS, INC., a corporation,<br><br>                              Plaintiffs<br><br>        VERSUS<br><br>GLOBAL ARTS PRODUCTIONS, an entity of unknown form; DANNY JORDAN, an individual; SATURN RECORDS, an entity of unknown form; STACK-O-HITS, an entity of unknown form; and JACK MILLMAN, an individual,<br><br>                              Defendants | CIVIL ACTION NO. 98-6507 *Middlebrooks*<br><br>**DEFENDANT DANNY JORDAN'S ANSWER AND AFFIRMATIVE DEFENSES**<br><br><br>**NIGHT BOX**<br>**FILED**<br><br>JUL 27 19<br><br>CARLOS JUENKE<br>CLERK, USDC / SDFL / MIA<br><br>**STRICKEN** |

<u>**ANSWER**</u>

NOW COMES Defendant DANNY JORDAN, through undersigned counsel, who hereby answers the Plaintiffs' Complaint as follows:

1.    Defendant DANNY JORDAN denies the allegations contained in Paragraph 1 of the

Plaintiffs' Complaint.

2.    Defendant DANNY JORDAN denies the allegations contained in Paragraph 2 of the

Plaintiffs' Complaint.

3.    Defendant DANNY JORDAN denies the allegations contained in Paragraph 3 of the

Plaintiffs' Complaint.

4.      Defendant DANNY JORDAN denies the allegations contained in Paragraph 4 of the Plaintiffs' Complaint.

5.      Defendant DANNY JORDAN denies the allegations contained in Paragraph 5 of the Plaintiffs' Complaint.

6.      Defendant DANNY JORDAN denies the allegations contained in Paragraph 6 of the Plaintiffs' Complaint.

7.      Defendant DANNY JORDAN is without sufficient information to either admit nor deny the allegations contained in Paragraph 7 of the Plaintiffs' Complaint.

8.      Defendant DANNY JORDAN is without sufficient information to either admit nor deny the allegations contained in Paragraph 8 of the Plaintiffs' Complaint.

9.      Defendant DANNY JORDAN is without sufficient information to either admit nor deny the allegations contained in Paragraph 9 of the Plaintiffs' Complaint.

10.     Defendant DANNY JORDAN is without sufficient information to either admit nor deny the allegations contained in Paragraph 10 of the Plaintiffs' Complaint.

11.     Defendant DANNY JORDAN is without sufficient information to either admit nor deny the allegations contained in Paragraph 11 of the Plaintiffs' Complaint.

12.     Defendant DANNY JORDAN is without sufficient information to either admit nor deny the allegations contained in Paragraph 12 of the Plaintiffs' Complaint.

13.     Defendant DANNY JORDAN is without sufficient information to either admit nor deny the allegations contained in Paragraph 13 of the Plaintiffs' Complaint.

14.     Defendant DANNY JORDAN is without sufficient information to either admit nor deny the allegations contained in Paragraph 14 of the Plaintiffs' Complaint.

15.   Defendant DANNY JORDAN is without sufficient information to either admit nor deny the allegations contained in Paragraph 15 of the Plaintiffs' Complaint.

16.   Defendant DANNY JORDAN denies the allegations contained in Paragraph 16 of the Plaintiffs' Complaint.

17.   Defendant DANNY JORDAN denies the allegations contained in Paragraph 17 of the Plaintiffs' Complaint.

18.   Defendant DANNY JORDAN is without sufficient information to admit or deny the allegations contained in Paragraph 18 of the Plaintiffs' Complaint.

19.   Defendant DANNY JORDAN is without sufficient information to admit or deny the allegations contained in Paragraph 19 of the Plaintiffs' Complaint.

20.   Defendant DANNY JORDAN is without sufficient information to either admit nor deny the allegations contained in Paragraph 20 of the Plaintiffs' Complaint.

21.   Defendant DANNY JORDAN is without sufficient information to either admit nor deny the allegations contained in Paragraph 21 of the Plaintiffs' Complaint.

22.   Defendant DANNY JORDAN denies the allegations contained in Paragraph 22 of the Plaintiffs' Complaint.

23.   Defendant DANNY JORDAN denies the allegations contained in Paragraph 23 of the Plaintiffs' Complaint.

24.   Defendant DANNY JORDAN is without sufficient information to admit or deny the allegations contained in Paragraph 24 of the Plaintiffs' Complaint.

25.   Defendant DANNY JORDAN is without sufficient information to either admit nor deny the allegations contained in Paragraph 25 of the Plaintiffs' Complaint.

26.   Defendant DANNY JORDAN is without sufficient information to either admit nor deny

the allegations contained in Paragraph 26 of the Plaintiffs' Complaint.

27.     Defendant DANNY JORDAN is without sufficient information to either admit nor deny

the allegations contained in Paragraph 27 of the Plaintiffs' Complaint as to the other

Defendants in this action, and denies the allegations contained in Paragraph 27 as to

Defendant DANNY JORDAN.

28.     Defendant DANNY JORDAN is without sufficient information to either admit nor deny

the allegations contained in Paragraph 28 of the Plaintiffs' Complaint as to the other

Defendants in this action, and denies the allegations contained in Paragraph 28 as to

Defendant DANNY JORDAN.

29.     Defendant DANNY JORDAN is without sufficient information to either admit nor deny

the allegations contained in Paragraph 29 of the Plaintiffs' Complaint as to the other

Defendants in this action, and denies the allegations contained in Paragraph 29 as to

Defendant DANNY JORDAN.

30.     Defendant DANNY JORDAN is without sufficient information to either admit nor deny

the allegations contained in Paragraph 30 of the Plaintiffs' Complaint as to the other

Defendants in this action, and denies the allegations contained in Paragraph 30 as to

Defendant DANNY JORDAN.

31.     Defendant DANNY JORDAN incorporates by this reference each and every answer

contained in Paragraph 1 through 30, inclusive.

32.     Defendant DANNY JORDAN denies allegations contained in Paragraph 32 of the

Plaintiffs' Complaint.

33.     Defendant DANNY JORDAN denies the allegations contained in Paragraph 33 of the

Plaintiffs' Complaint.

34. Defendant DANNY JORDAN denies the allegations contained in Paragraph 34 of the Plaintiffs' Complaint.

35. Defendant DANNY JORDAN incorporates by this reference each and every answer contained in Paragraph 1 through 30, inclusive.

36. Defendant DANNY JORDAN denies the allegations contained in Paragraph 36 of the Plaintiffs' Complaint.

37. Defendant DANNY JORDAN is without sufficient information to either admit nor deny the allegations contained in Paragraph 37 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 37 as to Defendant DANNY JORDAN.

38. Defendant DANNY JORDAN is without sufficient information to either admit nor deny the allegations contained in Paragraph 38 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 38 as to Defendant DANNY JORDAN.

39. Defendant DANNY JORDAN is without sufficient information to either admit nor deny the allegations contained in Paragraph 39 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 39 as to Defendant DANNY JORDAN.

40. Defendant DANNY JORDAN is without sufficient information to either admit nor deny the allegations contained in Paragraph 40 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 40 as to Defendant DANNY JORDAN.

41. Defendant DANNY JORDAN is without sufficient information to either admit nor deny

the allegations contained in Paragraph 41 of the Plaintiffs' Complaint as to the other

Defendants in this action, and denies the allegations contained in Paragraph 41 as to

Defendant DANNY JORDAN.

42.     Defendant DANNY JORDAN is without sufficient information to either admit nor deny

the allegations contained in Paragraph 42 of the Plaintiffs' Complaint as to the other

Defendants in this action, and denies the allegations contained in Paragraph 42 as to

Defendant DANNY JORDAN.

43.     Defendant DANNY JORDAN is without sufficient information to either admit nor deny

the allegations contained in Paragraph 43 of the Plaintiffs' Complaint as to the other

Defendants in this action, and denies the allegations contained in Paragraph 43 as to

Defendant DANNY JORDAN.

44.     Defendant DANNY JORDAN incorporates by this reference each and every answer

contained in Paragraph 1 through 30, and 36 through 41, inclusive.

45.     Defendant DANNY JORDAN is without sufficient information to either admit nor deny

the allegations contained in Paragraph 45 of the Plaintiffs' Complaint as to the other

Defendants in this action, and denies the allegations contained in Paragraph 45 as to

Defendant DANNY JORDAN.

46.     Defendant DANNY JORDAN is without sufficient information to either admit nor deny

the allegations contained in Paragraph 46 of the Plaintiffs' Complaint as to the other

Defendants in this action, and denies the allegations contained in Paragraph 46 as to

Defendant DANNY JORDAN.

47.     Defendant DANNY JORDAN is without sufficient information to either admit nor deny

the allegations contained in Paragraph 47 of the Plaintiffs' Complaint as to the other

Defendants in this action, and denies the allegations contained in Paragraph 47 as to
Defendant DANNY JORDAN.

48.     Defendant DANNY JORDAN is without sufficient information to either admit nor deny
the allegations contained in Paragraph 48 of the Plaintiffs' Complaint as to the other
Defendants in this action, and denies the allegations contained in Paragraph 48 as to
Defendant DANNY JORDAN.

49.     Defendant DANNY JORDAN is without sufficient information to either admit nor deny
the allegations contained in Paragraph 49 of the Plaintiffs' Complaint as to the other
Defendants in this action, and denies the allegations contained in Paragraph 49 as to
Defendant DANNY JORDAN.

50.     Defendant DANNY JORDAN is without sufficient information to either admit nor deny
the allegations contained in Paragraph 50 of the Plaintiffs' Complaint as to the other
Defendants in this action, and denies the allegations contained in Paragraph 50 as to
Defendant DANNY JORDAN.

51.     Defendant DANNY JORDAN incorporates by this reference each and every answer
contained in Paragraph 1 through 30, and 36 through 41, inclusive.

52.     Defendant DANNY JORDAN is without sufficient information to either admit nor deny
the allegations contained in Paragraph 52 of the Plaintiffs' Complaint as to the other
Defendants in this action, and denies the allegations contained in Paragraph 52 as to
Defendant DANNY JORDAN.

53.     Defendant DANNY JORDAN is without sufficient information to either admit nor deny
the allegations contained in Paragraph 53 of the Plaintiffs' Complaint as to the other
Defendants in this action, and denies the allegations contained in Paragraph 53 as to

Defendant DANNY JORDAN.

54.     Defendant DANNY JORDAN is without sufficient information to either admit nor deny the allegations contained in Paragraph 54 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 54 as to Defendant DANNY JORDAN.

55.     Defendant DANNY JORDAN is without sufficient information to either admit nor deny the allegations contained in Paragraph 55 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 55 as to Defendant DANNY JORDAN.

56.     Defendant DANNY JORDAN is without sufficient information to either admit nor deny the allegations contained in Paragraph 56 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 56 as to Defendant DANNY JORDAN.

57.     Defendant DANNY JORDAN is without sufficient information to either admit nor deny the allegations contained in Paragraph 57 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 57 as to Defendant DANNY JORDAN.

58.     Defendant DANNY JORDAN incorporates by this reference each and every answer contained in Paragraph 1 through 30, inclusive.

59.     Defendant DANNY JORDAN denies the allegations contained in Paragraph 59 of the Plaintiffs' Complaint.

60.     Defendant DANNY JORDAN is without sufficient information to either admit nor deny the allegations contained in Paragraph 60 of the Plaintiffs' Complaint as to the other

Defendants in this action, and denies the allegations contained in Paragraph 60 as to Defendant DANNY JORDAN.

61.   Defendant DANNY JORDAN is without sufficient information to either admit nor deny the allegations contained in Paragraph 61 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 61 as to Defendant DANNY JORDAN.

62.   Defendant DANNY JORDAN is without sufficient information to either admit nor deny the allegations contained in Paragraph 62 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 62 as to Defendant DANNY JORDAN.

63.   Defendant DANNY JORDAN is without sufficient information to either admit nor deny the allegations contained in Paragraph 63 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 63 as to Defendant DANNY JORDAN.

64.   Defendant DANNY JORDAN incorporates by this reference each and every answer contained in Paragraph 1 through 30, inclusive.

65.   Defendant DANNY JORDAN denies the allegations contained in Paragraph 65 of the Plaintiffs' Complaint.

66.   Defendant DANNY JORDAN is without sufficient information to either admit nor deny the allegations contained in Paragraph 66 of the Plaintiffs' Complaint as to the other Defendants in this action, and denies the allegations contained in Paragraph 66 as to Defendant DANNY JORDAN.

67.   Defendant DANNY JORDAN is without sufficient information to either admit nor deny

the allegations contained in Paragraph 67 of the Plaintiffs' Complaint as to the other

Defendants in this action, and denies the allegations contained in Paragraph 67 as to

Defendant DANNY JORDAN.

68.    Defendant DANNY JORDAN is without sufficient information to either admit nor deny

the allegations contained in Paragraph 68 of the Plaintiffs' Complaint as to the other

Defendants in this action, and denies the allegations contained in Paragraph 68 as to

Defendant DANNY JORDAN.

69.    Defendant DANNY JORDAN is without sufficient information to either admit nor deny

the allegations contained in Paragraph 69 of the Plaintiffs' Complaint as to the other

Defendants in this action, and denies the allegations contained in Paragraph 69 as to

Defendant DANNY JORDAN.

70.    Defendant DANNY JORDAN incorporates by this reference each and every answer

contained in Paragraph 1 through 30, inclusive.

71.    Defendant DANNY JORDAN is without sufficient information to either admit nor deny

the allegations contained in Paragraph 71 of the Plaintiffs' Complaint as to the other

Defendants in this action, and denies the allegations contained in Paragraph 71 as to

Defendant DANNY JORDAN.

72.    Defendant DANNY JORDAN is without sufficient information to either admit nor deny

the allegations contained in Paragraph 72 of the Plaintiffs' Complaint as to the other

Defendants in this action, and denies the allegations contained in Paragraph 72 as to

Defendant DANNY JORDAN.

73.    Defendant DANNY JORDAN is without sufficient information to either admit nor deny

the allegations contained in Paragraph 73 of the Plaintiffs' Complaint as to the other

Defendants in this action, and denies the allegations contained in Paragraph 73 as to

Defendant DANNY JORDAN.

74.   Defendant DANNY JORDAN is without sufficient information to either admit nor deny

the allegations contained in Paragraph 74 of the Plaintiffs' Complaint as to the other

Defendants in this action, and denies the allegations contained in Paragraph 74 as to

Defendant DANNY JORDAN.

75.   Defendant DANNY JORDAN is without sufficient information to either admit nor deny

the allegations contained in Paragraph 75 of the Plaintiffs' Complaint as to the other

Defendants in this action, and denies the allegations contained in Paragraph 75 as to

Defendant DANNY JORDAN.

76.   Defendant DANNY JORDAN is without sufficient information to either admit nor deny

the allegations contained in Paragraph 76 of the Plaintiffs' Complaint as to the other

Defendants in this action, and denies the allegations contained in Paragraph 76 as to

Defendant DANNY JORDAN.

77.   Defendant DANNY JORDAN is without sufficient information to either admit nor deny

the allegations contained in Paragraph 77 of the Plaintiffs' Complaint as to the other

Defendants in this action, and denies the allegations contained in Paragraph 77 as to

Defendant DANNY JORDAN.

78.   Defendant DANNY JORDAN incorporates by this reference each and every answer

contained in Paragraph 1 through 30, inclusive.

79.   Defendant DANNY JORDAN is without sufficient information to either admit nor deny

the allegations contained in Paragraph 79 of the Plaintiffs' Complaint as to the other

Defendants in this action, and denies the allegations contained in Paragraph 79 as to

Defendant DANNY JORDAN.

80.     Defendant DANNY JORDAN is without sufficient information to either admit nor deny

the allegations contained in Paragraph 80 of the Plaintiffs' Complaint as to the other

Defendants in this action, and denies the allegations contained in Paragraph 80 as to

Defendant DANNY JORDAN.

81.     Defendant DANNY JORDAN is without sufficient information to either admit nor deny

the allegations contained in Paragraph 81 of the Plaintiffs' Complaint as to the other

Defendants in this action, and denies the allegations contained in Paragraph 81 as to

Defendant DANNY JORDAN.

82.     Defendant DANNY JORDAN is without sufficient information to either admit nor deny

the allegations contained in Paragraph 82 of the Plaintiffs' Complaint as to the other

Defendants in this action, and denies the allegations contained in Paragraph 82 as to

Defendant DANNY JORDAN.

83.     Defendant DANNY JORDAN is without sufficient information to either admit nor deny

the allegations contained in Paragraph 83 of the Plaintiffs' Complaint as to the other

Defendants in this action, and denies the allegations contained in Paragraph 83 as to

Defendant DANNY JORDAN.

84.     Defendant DANNY JORDAN incorporates by this reference each and every answer

contained in Paragraph 1 through 30, 32 through 34, 36 through 41, 45 through 47, 52

through 54, 59 and 60, 65 and 66, 70 through 73, and 79 through 82, inclusive.

85.     Defendant DANNY JORDAN is without sufficient information to either admit nor deny

the allegations contained in Paragraph 85 of the Plaintiffs' Complaint as to the other

Defendants in this action, and denies the allegations contained in Paragraph 85 as to

Defendant DANNY JORDAN.

86.   Defendant DANNY JORDAN is without sufficient information to either admit nor deny

the allegations contained in Paragraph 86 of the Plaintiffs' Complaint as to the other

Defendants in this action, and denies the allegations contained in Paragraph 86 as to

Defendant DANNY JORDAN.

87.   Defendant DANNY JORDAN is without sufficient information to either admit nor deny

the allegations contained in Paragraph 87 of the Plaintiffs' Complaint as to the other

Defendants in this action, and denies the allegations contained in Paragraph 87 as to

Defendant DANNY JORDAN.

88.   Defendant DANNY JORDAN is without sufficient information to either admit nor deny

the allegations contained in Paragraph 88 of the Plaintiffs' Complaint as to the other

Defendants in this action, and denies the allegations contained in Paragraph 88 as to

Defendant DANNY JORDAN.

89.   Defendant DANNY JORDAN is without sufficient information to either admit nor deny

the allegations contained in Paragraph 89 of the Plaintiffs' Complaint as to the other

Defendants in this action, and denies the allegations contained in Paragraph 89 as to

Defendant DANNY JORDAN.

WHEREFORE Defendant DANNY JORDAN hereby requests judgment in favor of the

Defendant DANNY JORDAN on all Counts in the Plaintiffs' Complaint.


Defendant DANNY JORDAN, through undersigned counsel, asserts affirmative defenses

to the Plaintiffs' Complaint as follows:

### FIRST AFFIRMATIVE DEFENSE:

### Failure of Subject Matter Jurisdiction

1.   Defendant DANNY JORDAN asserts that any of the alleged acts and omissions engaged
     in by Defendant DANNY JORDAN that are alleged in the Plaintiffs' Complaint did not
     occur within the jurisdictional limitations of the United States.

2.   Defendant DANNY JORDAN further asserts that the causes of action asserted by the
     Plaintiffs are based upon the laws of the United States and do not apply in certain foreign
     jurisdictions.

3.   Defendant DANNY JORDAN further asserts that the Plaintiffs have failed to assert causes
     of action based upon the appropriate foreign jurisdiction where any alleged acts and
     omission engaged in by Defendant DANNY JORDAN occurred.

4.   Defendant DANNY JORDAN further asserts that, as a result of the assertions contained in
     the foregoing three Paragraphs, this Court is lacking the capacity to apply the appropriate
     foreign laws in the instant litigation and, therefore, lacks subject matter jurisdiction.

5.   WHEREFORE Defendant DANNY JORDAN hereby requests judgment in favor of the
     Defendant DANNY JORDAN on all Counts in the Plaintiffs' Complaint.

### SECOND AFFIRMATIVE DEFENSE:

### Laches

6.   Defendant DANNY JORDAN asserts that Plaintiffs have failed to adequately assert any
     rights claimed by Plaintiffs in a timely fashion and that all of the Plaintiffs' causes of
     action in the Plaintiffs Complaint are barred by the doctrine of laches.

7.   WHEREFORE Defendant DANNY JORDAN hereby requests judgment in favor of the
     Defendant DANNY JORDAN on all Counts in the Plaintiffs' Complaint.

### THIRD AFFIRMATIVE DEFENSE:

Page 14

**Statute of Limitations**

8.      Defendant DANNY JORDAN asserts that Plaintiffs have failed to bring the causes of

actions contained in the Plaintiffs' Complaint within the time period prescribed by statute

or common law.

9.      WHEREFORE Defendant DANNY JORDAN hereby requests judgment in favor of the

Defendant DANNY JORDAN on all Counts in the Plaintiffs' Complaint.

### FOURTH AFFIRMATIVE DEFENSE:

#### Acquiescence and/or Abandonment

10.     Defendant DANNY JORDAN asserts that, to the extent that any of the allegations

contained in the Plaintiffs' Complaint are found to be true, Plaintiffs have acquiesced to

the conduct of one or more of the Defendants, or otherwise abandoned the rights claimed

by Plaintiffs under common and statutory law.

11.     WHEREFORE Defendant DANNY JORDAN hereby requests judgment in favor of the

Defendant DANNY JORDAN on all Counts in the Plaintiffs' Complaint.

### FIFTH AFFIRMATIVE DEFENSE:

#### Adverse Possession

12.     Defendant DANNY JORDAN asserts that, to the extent that any of the allegations

contained in the Plaintiffs' Complaint are found to be true, one or more of the Defendants

have acquired the rights claimed by Plaintiffs as a result of the doctrine and laws

concerning adverse possession.

13.     WHEREFORE Defendant DANNY JORDAN hereby requests judgment in favor of the

Defendant DANNY JORDAN on all Counts in the Plaintiffs' Complaint.

### SIXTH AFFIRMATIVE DEFENSE:

#### Unclean Hands

14.     Defendant DANNY JORDAN asserts that, to the extent that any of the allegations

contained in the Plaintiffs' Complaint are found to be true, Plaintiffs are barred from

recovering on all of the causes of actions contained in the Plaintiffs' Complaint as a result

of the same or similar conduct by the Plaintiffs; the Plaintiffs, by engaging in said conduct,

have "unclean hands" and cannot come to this Court to obtain the requested relief prayed

for in the Plaintiffs' Complaint.

15.   WHEREFORE Defendant DANNY JORDAN hereby requests judgment in favor of the Defendant DANNY JORDAN on all Counts in the Plaintiffs' Complaint.

### SEVENTH AFFIRMATIVE DEFENSE:

#### Personal Jurisdiction

16.   Defendant DANNY JORDAN asserts that this Court does not personal jurisdiction over the Defendant DANNY JORDAN.

17.   WHEREFORE Defendant DANNY JORDAN hereby requests judgment in favor of the Defendant DANNY JORDAN on all Counts in the Plaintiffs' Complaint.

### EIGHTH AFFIRMATIVE DEFENSE:

#### Failure To State A Claim Upon Which Relief Can Be Granted

18.   Defendant DANNY JORDAN asserts that the Plaintiffs have failed to state a claim upon which can be granted in the Plaintiffs' Complaint.

19.   WHEREFORE Defendant DANNY JORDAN hereby requests judgment in favor of the Defendant DANNY JORDAN on all Counts in the Plaintiffs' Complaint.

### NINTH AFFIRMATIVE DEFENSE:

#### Lack of Proximate and Actual Causation

20.   Defendant DANNY JORDAN asserts that any damages or injury claimed by the Plaintiffs was not proximately or actually caused by any act or omission of Defendant DANNY JORDAN.

21.   WHEREFORE Defendant DANNY JORDAN hereby requests judgment in favor of the Defendant DANNY JORDAN on all Counts in the Plaintiffs' Complaint.

### TENTH AFFIRMATIVE DEFENSE:

22. Defendant DANNY JORDAN asserts that he does not own any interest in, nor is he an officer, director or shareholder of Defendant SATURN RECORDS; Defendant DANNY JORDAN further asserts that he has never been an employee or agent of Defendant SATURN RECORDS; and Defendant DANNY JORDAN further asserts that he has never acted in agreement, or concert of activity, with the Defendant SATURN RECORDS; accordingly, Plaintiffs are barred from recovery on all alleged acts and omissions in the Plaintiffs' Complaint whereby Plaintiffs seek to impute the conduct of Defendant SATURN RECORDS to Defendant DANNY JORDAN.

23. WHEREFORE Defendant DANNY JORDAN hereby requests judgment in favor of the Defendant DANNY JORDAN on all Counts in the Plaintiffs' Complaint.

### ELEVENTH AFFIRMATIVE DEFENSE:

#### Improper Venue

24. Defendant DANNY JORDAN asserts that this Court is the improper venue to adjudicate the Plaintiffs' Complaint.

25. WHEREFORE Defendant DANNY JORDAN hereby requests judgment in favor of the Defendant DANNY JORDAN on all Counts in the Plaintiffs' Complaint.

By: _____
DAVID T. SEIF, ESQ.
Attorney for Defendants
Coastal Tower, Suite 723
2400 East Commercial Boulevard
Fort Lauderdale, FL 33308
Telephone: (954) 776-7377

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Russell J. Frackman and Yakub Hazzard of Mitchell, Silberburg & Knupp, LLP at 11377 West Olympic Boulevard, Los Angeles, CA 90064-1683 and Karen L. Stetson at 2350 Prairie Avenue, PO Box 2731, Miami Beach, FL 33140. Dated this 28 day of July, 1998.

By: _____
DAVID T. SEIF, ESQ.
FL Bar No.: 990655