**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 98-6507-CIV-MIDDLEBROOKS

SONY MUSIC ENTERTAINMENT,
INC., et. al.,

      Plaintiffs,

vs.

GLOBAL ARTS PRODUCTIONS,
et. al.,

      Defendants.

_____/

<u>**ORDER OF PRETRIAL PROCEDURES**</u>



FILED by_____D.C.

JUL 3 1 1998

CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

      This Order has been entered upon the filing of Defendant's Answer.  The Court directs the parties to review and comply with all  Federal Rules of Civil Procedure governing pretrial procedures, and with all relevant general rules promulgated in the Southern District of Florida, including S.D. Fla. LR 26.1 and 16.1.  The parties shall hold a scheduling meeting **within twenty (20) days** after the filing of the first responsive pleading by the last responding defendant, or within sixty (60) days after the filing of a complaint, whichever shall first occur, and **prepare a scheduling report** (that complies with Rule 16.1(B)(7)) and a **joint proposed Scheduling Order** (a copy of which is attached), which shall be submitted to the court with stamped, self-addressed envelopes. At the aforementioned scheduling meeting the parties shall fulfill all the purposes and requirements of the discovery planning meeting required by Fed. R. Civ. P. 26(f), as amended.

      **FAILURE OF COUNSEL TO FILE A SCHEDULING REPORT <u>WILL</u> RESULT IN DISMISSAL, DEFAULT AND THE IMPOSITION OF OTHER SANCTIONS INCLUDING ATTORNEYS FEES, COSTS AND EXPENSES. <u>See S.D. Fla. LR 16.1(M)</u>**

      DONE AND ORDERED in Chambers at Miami, Florida, this 31st day of July, 1998.

                         DONALD M. MIDDLEBROOKS
                         UNITED STATES DISTRICT JUDGE

Copies provided to:

David T. Seif, Esq.
Coastal Tower, Ste 723
2400 E. Commercial Blvd
Ft. Laud., Fl. 33308

Russell J. Frackman, Esq.
Yakub Hazzard
Mitchell, Silberburg & Knupp, LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90064-1683

Karen L. Stetson
2350 Prairie Ave.
P.O. Box 2731
Miami Beach, Fl. 33140

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 98-6507-CIV-MIDDLEBROOKS

SONY MUSIC ENTERTAINMENT,
INC., et. al.,

       Plaintiffs,

vs.

GLOBAL ARTS PRODUCTINS,
et. al.,

       Defendants.

_____/

## SAMPLE
## SCHEDULING ORDER

Pursuant to Local Rule 16.1(b)(7), IT IS **ORDERED AND ADJUDGED** as follows:

1. No pretrial conference shall be held in this action, unless the parties so request or the Court determines, sua sponte, that a pretrial conference is necessary. Should a pretrial conference be set, the compliance deadlines as set forth in the remainder of this Order shall remain unaltered.

2. Counsel shall meet at least ONE MONTH prior to the beginning of the trial calendar to confer on the preparation of a pretrial stipulation.

3. The original and one copy of a joint pretrial stipulation shall be filed on or before the date set forth in the attached Notice of Trial and shall conform to Local Rule 16.1(e). The Court will not allow unilateral pretrial stipulations.

4. In cases tried before a jury, each party shall file the original and one copy of the proposed jury instructions at least ONE WEEK prior to the beginning of the trial calendar. Each jury instruction shall be typed on a separate sheet, and to the extent possible, accompanied also by a 3 1/2 inch IBM-formatted disc compatible with WordPerfect and must be supported by citation of authority. In preparing their requested jury instructions, the parties shall utilize as a guide the *Pattern Jury Instructions* for civil cases approved by the United States Eleventh Circuit, including the Directions to Counsel contained therein.

5.  In cases tried before the Court, each party shall file the original and one copy of the proposed findings of fact and conclusions of law at least ONE WEEK prior to the beginning of the trial calendar.  Proposed conclusions of law shall be supported by citations of authority.

6.  All exhibits must be pre-marked.  A typewritten exhibit list setting forth the number, or letter, and description of each exhibit shall be submitted at the time of trial.

7.  A motion for continuance shall not stay the requirement for the filing of a pretrial stipulation and, unless an emergency situation arises, a motion for continuance will not be considered unless it is filed at least seventy-two (72) hours prior to Calendar Call..

8.  Non-compliance with any provision of this order may subject the offending party to **sanctions or dismissal**.  It is the duty of all counsel to enforce the timetable set forth herein in order to insure an expeditious resolution of this cause.

9.  The following timetable shall govern the pretrial procedure in this case.  This schedule shall not be modified absent compelling circumstances.

*_____     Joinder of additional parties and amended pleadings

*_____     Plaintiff shall furnish opposing counsel with a written list containing the names and addresses of all expert witnesses intended to be called at trial and only those expert witnesses listed shall be permitted to testify.  Within the 14 day period following this disclosure, the plaintiff shall make its experts available for deposition by the defendant.   The experts' depositions may be conducted without further order from the Court.

*_____     Defendant shall furnish opposing counsel with a written list containing the names and addresses of all expert witnesses intended to be called at trial and only those expert witnesses listed shall be permitted to testify.  Within the 14 day period following this disclosure, the defendant shall make its experts available for deposition by the plaintiff.   The experts' depositions may be conducted without further order from the Court.

\*_____    Parties shall furnish opposing counsel with a written list containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify.

\*_____    All discovery must be completed.

\*_____    All pretrial motions and memoranda of law must be filed. (No later than one month after the close of discovery)

\*(insert a specific date -- e.g. *"June 1, 1997"* -- not *"30 days prior to etc."*)

This case is assigned to the _____ track.

This is a _____ trial.
          *(Jury or Non-Jury)*

     10.  Trial, calendar call and the pretrial stipulation due date will be set by separate notice.

     11.  If this case is settled, counsel are directed to inform the Court promptly by calling chambers and submitting an appropriate order for dismissal, within ten (10) days of notification of settlement to the Court,  pursuant to Fed. R. Civ. P. 41(a)(1).

     Dated this _____ day of _____, 199_.


_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies provided to: