UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, INC. a corporation; A & M RECORDS, INC., a corporation; BMG MUSIC, d/b/a THE RCA RECORD LABEL, a general partnership; CAPITOL RECORDS, INC. , a corporation; ELEKTRA ENTERTAINMENT, a division of WARNER COMMUNICATIONS, INC., a corporation; MCA RECORDS, INC., a corporation; POLYGRAM RECORDS, INC., a corporation; and WARNER BROS. RECORDS, INC., a corporation,<br>            Plaintiffs<br><br>v.<br><br>GLOBAL ARTS PRODUCTIONS, an entity of unknown form; DANNY JORDAN, an individual; SATURN RECORDS, an entity of unknown form; STACK-O-HITS, an entity of unknown form; and JACK MILLMAN, an individual,<br><br>            Defendants | CASE NO. 98-6507-Civ-Middlebrooks<br><br>**MOTION FOR PERMISSION TO WITHDRAW APPEARANCE AND FOR CONTINUANCE**<br><br>**F.R.C.P. RULE 7(B)** |

I, David Seif, attorney of record for Daniel Jordan, Global Arts Productions, Saturn Records, Stack-o-hits, Jack Millman, the defendants in the above-entitled action, moves the courts for leave to withdraw his appearance, filed herein on June 17, 1998, as attorney of record for the defendant.

This motion is made on the grounds that the attorney client relationship is irretrievably broken. The clients have agreed and understand that this **mutually agreed** motion is being filed.

**NON-COMPLIANCE OF S.D. fla. L.R.** _____

David Seif further moves the court for an order continuing the date for the Pre-Trial Procedures of the above-entitled action from August 17, 1998, which is the date heretofore set by the court for scheduling order, to a date which is a reasonable period in the future for the defendants to substitute counsel.

This motion is made on the grounds that if David Seif is granted leave to withdraw his appearance as the attorney of record for defendant in this action, defendant will need a reasonable period of time in which to retain new counsel to represent him in this action. That the new counsel will need a reasonable time in which to become familiar with the facts, issues, and proceedings in, and to properly prepare for the trial of, this action; and that it is not possible for defendant to retain new counsel. For such counsel to become familiar with the facts, issues, and proceedings in this action and to properly prepare the defendant's case and handle their Pre-Trial Schedule set for August 17, 1998, which is the date heretofore set by the court for the trial of this action.

Dated August 10, 1998

DAVID T. SEIF, ESQ.
FL Bar No,. 990655
Attorney for Defendants
Coastal Tower, Suite 723
2400 East Commercial Boulevard
Fort Lauderdale, Fl 33308
Telephone: (954) 776-7377

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Russell J. Frackman and Yakub Hazzard of Mitchell, Siberburg & Knupp, LLP at 11377 West Olympic Boulevard, Los Angeles, CA 90064-1683 and Karen L. Stetson Esq. at 2350 Prairie Avenue, PO Box 2731, Miami Beach, FL 33140. Jack Millman, Saturn Records and Stack-O-Hits at 56 Brims Mesa Road, Sedona, AZ 86336, and care of Richard Perlman Esq. for Danny Jordan Global Arts Productions at 12849 Milbank Street, Studio City, CA 91604. Dated this 10 day August, 1998.

By: _____
DAVID T. SEIF, ESQ.
FL Bar No.: 990655