UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-6507-CIV-MIDDLEBROOKS

SONY MUSIC ENTERTAINMENT,
INC., et. al.,

    Plaintiffs,

vs.

**SCHEDULING REPORT**

GLOBAL ARTS PRODUCTIONS,
et. al.,

    Defendants.

_____/

    **COMES NOW** Defendants, by and through undersigned counsel, and in accordance with Rule 16.1 (B) (7) prepares the following scheduling report. It should be noted that Defendant's counsel filed his Motion For Withdrawal and Continuance on August 10, 1998. Counsel for Defendants also wishes to note that he participated in a conference call with opposing counsel, Russell Frackman and Karen Stetson to discuss the Proposed Scheduling Order.

    a. Discovery for the Defendants shall require the taking of as many as 40 depositions, including the following potential witnesses:( Note that corporations listed will need to provide representative with knowledge of the issues including knowledge of the acquisition process of artists.)

    1. Tring Records-England,
    2. Pilz Records-Conchord, PA.,
    3. RecTrak Records- Somerset, New Jersey, Willhelm Metrich
    4. Grover Wimberley-San Bernadino, CA
    5. Toshi Kan- America/Japan,
    6. Jet Records-Canada, Don Wayne



7. Hans DeDutcht- Holland, Persons
8. Hubb Hermas-Holland, Persons
9. Uni Disc-Canada, George Kukazellie
10. Lydle-Gusto King & Starday Records, Morris Moe
11. Mike Shepherd-Nashville, TN
12. Hank Levine-Nashville, TN
13. United Monetary Leasing
14. Jerry Dennon
15. Jules Kurz, Esq.-N.Y.
16. Howard Silver-Los Angeles, CA.
17. Paul Wyatt, Deceased-Nashville, TN
18. Delta Laserlight Reoords- U.S. & Germany,
19. Satellite Sounds Inc.
20. Mary Ann Laferty Darby, PA.
21. Odyssey Productions -England, Morgan Emerson
22. Paul Whitehead, Deceased-920 Lynwood Ave., Nashville, TN
23. Colon United-1022 North Las Palmas Ave., Hollywood, CA, Marc Gordon
24. Classic Sounds, Inc.-C51 Norcross, Georgia, James Norcross
25. Al Shulman, address to be supplied as a part of discovery
26. Sanborn Koala Records - Nashville , TN, Wesley E. Sanborn
27. SSV Music Publishing Company - 20162 Highway #18, Apple Valley, CA 92307-2935, Suite #G-233, Joseph Vincent, Exec. VP
28. SONY MUSIC ENTERTAINMENT, INC. a corporation;
29. A & M RECORDS, INC., a corporation;
30. BMG MUSIC, d/b/a THE RCA RECORD LABEL, a general partnership;
31. CAPITOL RECORDS, INC., a corporation;
32. ELEKTRA ENTERTAINMENT, a division of WARNER COMMUNICATIONS, INC., a corporation;
33. MCA RECORDS, INC., a corporation;
34. POLYGRAM RECORDS, INC., a corporation;
35. WARNER BROS. RECORDS, INC., a corporation,
36. Barry White
37. Danny Jordan
38. Shelly Leibowitz, Saturn Records
39. Lawrence Steinberg, Ontario, Canada
40. John Lamonte, Lancaster
41. Marshall Seborn, New Orleans, Louisiana
42. Bob Reno, Hollywood, CA
43. Bob Scherl, Van Nuys, CA
44. Ricky Ivie, Esq., 201 Figueroa Street, LA, CA 90012-26301
45. San Juan Music
46. Richard Kransdorff, Esq.
47. Frankie Moore

48. Thomas Bennetti
49. Bear Records-Germany
50. HHO Records_England
51. Magnum Force Records-U.K.
52. Jack Millman

b. Defendants would hope that the likelihood of settlement of this litigation is good.

c. Defendants believe that the likelihood of appearances of other parties in this action are high because of the nature of the transactions that are the subject matter of this litigation.

d. Defendants propose the following time limits:

| | | |
|---|---|---|
| i. | To Join Other Parties and Amend Pleadings- | January 15, 1999 |
| ii | To file and Hear Motions- | November 15, 1999 |
| ii | To complete discovery- | September 30, 1999 |

e. Defendants do not have any proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses other than those presently available in the Federal Rules of Civil Procedure.

f. Defendants believe that amendment of the pleadings will be desirable and necessary as the facts are further discovered, the issues of this litigation are clarified and the identity of additional parties is revealed.

g. Defendants believe that the possibility of obtaining admissions of the fact and documents which will avoid unnecessary proof is good, and that the possibility of stipulations regarding authenticity of documents is also good; Defendants further believe that the need for advance rulings from the court on the admissibility of evidence would be limited.

h. Defendants do not presently have any suggestions as to the avoidance of unnecessary proof and of cumulative evidence as Defendants do not intend to cause either problem to occur.

i. Defendants believe it would be advisable to refer matters to a magistrate judge in order to expedite the consideration of discovery matters.

j. Defendants estimate that the Defendants case-in-chief for this litigation will take 15 days of trial but are aware of and cannot estimate the duration of the plaintiff's case.

k. Defendants request conferences before trial to be held every two months

commencing on or about February 1, 1999, a final pre-trial conference to be held on or about November 1, 1999 and a trial date to be held on or about December 1, 1999.

I. Defendants have no further information at this time that might be helpful to the Court in setting the case for status conference other than the fact that Defendants shall be seeking new counsel in this litigation.

WHEREFORE, Defendants respectfully request that this Honorable Court Provide the Defendants with the timetable described to allow Defendants adequate time to mount their defense.

By: *[signature]*
DAVID T. SEIF, ESQ.
Attorney for Defendants
Coastal Tower, Suite 723
2400 East Commercial Boulevard
Fort Lauderdale, FL 33308
Telephone: (954) 776-7377

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to Russell J. Frackman of Mitchell, Silberburg & Knupp, LLP at 11377 West Olympic Boulevard, Los Angeles, CA 90064-1683 and Karen L. Stetson at 2350 Prairie Avenue, PO Box 2731, Miami Beach, FL 33140. Dated this __15__ day of August, 1998.

By: *[signature]*
DAVID T. SEIF, ESQ.
FL Bar No.: 990655