UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| SONY MUSIC ENTERTAINMENT, INC. a corporation; A & M RECORDS, INC., a corporation; BMG MUSIC, d/b/a THE RCA RECORD LABEL, a general partnership; CAPITOL RECORDS, INC. , a corporation; ELEKTRA ENTERTAINMENT, a division of WARNER COMMUNICATIONS, INC., a corporation; MCA RECORDS, INC., a corporation; POLYGRAM RECORDS, INC., a corporation; and WARNER BROS. RECORDS, INC., a corporation, | ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 98-6507 -CV -DMM **MOTION TO STAY DISCOVERY PROCEEDINGS UNDER:** **(1) F.R.C.P. RULE 26 (C)** |
| Plaintiffs | ) ) | |
| VERSUS | ) ) | |
| GLOBAL ARTS PRODUCTIONS, an entity of unknown form; DANNY JORDAN, an individual; SATURN RECORDS, an entity of unknown form; STACK-O-HITS, an entity of unknown form; and JACK MILLMAN, an individual, | ) ) ) ) ) ) ) ) | |
| Defendants | ) ) | |

**COMES NOW** Defendants, by and through undersigned counsel, and move this Honorable

Court to enter an Order Staying Discovery Proceedings.

1.) On August 12, 1998, the Honorable Judge Middlebrooks granted Defendants Motion To

Withdraw As Counsel Of Record effective, however, only upon Notice Of Appearance being filed

by substitute counsel.

2.) On August 17, 1998, the Scheduling Order/Report was due. Plaintiffs attorneys were

unwilling to stipulate to an extension, even knowing that counsel for Defendants had to go to New

York to assist with a very ill family member. (Helene Seif, lung cancer, adeno carcinoma, stage B3)

3.)Unwilling to stipulate to an extension, counsel for Plaintiffs proceeded to hold a

conference call with Defendant's attorney with regard to the Scheduling Orders dates while Defendants counsel was in New York.

4.) Prior to returning from New York and the day after the Scheduling Order conference call, Karen Stetson, Esq. called my office to discuss scheduling depositions. Plaintiffs counsel called my office in Florida knowing I was with a very ill relative in New York.

5.) When Karen Stetson, Esq. did not hear back from me by 6:00 p.m. that day, Plaintiff's attorney proceeded to schedule 4 depositions for the following week. To date Defendants counsel does not even have proper information or addresses (subpoenas attached) for who is being deposed or proof of proper service. I am a sole practitioner and cannot cancel my other clients and obligations to meet the spur of the moment, inflexible discovery schedule of Plaintiffs counsel in this case. Allowing less than 7 days notice for the depositions scheduled August 25, 26,27 & 28 of 1998 is a tremendous burden for a sole practitioner. The conflicts with the dates provided by Plaintiffs counsel include a previously scheduled deposition, a real estate closing, a bankruptcy proceeding and a seminar scheduled for the dates Plaintiffs counsel had noticed the four depositions.

6.) I am desperately seeking that this court stay discovery proceedings to give Defendants the opportunity to retain substitute counsel and allow that individual an opportunity to become familiar with the case.

7.) I need the freedom and time to handle a very difficult cancer situation in my family.

8.) The combination of enormous family problems, coupled with the inextricably broken attorney-client relationship and a barrage of problems in working with opposing counsel necessitates my request to stay discovery in this case.

**WHEREFORE** Defendant's attorney hereby respectfully requests that this Honorable

Court enter an Order Staying Further Discovery Proceedings until a Notice of Appearance is filed by substitute counsel or in the alternative, a period no less than 30 days.

By: _____
DAVID T. SEIF, ESQ.
Attorney for Defendants
Coastal Tower, Suite 723
2400 East Commercial Boulevard
Fort Lauderdale, FL 33308
Telephone: (954) 776-7377

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to Russell J. Frackman and Yakub Hazzard of Mitchell, Silberburg & Knupp, LLP at 11377 West Olympic Boulevard, Los Angeles, CA 90064-1683 and Karen L. Stetson at 2350 Prairie Avenue, PO Box 2731, Miami Beach, FL 33140.  Dated this 31 day of August, 1998.

By: _____
DAVID T. SEIF, ESQ.
FL Bar No.: 990655

AO 88 (Rev. 11/91) Subpoena in a Civil Case

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

SONY MUSIC ENTERTAINMENT

v.

GLOBAL ARTS PRODUCTIONS

## SUBPOENA IN A CIVIL CASE

CASE NUMBER: 98-6507-Civ-Middlebrooks

TO:
PETER BAUMGARTNER, Gruezi Records
Oststrasse 2, CH - 8854 Siebnen
Switzerland

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Mudrick, Witt, Levy & Consor, 100 S.E. 2nd Street, Suite 2310, Miami, FL 33131 | 10:00 a.m. August 28, 1998 |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

above

See Attached Description of Documents

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b) (6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Karen L. Stetson, Esquire  305-532-4845 | 8/17/98 |

ISSUING OFFICER'S NAME ADDRESS AND PHONE NUMBER

P.O. Box 2731, Miami Beach, FL  33140

## DOCUMENTS TO BE PRODUCED

1.  All documents, including without limitation, agreements, authorizations, licenses, correspondence, invoices, assignments or bills of sale, referring or relating to DANNY JORDAN and/or GLOBAL ARTS PRODUCTIONS.

2.  All documents, including without limitation, agreements, licenses, assignments, bills of sale, or any other documents purporting to grant any interest in or legal rights to any of the recordings identified in Schedules "A" and "B" attached hereto.

## RIAA V. GLOBAL ARTS

Revised:  05/13/98 1:13pm

### SCHEDULE A

| RECORD COMPANY | ARTIST | TITLE | SR# |
|---|---|---|---|
| PolyGram Records, Inc. | Barry White | Baby, We Better Try And Get It Together | SR 210-264 |
| PolyGram Records, Inc. | Barry White | Bring Back My Yesterday | Pending |
| PolyGram Records, Inc. | Barry White | Can't Get Enough of Your Love Babe | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Don't Make Me Wait Too Long | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Honey Please, Can't Ya See | SR 147-882 |
| PolyGram Records, Inc. | Barry White | I'll Do For You Anything You Want Me To | SR 147-882 |
| PolyGram Records, Inc. | Barry White | I'm Gonna Love You Just A Little More Babe | SR 147-882 |
| PolyGram Records, Inc. | Barry White | I've Found Someone | SR 147-882 |
| PolyGram Records, Inc. | Barry White | I've Got So Much To Give | SR 147-882 |
| PolyGram Records, Inc. | Barry White | It's Ecstasy When You Lay Down Next To Me | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Just The Way You Are | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Let The Music Play | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Love Serenade | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Love's Theme | SR 147-882 |
| PolyGram Records, Inc. | Barry White | My Sweet Summer Suite | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Never Never Gonna Give Ya Up | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Oh What A Night For Dancing | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Satin Soul | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Sho' You Right | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Standing In The Shadows of Love | Pending |
| A&M Records, Inc. | Barry White | The Right Night | SR 85-664 |
| PolyGram Records, Inc. | Barry White | What Am I Gonna Do With You? | SR 147-882 |
| PolyGram Records, Inc. | Barry White | You See The Trouble With Me | SR 147-882 |
| PolyGram Records, Inc. | Barry White | You're The First, The Last, My Everything | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Your Sweetness Is My Weakness | SR 147-882 |
| Capitol Records, Inc. | Joe Cocker | Midnight Rider | SR 78-851 |

1

| RECORD COMPANY | ARTIST | TITLE | SR# |
|---|---|---|---|
| Capitol Records, Inc. | Joe Cocker | Shelter Me | Pending |
| Capitol Records, Inc. | Joe Cocker | Unchain My Heart | Pending |
| Capitol Records, Inc. | Joe Cocker | Up Where We Belong (With Jennifer Warnes) | Pending |
| Capitol Records, Inc. | Joe Cocker | When The Night Comes | Pending |
| Capitol Records, Inc. | Joe Cocker | You Are So Beautiful | Pending |
| PolyGram Records, Inc. | Kool and the Gang | Celebration | SR 88-469 |
| PolyGram Records, Inc. | Kool and the Gang | Cherish | SR 88-469 |
| PolyGram Records, Inc. | Kool and the Gang | Fresh | SR 88-469 |
| PolyGram Records, Inc. | Kool and the Gang | Get Down On It | SR 30-574 |
| PolyGram Records, Inc. | Kool and the Gang | Joanna | SR 88-469 |
| PolyGram Records, Inc. | Kool and the Gang | Ladies Night | SR 11-740 |
| PolyGram Records, Inc. | Kool and the Gang | Let's Go Dancin' (Ooh La, La, La) | SR 42-546 |
| PolyGram Records, Inc. | Kool and the Gang | Misled | SR 69-703 |
| PolyGram Records, Inc. | Kool and the Gang | Steppin' Out | SR 30-574 |
| PolyGram Records, Inc. | Kool and the Gang | Take It To The Top | SR 22-488 |
| PolyGram Records, Inc. | Kool and the Gang | Take My Heart (You Can Have It If You Want It) | SR 30-574 |
| PolyGram Records, Inc. | Kool and the Gang | Too Hot | SR 88-469 |
| Elektra Entertainment | Linda Ronstadt | Blue Bayou | SR 23-376 |
| Elektra Entertainment | Linda Ronstadt | Desperado | N-38949 |
| Elektra Entertainment | Linda Ronstadt | Heat Wave | N-38949 |
| Elektra Entertainment | Linda Ronstadt | Love Is A Rose | N-38949 |
| Elektra Entertainment | Linda Ronstadt | That'll Be The Day | N-38949 |
| Elektra Entertainment | Linda Ronstadt | Tracks Of My Tears | N-38949 |
| MCA Records, Inc. | The Who | Who Are You | SR 59-012 |
| MCA Records, Inc. | The Who | You Better You Bet | SR 224-399 |
| Warner Bros. Records | ZZ Top | Gimme All Your Lovin' | SR 45-132 |
| Warner Bros. Records | ZZ Top | Legs | SR 45-132 |

## RIAA V. GLOBAL ARTS

Revised:  05/13/98 11:25am

## SCHEDULE B

| RECORD COMPANY | ARTIST | TITLE |
|---|---|---|
| Capitol Records, Inc. | Dean Martin | Memories Are Made Of This |
| Capitol Records, Inc. | Dean Martin | That's Amore |
| Capitol Records, Inc. | Dean Martin | Volare (Nel Blu Di Pinto Di Blu) |
| A&M Records, Inc. | Joe Cocker | Cry Me A River |
| A&M Records, Inc. | Joe Cocker | Darling Be Home Soon |
| A&M Records, Inc. | Joe Cocker | Delta Lady |
| A&M Records, Inc. | Joe Cocker | High Time Went |
| A&M Records, Inc. | Joe Cocker | She Came In Through The Bathroom Window |
| A&M Records, Inc. | Joe Cocker | The Letter |
| Elektra Entertainment | Linda Ronstadt | Silver Treads And Golden Needles |
| Sony Music Entertainment Inc. | Neil Diamond | Cherry Cherry |
| Sony Music Entertainment Inc. | Neil Diamond | Girl You'll Be A Woman Soon |
| Sony Music Entertainment Inc. | Neil Diamond | Red Red Wine |
| Sony Music Entertainment Inc. | Neil Diamond | Shilo |
| Sony Music Entertainment Inc. | Neil Diamond | Solitary Man |
| Sony Music Entertainment Inc. | Neil Diamond | Thank The Lord For The Nighttime |
| Sony Music Entertainment Inc. | Neil Diamond | The Boat That I Row |
| Sony Music Entertainment Inc. | Neil Diamond | You Got To Me |
| BMG Music | Perry Como | Catarina |
| BMG Music | Perry Como | Catch A Falling Star |
| BMG Music | Perry Como | Don't Let The Stars Get In Your Eyes |
| BMG Music | Perry Como | Dream on Little Dreamer |
| BMG Music | Perry Como | Go'Around (Yeah, Yeah) |
| BMG Music | Perry Como | Hello Young Lovers |
| BMG Music | Perry Como | Hoop-Dee-Doo |
| BMG Music | Perry Como | Hot Diggity |

1

| RECORD COMPANY | ARTIST | TITLE |
|---|---|---|
| BMG Music | Perry Como | I Love You & Don't You Forget It |
| BMG Music | Perry Como | It's Impossible |
| BMG Music | Perry Como | Killing Me Softly With Her Song |
| BMG Music | Perry Como | Love Makes The World |
| BMG Music | Perry Como | Magic Moments |
| BMG Music | Perry Como | Papa Loves Mambo |
| BMG Music | Perry Como | Round And Round |
| BMG Music | Perry Como | Try To Remember |
| BMG Music | Perry Como | Wanted |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Baby Driver |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Benedictus |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Bridge Over Troubled Water |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Cecilia |
| Sony Music Entertainment Inc. | Simon & Garfunkel | El Condor Pasa |
| Sony Music Entertainment Inc. | Simon & Garfunkel | I Am A Rock |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Kathy's Song |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Peggy-O |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Richard Cory |
| Sony Music Entertainment Inc. | Simon & Garfunkel | So Long Frank Lloyd Wright |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Somewhere They Can't Find Me |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Sparrow |
| Sony Music Entertainment Inc. | Simon & Garfunkel | The Boxer |
| Sony Music Entertainment Inc. | Simon & Garfunkel | The Sounds Of Silence |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Wednesday Morning - 3 A.M. |
| Elektra Entertainment | The Doors | Crystal Ship |
| Elektra Entertainment | The Doors | Hello I Love You |
| Elektra Entertainment | The Doors | L.A. Woman |
| Elektra Entertainment | The Doors | Light My Fire |
| Elektra Entertainment | The Doors | Love Her Madly |
| Elektra Entertainment | The Doors | Riders In The Storm |

2

| RECORD COMPANY | ARTIST | TITLE |
|---|---|---|
| Elektra Entertainment | The Doors | Roadhouse Blues |
| Elektra Entertainment | The Doors | Touch Me |
| Elektra Entertainment | The Doors | Wait For The Sun |
| Elektra Entertainment | The Doors | When The Music Is Over |
| MCA Records, Inc. | The Mamas & The Papas | California Dreamin' |
| MCA Records, Inc. | The Mamas & The Papas | Creeque Alley |
| MCA Records, Inc. | The Mamas & The Papas | Dancing In The Street |
| MCA Records, Inc. | The Mamas & The Papas | Dedicate To The One I Love |
| MCA Records, Inc. | The Mamas & The Papas | Dream A Little Dream Of Me |
| MCA Records, Inc. | The Mamas & The Papas | Glad To Be Unhappy |
| MCA Records, Inc. | The Mamas & The Papas | I Call Your Name |
| MCA Records, Inc. | The Mamas & The Papas | I Saw Her Last Night |
| MCA Records, Inc. | The Mamas & The Papas | Look Through My Window |
| MCA Records, Inc. | The Mamas & The Papas | Midnight Voyage |
| MCA Records, Inc. | The Mamas & The Papas | Monday Monday |
| MCA Records, Inc. | The Mamas & The Papas | My Girl |
| MCA Records, Inc. | The Mamas & The Papas | Twelve-Thirty |
| MCA Records, Inc. | The Mamas & The Papas | Words Of Love |
| MCA Records, Inc. | The Who | Anyway, Anyhow, Anywhere |
| MCA Records, Inc. | The Who | I Can See For Miles |
| MCA Records, Inc. | The Who | I'm A Boy |
| MCA Records, Inc. | The Who | Let's See Action |
| MCA Records, Inc. | The Who | My Generation |
| MCA Records, Inc. | The Who | Picture Of Lily |
| MCA Records, Inc. | The Who | Pinball Wizard |
| MCA Records, Inc. | The Who | Substitute |
| MCA Records, Inc. | The Who | The Seeker |
| MCA Records, Inc. | The Who | Won't Get Fooled Again |

AO 88 (Rev. 11/91) Subpoena in a Civil Case

# United States District Court

SOUTHERN _____ **DISTRICT OF** _____ FLORIDA

SONY MUSIC ENTERTAINMENT

v.

GLOBAL ARTS PRODUCTIONS

## SUBPOENA IN A CIVIL CASE

**CASE NUMBER:**
98-6507-Civ-Middlebrooks

**TO:**    ROB EBBERS
Dureco - B.V.
Netherlands, Antilles

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Mudrick Witt Levy & Consor<br>100 S.E. 2nd Street, Suite 2310<br>Miami, Florida 33131 | 10:00 a.m.<br>August 25, 1998 |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE ATTACHED DESCRIPTION OF DOCUMENTS

| PLACE | DATE AND TIME |
|---|---|
| Mudrick Witt Levy & Consor<br>100 S.E. 2nd Street, Suite 2310<br>Miami, Florida 33131 | 10:00 a.m.<br>August 25, 1998 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b) (6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Karen L. Stetson*<br>Karen L. Stetson, Esq. | 8/17/98 |

ISSUING OFFICER'S NAME ADDRESS AND PHONE NUMBER
P.O. Box 2371, Miami Beach, FL  33140
(305) 532-4845

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on reverse)

RIAA V. GLOBAL ARTS

Revised: 05/13/98 1:13pm

SCHEDULE A

| RECORD COMPANY | ARTIST | TITLE | SR# |
|---|---|---|---|
| PolyGram Records, Inc. | Barry White | Baby, We Better Try And Get It Together | SR 210-264 |
| PolyGram Records, Inc. | Barry White | Bring Back My Yesterday | Pending |
| PolyGram Records, Inc. | Barry White | Can't Get Enough of Your Love Babe | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Don't Make Me Wait Too Long | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Honey Please, Can't Ya See | SR 147-882 |
| PolyGram Records, Inc. | Barry White | I'll Do For You Anything You Want Me To | SR 147-882 |
| PolyGram Records, Inc. | Barry White | I'm Gonna Love You Just A Little More Babe | SR 147-882 |
| PolyGram Records, Inc. | Barry White | I've Found Someone | SR 147-882 |
| PolyGram Records, Inc. | Barry White | I've Got So Much To Give | SR 147-882 |
| PolyGram Records, Inc. | Barry White | It's Ecstasy When You Lay Down Next To Me | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Just The Way You Are | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Let The Music Play | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Love Serenade | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Love's Theme | SR 147-882 |
| PolyGram Records, Inc. | Barry White | My Sweet Summer Suite | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Never Never Gonna Give Ya Up | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Oh What A Night For Dancing | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Satin Soul | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Sho' You Right | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Standing In The Shadows of Love | Pending |
| A&M Records, Inc. | Barry White | The Right Night | SR 85-664 |
| PolyGram Records, Inc. | Barry White | What Am I Gonna Do With You? | SR 147-882 |
| PolyGram Records, Inc. | Barry White | You See The Trouble With Me | SR 147-882 |
| PolyGram Records, Inc. | Barry White | You're The First, The Last, My Everything | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Your Sweetness Is My Weakness | SR 147-882 |
| Capitol Records, Inc. | Joe Cocker | Midnight Rider | SR 78-851 |

1

| RECORD COMPANY | ARTIST | TITLE | SR# |
|---|---|---|---|
| Capitol Records, Inc. | Joe Cocker | Shelter Me | Pending |
| Capitol Records, Inc. | Joe Cocker | Unchain My Heart | Pending |
| Capitol Records, Inc. | Joe Cocker | Up Where We Belong (With Jennifer Warnes) | Pending |
| Capitol Records, Inc. | Joe Cocker | When The Night Comes | Pending |
| Capitol Records, Inc. | Joe Cocker | You Are So Beautiful | Pending |
| PolyGram Records, Inc. | Kool and the Gang | Celebration | SR 88-469 |
| PolyGram Records, Inc. | Kool and the Gang | Cherish | SR 88-469 |
| PolyGram Records, Inc. | Kool and the Gang | Fresh | SR 88-469 |
| PolyGram Records, Inc. | Kool and the Gang | Get Down On It | SR 30-574 |
| PolyGram Records, Inc. | Kool and the Gang | Joanna | SR 88-469 |
| PolyGram Records, Inc. | Kool and the Gang | Ladies Night | SR 11-740 |
| PolyGram Records, Inc. | Kool and the Gang | Let's Go Dancin' (Ooh La, La, La) | SR 42-546 |
| PolyGram Records, Inc. | Kool and the Gang | Misled | SR 69-703 |
| PolyGram Records, Inc. | Kool and the Gang | Steppin' Out | SR 30-574 |
| PolyGram Records, Inc. | Kool and the Gang | Take It To The Top | SR 22-488 |
| PolyGram Records, Inc. | Kool and the Gang | Take My Heart (You Can Have It If You Want It) | SR 30-574 |
| PolyGram Records, Inc. | Kool and the Gang | Too Hot | SR 88-469 |
| Elektra Entertainment | Linda Ronstadt | Blue Bayou | SR 23-376 |
| Elektra Entertainment | Linda Ronstadt | Desperado | N-38949 |
| Elektra Entertainment | Linda Ronstadt | Heat Wave | N-38949 |
| Elektra Entertainment | Linda Ronstadt | Love Is A Rose | N-38949 |
| Elektra Entertainment | Linda Ronstadt | That'll Be The Day | N-38949 |
| Elektra Entertainment | Linda Ronstadt | Tracks Of My Tears | N-38949 |
| MCA Records, Inc. | The Who | Who Are You | SR 59-012 |
| MCA Records, Inc. | The Who | You Better You Bet | SR 224-399 |
| Warner Bros. Records | ZZ Top | Gimme All Your Lovin' | SR 45-132 |
| Warner Bros. Records | ZZ Top | Legs | SR 45-132 |

<u>RIAA V. GLOBAL ARTS</u>                     Revised: 05/13/98 11:25am

<u>SCHEDULE B</u>

| <u>RECORD COMPANY</u> | <u>ARTIST</u> | <u>TITLE</u> |
|---|---|---|
| Capitol Records, Inc. | Dean Martin | Memories Are Made Of This |
| Capitol Records, Inc. | Dean Martin | That's Amore |
| Capitol Records, Inc. | Dean Martin | Volare (Nel Blu Di Pinto Di Blu) |
| A&M Records, Inc. | Joe Cocker | Cry Me A River |
| A&M Records, Inc. | Joe Cocker | Darling Be Home Soon |
| A&M Records, Inc. | Joe Cocker | Delta Lady |
| A&M Records, Inc. | Joe Cocker | High Time Went |
| A&M Records, Inc. | Joe Cocker | She Came In Through The Bathroom Window |
| A&M Records, Inc. | Joe Cocker | The Letter |
| Elektra Entertainment | Linda Ronstadt | Silver Treads And Golden Needles |
| Sony Music Entertainment Inc. | Neil Diamond | Cherry Cherry |
| Sony Music Entertainment Inc. | Neil Diamond | Girl You'll Be A Woman Soon |
| Sony Music Entertainment Inc. | Neil Diamond | Red Red Wine |
| Sony Music Entertainment Inc. | Neil Diamond | Shilo |
| Sony Music Entertainment Inc. | Neil Diamond | Solitary Man |
| Sony Music Entertainment Inc. | Neil Diamond | Thank The Lord For The Nighttime |
| Sony Music Entertainment Inc. | Neil Diamond | The Boat That I Row |
| Sony Music Entertainment Inc. | Neil Diamond | You Got To Me |
| BMG Music | Perry Como | Catarina |
| BMG Music | Perry Como | Catch A Falling Star |
| BMG Music | Perry Como | Don't Let The Stars Get In Your Eyes |
| BMG Music | Perry Como | Dream on Little Dreamer |
| BMG Music | Perry Como | Go'Around (Yeah, Yeah) |
| BMG Music | Perry Como | Hello Young Lovers |
| BMG Music | Perry Como | Hoop-Dee-Doo |
| BMG Music | Perry Como | Hot Diggity |

1

| RECORD COMPANY | ARTIST | TITLE |
|---|---|---|
| BMG Music | Perry Como | I Love You & Don't You Forget It |
| BMG Music | Perry Como | It's Impossible |
| BMG Music | Perry Como | Killing Me Softly With Her Song |
| BMG Music | Perry Como | Love Makes The World |
| BMG Music | Perry Como | Magic Moments |
| BMG Music | Perry Como | Papa Loves Mambo |
| BMG Music | Perry Como | Round And Round |
| BMG Music | Perry Como | Try To Remember |
| BMG Music | Perry Como | Wanted |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Baby Driver |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Benedictus |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Bridge Over Troubled Water |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Cecilia |
| Sony Music Entertainment Inc. | Simon & Garfunkel | El Condor Pasa |
| Sony Music Entertainment Inc. | Simon & Garfunkel | I Am A Rock |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Kathy's Song |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Peggy-O |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Richard Cory |
| Sony Music Entertainment Inc. | Simon & Garfunkel | So Long Frank Lloyd Wright |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Somewhere They Can't Find Me |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Sparrow |
| Sony Music Entertainment Inc. | Simon & Garfunkel | The Boxer |
| Sony Music Entertainment Inc. | Simon & Garfunkel | The Sounds Of Silence |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Wednesday Morning - 3 A.M. |
| Elektra Entertainment | The Doors | Crystal Ship |
| Elektra Entertainment | The Doors | Hello I Love You |
| Elektra Entertainment | The Doors | L.A. Woman |
| Elektra Entertainment | The Doors | Light My Fire |
| Elektra Entertainment | The Doors | Love Her Madly |
| Elektra Entertainment | The Doors | Riders In The Storm |

2

| RECORD COMPANY | ARTIST | TITLE |
|---|---|---|
| Elektra Entertainment | The Doors | Roadhouse Blues |
| Elektra Entertainment | The Doors | Touch Me |
| Elektra Entertainment | The Doors | Wait For The Sun |
| Elektra Entertainment | The Doors | When The Music Is Over |
| MCA Records, Inc. | The Mamas & The Papas | California Dreamin' |
| MCA Records, Inc. | The Mamas & The Papas | Creeque Alley |
| MCA Records, Inc. | The Mamas & The Papas | Dancing In The Street |
| MCA Records, Inc. | The Mamas & The Papas | Dedicate To The One I Love |
| MCA Records, Inc. | The Mamas & The Papas | Dream A Little Dream Of Me |
| MCA Records, Inc. | The Mamas & The Papas | Glad To Be Unhappy |
| MCA Records, Inc. | The Mamas & The Papas | I Call Your Name |
| MCA Records, Inc. | The Mamas & The Papas | I Saw Her Last Night |
| MCA Records, Inc. | The Mamas & The Papas | Look Through My Window |
| MCA Records, Inc. | The Mamas & The Papas | Midnight Voyage |
| MCA Records, Inc. | The Mamas & The Papas | Monday Monday |
| MCA Records, Inc. | The Mamas & The Papas | My Girl |
| MCA Records, Inc. | The Mamas & The Papas | Twelve-Thirty |
| MCA Records, Inc. | The Mamas & The Papas | Words Of Love |
| MCA Records, Inc. | The Who | Anyway, Anyhow, Anywhere |
| MCA Records, Inc. | The Who | I Can See For Miles |
| MCA Records, Inc. | The Who | I'm A Boy |
| MCA Records, Inc. | The Who | Let's See Action |
| MCA Records, Inc. | The Who | My Generation |
| MCA Records, Inc. | The Who | Picture Of Lily |
| MCA Records, Inc. | The Who | Pinball Wizard |
| MCA Records, Inc. | The Who | Substitute |
| MCA Records, Inc. | The Who | The Seeker |
| MCA Records, Inc. | The Who | Won't Get Fooled Again |

AO 88 (Rev. 11/91) Subpoena in a Civil Case

# United States District Court

SOUTHERN _____ **DISTRICT OF** _____ FLORIDA

SONY MUSIC ENTERTAINMENT

V.

GLOBAL ARTS PRODUCTIONS

## SUBPOENA IN A CIVIL CASE

**CASE NUMBER:**
98-6507-Civ-Middlebrooks

**TO:**   JACQUES AEILKEMA
Blaricum CD Company B.V.
Netherlands, Antilles

☐ **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Mudrick Witt Levy & Consor 100 S.E. 2nd Street, Suite 2310 Miami, FL 33131 | 10:00 a.m. August 27, 1998 |

☐ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE DESCRIPTION OF DOCUMENTS ATTACHED

| PLACE | DATE AND TIME |
|---|---|
| Mudrick Witt Levy & Consor 100 S.E. 2nd Street, Suite 2310± Miami, FL 33131 | 10:00 a.m. August 27, 1998 |

☐ **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Karen L. Stetson* Karen L. Stetson, Esq. | 8/17/98 |

ISSUING OFFICER'S NAME ADDRESS AND PHONE NUMBER
P.O. Box 2731, Miami Beach, FL  33140     (305) 532-4845

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on reverse)

## RIAA V. GLOBAL ARTS

Revised: 05/13/98 1:13pm

## SCHEDULE A

| RECORD COMPANY | ARTIST | TITLE | SR# |
|---|---|---|---|
| PolyGram Records, Inc. | Barry White | Baby, We Better Try And Get It Together | SR 210-264 |
| PolyGram Records, Inc. | Barry White | Bring Back My Yesterday | Pending |
| PolyGram Records, Inc. | Barry White | Can't Get Enough of Your Love Babe | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Don't Make Me Wait Too Long | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Honey Please, Can't Ya See | SR 147-882 |
| PolyGram Records, Inc. | Barry White | I'll Do For You Anything You Want Me To | SR 147-882 |
| PolyGram Records, Inc. | Barry White | I'm Gonna Love You Just A Little More Babe | SR 147-882 |
| PolyGram Records, Inc. | Barry White | I've Found Someone | SR 147-882 |
| PolyGram Records, Inc. | Barry White | I've Got So Much To Give | SR 147-882 |
| PolyGram Records, Inc. | Barry White | It's Ecstasy When You Lay Down Next To Me | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Just The Way You Are | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Let The Music Play | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Love Serenade | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Love's Theme | SR 147-882 |
| PolyGram Records, Inc. | Barry White | My Sweet Summer Suite | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Never Never Gonna Give Ya Up | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Oh What A Night For Dancing | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Satin Soul | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Sho' You Right | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Standing In The Shadows of Love | Pending |
| A&M Records, Inc. | Barry White | The Right Night | SR 85-664 |
| PolyGram Records, Inc. | Barry White | What Am I Gonna Do With You? | SR 147-882 |
| PolyGram Records, Inc. | Barry White | You See The Trouble With Me | SR 147-882 |
| PolyGram Records, Inc. | Barry White | You're The First, The Last, My Everything | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Your Sweetness Is My Weakness | SR 147-882 |
| Capitol Records, Inc. | Joe Cocker | Midnight Rider | SR 78-851 |

1

| RECORD COMPANY | ARTIST | TITLE | SR# |
|---|---|---|---|
| Capitol Records, Inc. | Joe Cocker | Shelter Me | Pending |
| Capitol Records, Inc. | Joe Cocker | Unchain My Heart | Pending |
| Capitol Records, Inc. | Joe Cocker | Up Where We Belong (With Jennifer Warnes) | Pending |
| Capitol Records, Inc. | Joe Cocker | When The Night Comes | Pending |
| Capitol Records, Inc. | Joe Cocker | You Are So Beautiful | Pending |
| PolyGram Records, Inc. | Kool and the Gang | Celebration | SR 88-469 |
| PolyGram Records, Inc. | Kool and the Gang | Cherish | SR 88-469 |
| PolyGram Records, Inc. | Kool and the Gang | Fresh | SR 88-469 |
| PolyGram Records, Inc. | Kool and the Gang | Get Down On It | SR 30-574 |
| PolyGram Records, Inc. | Kool and the Gang | Joanna | SR 88-469 |
| PolyGram Records, Inc. | Kool and the Gang | Ladies Night | SR 11-740 |
| PolyGram Records, Inc. | Kool and the Gang | Let's Go Dancin' (Ooh La, La, La) | SR 42-546 |
| PolyGram Records, Inc. | Kool and the Gang | Misled | SR 69-703 |
| PolyGram Records, Inc. | Kool and the Gang | Steppin' Out | SR 30-574 |
| PolyGram Records, Inc. | Kool and the Gang | Take It To The Top | SR 22-488 |
| PolyGram Records, Inc. | Kool and the Gang | Take My Heart (You Can Have It If You Want It) | SR 30-574 |
| PolyGram Records, Inc. | Kool and the Gang | Too Hot | SR 88-469 |
| Elektra Entertainment | Linda Ronstadt | Blue Bayou | SR 23-376 |
| Elektra Entertainment | Linda Ronstadt | Desperado | N-38949 |
| Elektra Entertainment | Linda Ronstadt | Heat Wave | N-38949 |
| Elektra Entertainment | Linda Ronstadt | Love Is A Rose | N-38949 |
| Elektra Entertainment | Linda Ronstadt | That'll Be The Day | N-38949 |
| Elektra Entertainment | Linda Ronstadt | Tracks Of My Tears | N-38949 |
| MCA Records, Inc. | The Who | Who Are You | SR 59-012 |
| MCA Records, Inc. | The Who | You Better You Bet | SR 224-399 |
| Warner Bros. Records | ZZ Top | Gimme All Your Lovin' | SR 45-132 |
| Warner Bros. Records | ZZ Top | Legs | SR 45-132 |

RIAA V. GLOBAL ARTS

Revised: 05/13/98 11:25am

SCHEDULE B

| RECORD COMPANY | ARTIST | TITLE |
|---|---|---|
| Capitol Records, Inc. | Dean Martin | Memories Are Made Of This |
| Capitol Records, Inc. | Dean Martin | That's Amore |
| Capitol Records, Inc. | Dean Martin | Volare (Nel Blu Di Pinto Di Blu) |
| A&M Records, Inc. | Joe Cocker | Cry Me A River |
| A&M Records, Inc. | Joe Cocker | Darling Be Home Soon |
| A&M Records, Inc. | Joe Cocker | Delta Lady |
| A&M Records, Inc. | Joe Cocker | High Time Went |
| A&M Records, Inc. | Joe Cocker | She Came In Through The Bathroom Window |
| A&M Records, Inc. | Joe Cocker | The Letter |
| Elektra Entertainment | Linda Ronstadt | Silver Treads And Golden Needles |
| Sony Music Entertainment Inc. | Neil Diamond | Cherry Cherry |
| Sony Music Entertainment Inc. | Neil Diamond | Girl You'll Be A Woman Soon |
| Sony Music Entertainment Inc. | Neil Diamond | Red Red Wine |
| Sony Music Entertainment Inc. | Neil Diamond | Shilo |
| Sony Music Entertainment Inc. | Neil Diamond | Solitary Man |
| Sony Music Entertainment Inc. | Neil Diamond | Thank The Lord For The Nighttime |
| Sony Music Entertainment Inc. | Neil Diamond | The Boat That I Row |
| Sony Music Entertainment Inc. | Neil Diamond | You Got To Me |
| BMG Music | Perry Como | Catarina |
| BMG Music | Perry Como | Catch A Falling Star |
| BMG Music | Perry Como | Don't Let The Stars Get In Your Eyes |
| BMG Music | Perry Como | Dream on Little Dreamer |
| BMG Music | Perry Como | Go'Around (Yeah, Yeah) |
| BMG Music | Perry Como | Hello Young Lovers |
| BMG Music | Perry Como | Hoop-Dee-Doo |
| BMG Music | Perry Como | Hot Diggity |

1

| RECORD COMPANY | ARTIST | TITLE |
|---|---|---|
| Elektra Entertainment | The Doors | Roadhouse Blues |
| Elektra Entertainment | The Doors | Touch Me |
| Elektra Entertainment | The Doors | Wait For The Sun |
| Elektra Entertainment | The Doors | When The Music Is Over |
| MCA Records, Inc. | The Mamas & The Papas | California Dreamin' |
| MCA Records, Inc. | The Mamas & The Papas | Creeque Alley |
| MCA Records, Inc. | The Mamas & The Papas | Dancing In The Street |
| MCA Records, Inc. | The Mamas & The Papas | Dedicate To The One I Love |
| MCA Records, Inc. | The Mamas & The Papas | Dream A Little Dream Of Me |
| MCA Records, Inc. | The Mamas & The Papas | Glad To Be Unhappy |
| MCA Records, Inc. | The Mamas & The Papas | I Call Your Name |
| MCA Records, Inc. | The Mamas & The Papas | I Saw Her Last Night |
| MCA Records, Inc. | The Mamas & The Papas | Look Through My Window |
| MCA Records, Inc. | The Mamas & The Papas | Midnight Voyage |
| MCA Records, Inc. | The Mamas & The Papas | Monday Monday |
| MCA Records, Inc. | The Mamas & The Papas | My Girl |
| MCA Records, Inc. | The Mamas & The Papas | Twelve-Thirty |
| MCA Records, Inc. | The Mamas & The Papas | Words Of Love |
| MCA Records, Inc. | The Who | Anyway, Anyhow, Anywhere |
| MCA Records, Inc. | The Who | I Can See For Miles |
| MCA Records, Inc. | The Who | I'm A Boy |
| MCA Records, Inc. | The Who | Let's See Action |
| MCA Records, Inc. | The Who | My Generation |
| MCA Records, Inc. | The Who | Picture Of Lily |
| MCA Records, Inc. | The Who | Pinball Wizard |
| MCA Records, Inc. | The Who | Substitute |
| MCA Records, Inc. | The Who | The Seeker |
| MCA Records, Inc. | The Who | Won't Get Fooled Again |

| RECORD COMPANY | ARTIST | TITLE |
| --- | --- | --- |
| BMG Music | Perry Como | I Love You & Don't You Forget It |
| BMG Music | Perry Como | It's Impossible |
| BMG Music | Perry Como | Killing Me Softly With Her Song |
| BMG Music | Perry Como | Love Makes The World |
| BMG Music | Perry Como | Magic Moments |
| BMG Music | Perry Como | Papa Loves Mambo |
| BMG Music | Perry Como | Round And Round |
| BMG Music | Perry Como | Try To Remember |
| BMG Music | Perry Como | Wanted |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Baby Driver |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Benedictus |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Bridge Over Troubled Water |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Cecilia |
| Sony Music Entertainment Inc. | Simon & Garfunkel | El Condor Pasa |
| Sony Music Entertainment Inc. | Simon & Garfunkel | I Am A Rock |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Kathy's Song |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Peggy-O |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Richard Cory |
| Sony Music Entertainment Inc. | Simon & Garfunkel | So Long Frank Lloyd Wright |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Somewhere They Can't Find Me |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Sparrow |
| Sony Music Entertainment Inc. | Simon & Garfunkel | The Boxer |
| Sony Music Entertainment Inc. | Simon & Garfunkel | The Sounds Of Silence |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Wednesday Morning - 3 A.M. |
| Elektra Entertainment | The Doors | Crystal Ship |
| Elektra Entertainment | The Doors | Hello I Love You |
| Elektra Entertainment | The Doors | L.A. Woman |
| Elektra Entertainment | The Doors | Light My Fire |
| Elektra Entertainment | The Doors | Love Her Madly |
| Elektra Entertainment | The Doors | Riders In The Storm |

AO 88 (Rev 11/91) Subpoena in a Civil Case

# United States District Court

SOUTHERN _____ **DISTRICT OF** _____ FLORIDA

SONY MUSIC ENTERTAINMENT

v.

GLOBAL ARTS PRODUCTIONS

## SUBPOENA IN A CIVIL CASE

**CASE NUMBER:**

98-6507-Civ-Middlebrooks

TO:   JOAO SERAFIM
      Movieplay Portuguesa, S.A.
      Portugal

☐ **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Mudrick Witt Levy & Consor 100 S.E. 2nd Street, Suite 2310 Miami, Florida 33131 | 10:00 a.m. August 26, 1998 |

☐ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

### SEE ATTACHED DESCRIPTION OF DOCUMENTS

| PLACE | DATE AND TIME |
|---|---|
| Mudrick Witt Levy & Consor 100 S.E. 2nd Street, Suite 2310 Miami, Florida 33131 | 10:00 a.m. August 26, 1998 |

☐ **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Karen L. Stetson, Esq. | 8/17/98 |

ISSUING OFFICER'S NAME ADDRESS AND PHONE NUMBER

P.O. Box 2731, Miami Beach, FL  33140        (305) 532-4845

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

**RIAA V. GLOBAL ARTS**                                 Revised: 05/13/98 1:13pm

**SCHEDULE A**

| RECORD COMPANY | ARTIST | TITLE | SR# |
|---|---|---|---|
| PolyGram Records, Inc. | Barry White | Baby, We Better Try And Get It Together | SR 210-264 |
| PolyGram Records, Inc. | Barry White | Bring Back My Yesterday | Pending |
| PolyGram Records, Inc. | Barry White | Can't Get Enough of Your Love Babe | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Don't Make Me Wait Too Long | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Honey Please, Can't Ya See | SR 147-882 |
| PolyGram Records, Inc. | Barry White | I'll Do For You Anything You Want Me To | SR 147-882 |
| PolyGram Records, Inc. | Barry White | I'm Gonna Love You Just A Little More Babe | SR 147-882 |
| PolyGram Records, Inc. | Barry White | I've Found Someone | SR 147-882 |
| PolyGram Records, Inc. | Barry White | I've Got So Much To Give | SR 147-882 |
| PolyGram Records, Inc. | Barry White | It's Ecstasy When You Lay Down Next To Me | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Just The Way You Are | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Let The Music Play | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Love Serenade | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Love's Theme | SR 147-882 |
| PolyGram Records, Inc. | Barry White | My Sweet Summer Suite | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Never Never Gonna Give Ya Up | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Oh What A Night For Dancing | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Satin Soul | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Sho' You Right | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Standing In The Shadows of Love | Pending |
| A&M Records, Inc. | Barry White | The Right Night | SR 85-664 |
| PolyGram Records, Inc. | Barry White | What Am I Gonna Do With You? | SR 147-882 |
| PolyGram Records, Inc. | Barry White | You See The Trouble With Me | SR 147-882 |
| PolyGram Records, Inc. | Barry White | You're The First, The Last, My Everything | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Your Sweetness Is My Weakness | SR 147-882 |
| Capitol Records, Inc. | Joe Cocker | Midnight Rider | SR 78-851 |

| RECORD COMPANY | ARTIST | TITLE | SR# |
|---|---|---|---|
| Capitol Records, Inc. | Joe Cocker | Shelter Me | Pending |
| Capitol Records, Inc. | Joe Cocker | Unchain My Heart | Pending |
| Capitol Records, Inc. | Joe Cocker | Up Where We Belong (With Jennifer Warnes) | Pending |
| Capitol Records, Inc. | Joe Cocker | When The Night Comes | Pending |
| Capitol Records, Inc. | Joe Cocker | You Are So Beautiful | Pending |
| PolyGram Records, Inc. | Kool and the Gang | Celebration | SR 88-469 |
| PolyGram Records, Inc. | Kool and the Gang | Cherish | SR 88-469 |
| PolyGram Records, Inc. | Kool and the Gang | Fresh | SR 88-469 |
| PolyGram Records, Inc. | Kool and the Gang | Get Down On It | SR 30-574 |
| PolyGram Records, Inc. | Kool and the Gang | Joanna | SR 88-469 |
| PolyGram Records, Inc. | Kool and the Gang | Ladies Night | SR 11-740 |
| PolyGram Records, Inc. | Kool and the Gang | Let's Go Dancin' (Ooh La, La, La) | SR 42-546 |
| PolyGram Records, Inc. | Kool and the Gang | Misled | SR 69-703 |
| PolyGram Records, Inc. | Kool and the Gang | Steppin' Out | SR 30-574 |
| PolyGram Records, Inc. | Kool and the Gang | Take It To The Top | SR 22-488 |
| PolyGram Records, Inc. | Kool and the Gang | Take My Heart (You Can Have It If You Want It) | SR 30-574 |
| PolyGram Records, Inc. | Kool and the Gang | Too Hot | SR 88-469 |
| Elektra Entertainment | Linda Ronstadt | Blue Bayou | SR 23-376 |
| Elektra Entertainment | Linda Ronstadt | Desperado | N-38949 |
| Elektra Entertainment | Linda Ronstadt | Heat Wave | N-38949 |
| Elektra Entertainment | Linda Ronstadt | Love Is A Rose | N-38949 |
| Elektra Entertainment | Linda Ronstadt | That'll Be The Day | N-38949 |
| Elektra Entertainment | Linda Ronstadt | Tracks Of My Tears | N-38949 |
| MCA Records, Inc. | The Who | Who Are You | SR 59-012 |
| MCA Records, Inc. | The Who | You Better You Bet | SR 224-399 |
| Warner Bros. Records | ZZ Top | Gimme All Your Lovin' | SR 45-132 |
| Warner Bros. Records | ZZ Top | Legs | SR 45-132 |

<u>RIAA V. GLOBAL ARTS</u>                    Revised:  05/13/98 11:25am

<u>SCHEDULE B</u>

| <u>RECORD COMPANY</u> | <u>ARTIST</u> | <u>TITLE</u> |
|---|---|---|
| Capitol Records, Inc. | Dean Martin | Memories Are Made Of This |
| Capitol Records, Inc. | Dean Martin | That's Amore |
| Capitol Records, Inc. | Dean Martin | Volare (Nel Blu Di Pinto Di Blu) |
| A&M Records, Inc. | Joe Cocker | Cry Me A River |
| A&M Records, Inc. | Joe Cocker | Darling Be Home Soon |
| A&M Records, Inc. | Joe Cocker | Delta Lady |
| A&M Records, Inc. | Joe Cocker | High Time Went |
| A&M Records, Inc. | Joe Cocker | She Came In Through The Bathroom Window |
| A&M Records, Inc. | Joe Cocker | The Letter |
| Elektra Entertainment | Linda Ronstadt | Silver Treads And Golden Needles |
| Sony Music Entertainment Inc. | Neil Diamond | Cherry Cherry |
| Sony Music Entertainment Inc. | Neil Diamond | Girl You'll Be A Woman Soon |
| Sony Music Entertainment Inc. | Neil Diamond | Red Red Wine |
| Sony Music Entertainment Inc. | Neil Diamond | Shilo |
| Sony Music Entertainment Inc. | Neil Diamond | Solitary Man |
| Sony Music Entertainment Inc. | Neil Diamond | Thank The Lord For The Nighttime |
| Sony Music Entertainment Inc. | Neil Diamond | The Boat That I Row |
| Sony Music Entertainment Inc. | Neil Diamond | You Got To Me |
| BMG Music | Perry Como | Catarina |
| BMG Music | Perry Como | Catch A Falling Star |
| BMG Music | Perry Como | Don't Let The Stars Get In Your Eyes |
| BMG Music | Perry Como | Dream on Little Dreamer |
| BMG Music | Perry Como | Go'Around (Yeah, Yeah) |
| BMG Music | Perry Como | Hello Young Lovers |
| BMG Music | Perry Como | Hoop-Dee-Doo |
| BMG Music | Perry Como | Hot Diggity |

1

| RECORD COMPANY | ARTIST | TITLE |
|---|---|---|
| BMG Music | Perry Como | I Love You & Don't You Forget It |
| BMG Music | Perry Como | It's Impossible |
| BMG Music | Perry Como | Killing Me Softly With Her Song |
| BMG Music | Perry Como | Love Makes The World |
| BMG Music | Perry Como | Magic Moments |
| BMG Music | Perry Como | Papa Loves Mambo |
| BMG Music | Perry Como | Round And Round |
| BMG Music | Perry Como | Try To Remember |
| BMG Music | Perry Como | Wanted |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Baby Driver |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Benedictus |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Bridge Over Troubled Water |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Cecilia |
| Sony Music Entertainment Inc. | Simon & Garfunkel | El Condor Pasa |
| Sony Music Entertainment Inc. | Simon & Garfunkel | I Am A Rock |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Kathy's Song |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Peggy-O |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Richard Cory |
| Sony Music Entertainment Inc. | Simon & Garfunkel | So Long Frank Lloyd Wright |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Somewhere They Can't Find Me |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Sparrow |
| Sony Music Entertainment Inc. | Simon & Garfunkel | The Boxer |
| Sony Music Entertainment Inc. | Simon & Garfunkel | The Sounds Of Silence |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Wednesday Morning - 3 A.M. |
| Elektra Entertainment | The Doors | Crystal Ship |
| Elektra Entertainment | The Doors | Hello I Love You |
| Elektra Entertainment | The Doors | L.A. Woman |
| Elektra Entertainment | The Doors | Light My Fire |
| Elektra Entertainment | The Doors | Love Her Madly |
| Elektra Entertainment | The Doors | Riders In The Storm |

| RECORD COMPANY | ARTIST | TITLE |
|---|---|---|
| Elektra Entertainment | The Doors | Roadhouse Blues |
| Elektra Entertainment | The Doors | Touch Me |
| Elektra Entertainment | The Doors | Wait For The Sun |
| Elektra Entertainment | The Doors | When The Music Is Over |
| MCA Records, Inc. | The Mamas & The Papas | California Dreamin' |
| MCA Records, Inc. | The Mamas & The Papas | Creeque Alley |
| MCA Records, Inc. | The Mamas & The Papas | Dancing In The Street |
| MCA Records, Inc. | The Mamas & The Papas | Dedicate To The One I Love |
| MCA Records, Inc. | The Mamas & The Papas | Dream A Little Dream Of Me |
| MCA Records, Inc. | The Mamas & The Papas | Glad To Be Unhappy |
| MCA Records, Inc. | The Mamas & The Papas | I Call Your Name |
| MCA Records, Inc. | The Mamas & The Papas | I Saw Her Last Night |
| MCA Records, Inc. | The Mamas & The Papas | Look Through My Window |
| MCA Records, Inc. | The Mamas & The Papas | Midnight Voyage |
| MCA Records, Inc. | The Mamas & The Papas | Monday Monday |
| MCA Records, Inc. | The Mamas & The Papas | My Girl |
| MCA Records, Inc. | The Mamas & The Papas | Twelve-Thirty |
| MCA Records, Inc. | The Mamas & The Papas | Words Of Love |
| MCA Records, Inc. | The Who | Anyway, Anyhow, Anywhere |
| MCA Records, Inc. | The Who | I Can See For Miles |
| MCA Records, Inc. | The Who | I'm A Boy |
| MCA Records, Inc. | The Who | Let's See Action |
| MCA Records, Inc. | The Who | My Generation |
| MCA Records, Inc. | The Who | Picture Of Lily |
| MCA Records, Inc. | The Who | Pinball Wizard |
| MCA Records, Inc. | The Who | Substitute |
| MCA Records, Inc. | The Who | The Seeker |
| MCA Records, Inc. | The Who | Won't Get Fooled Again |

F:\NKS\GLOBAL\SCHEDULE.B