CIVIL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HONORABLE DONALD M. MIDDLEBROOKS

```
FILED by _____ D.C.
AUG 24 1998
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI
```

===============================================================

CASE NO. 98-6507-cv-DMM     DATE 8/24/98

CLERK  Emily Guerrero         REPORTER Randy Belsvik

TITLE OF CASE: Sony Music Entertainment v.
Global Arts Productions, Et.Al.

P. ATTORNEY(S) Karen Stetson, Russell Frackman, Jakub Hazzard

D. ATTORNEY(S) David Todd Seif

TYPE OF HEARING  Status Conference

RESULT OF HEARING  Motion to Stay discovery denied.

_____

_____

_____

_____

Case continued to_____Time_____For_____

Misc._____

