FILED ℣ _____ D.C.

98 SEP 11 PM 4:08

CLERK ... ST. CT.
S.D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO. 98-6507
JUDGE DONALD M. MIDDLEBROOKS

SONY MUSIC ENTERTAINMENT, INC. a )
corporation; A & M RECORDS, INC., a )
corporation; BMG MUSIC, d/b/a THE RCA )
RECORD LABEL, a general partnership; )
CAPITOL RECORDS, INC., a corporation; )
ELEKTRA ENTERTAINMENT, a division of )
WARNER COMMUNICATIONS, INC., a )
corporation; MCA RECORDS, INC., a )
corporation; POLYGRAM RECORDS, INC., a )
corporation; and WARNER BROS. RECORDS, )
INC., a corporation, )
                Plaintiffs )
 )
vs. )
 )
GLOBAL ARTS PRODUCTIONS, an entity )
of unknown form; DANNY JORDAN, an )
individual; SATURN RECORDS, an entity of )
unknown form; STACK-O-HITS, an entity of )
unknown form; and JACK MILLMAN, an )
individual, )
 )
                Defendants )
_____)

**NOTICE OF FILING DECLARATION OF DAVID T. SEIF
IN SUPPORT OF DAVID SEIF'S EMERGENCY RENEWED
<u>MOTION TO WITHDRAW AS COUNSEL</u>**

David T. Seif, Esq., by and through undersigned counsel, hereby gives notice of filing his

GREENBERG TRAURIG HOFFMAN LIPOFF ROSEN & QUENTEL, P.A.
1221 BRICKELL AVENUE MIAMI, FLORIDA 33131 305-579-0500 FAX 305-579-0717
MIAMI NEW YORK WASHINGTON, D.C. PHILADELPHIA SÃO PAULO
FORT LAUDERDALE WEST PALM BEACH ORLANDO TALLAHASSEE BOCA RATON



CIVIL ACTION NO. 98-6507
JUDGE DONALD M. MIDDLEBROOKS

Declaration in support of his Emergency Renewed Motion to Withdraw as Counsel.

Respectfully submitted,

GREENBERG TRAURIG, P.A.
Attorneys for David Seif
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

_____
ALAN T. DIMOND
Florida Bar No. 111017

LUIS M. O'NAGHTEN
Florida Bar No. 0622435

2

CIVIL ACTION NO. 98-6507
JUDGE DONALD M. MIDDLEBROOKS

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by regular U.S. mail this 11th day of September, 1998, to **Russell J. Frackman, Esq. and Yakub Hazzard, Esq.,** Mitchell, Silberburg & Knupp, LLP, 11377 West Olympic Boulevard, Los Angeles, CA 90064-1683; **Karen L. Stetson Esq.,** 2350 Prairie Avenue, PO Box 2731, Miami Beach, Florida 33140; **Jack Millman, Esq., Saturn Records and Stack-O-Hits,** 56 Brims Mesa Road, Sedona, Arizona 86336; **Mr. Danny Jordan, Global Arts Productions,** 7610 Nob Hill Road, Point Plaza Building, Suite 135, Tamarac, Florida 33321; and to **Mr. Danny Jordan,** 4022 NW 73rd Avenue, Coral Springs, Florida.

_____
LUIS M. O'NAGHTEN

MIAMI3/ONAGHTENL/146599/354701!.DOC/9/10/98

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO. 98-6507
JUDGE DONALD M. MIDDLEBROOKS

SONY MUSIC ENTERTAINMENT, INC. a )
corporation; A & M RECORDS, INC., a )
corporation; BMG MUSIC, d/b/a THE RCA )
RECORD LABEL, a general partnership; )
CAPITOL RECORDS, INC. , a corporation; )
ELEKTRA ENTERTAINMENT, a division of )
WARNER COMMUNICATIONS, INC., a )
corporation; MCA RECORDS, INC., a )
corporation; POLYGRAM RECORDS, INC., a )
corporation; and WARNER BROS. RECORDS, )
INC., a corporation, )
                Plaintiffs )
 )
vs. )
 )
GLOBAL ARTS PRODUCTIONS, an entity )
of unknown form; DANNY JORDAN, an )
individual; SATURN RECORDS, an entity of )
unknown form; STACK-O-HITS, an entity of )
unknown form; and JACK MILLMAN, an )
individual, )
 )
                Defendants )
_____ )

## DECLARATION OF DAVID T. SEIF

DAVID T. SEIF, pursuant to 28 USC § 1746, hereby declares as follows:

1. My name is David T. Seif, Esq. I am a practicing attorney in Fort Lauderdale, Florida. I am a sole practitioner with my office located at 2400 East Commercial Boulevard,

CIVIL ACTION NO. 98-6507
JUDGE DONALD M. MIDDLEBROOKS

Suite 723, Fort Lauderdale, Florida 33308. I have been admitted to the practice of law in the State of Florida since October 1993, and have been admitted to practice in the Southern District of Florida.

2.  I make this declaration in support of my renewed motion to withdraw as counsel for all defendants in this matter. I have personal knowledge of the facts contained in this Declaration.

3.  I filed a notice of appearance in the above-styled action on July 27, 1998. When I filed my notice of appearance I had been retained to act as local counsel in this matter, with the understanding that Richard Perlman, Esq., of California, was to enter the case pro hac vice as lead counsel. My involvement was intended to be very limited and, at all times, my primary contact with the defendants in this action was through Mr. Perlman.

4.  While I have discussed the defense of this matter with Mr. Perlman, he has failed to make an appearance. Mr. Perlman's failure to make an appearance in this case, as well as other matters, has resulted in my having numerous difficulties in dealing with him. My relationship with Mr. Perlman is now inextricably broken.

5.  In addition, my relationship with the defendants in this case also has been irreparably broken. Indeed, communication and cooperation between myself and the defendants themselves has been very difficult and often impossible to accomplish.

6.  Currently there are several discovery matters pending in this matter. Specifically, on August 26, 1998, the Court entered an order compelling certain discovery. I have made the

parties in this action aware of the order. Despite considerable efforts on my part, as of this date I have been unable to obtain either the information or documents that the Court has ordered defendants to provide. In addition, plaintiffs have propounded new sets of discovery and there are Local Rule 16 disclosures that need to be made in the near future.

7. Under present circumstances my abilities to effectively advocate on behalf of defendants have been seriously compromised. Indeed, certain possible conflicts among the defendants are making my ability to remain as counsel even more questionable. Moreover, my obligations as an officer of the Court make it difficult for me to continue to represent the defendants in this case.

8. Finally, my entire practice has suffered as a result of this case which is consuming large quantities time, thus harming my ability to serve my other clients and my financial ability to remain in practice.

9. I have previously filed a motion to withdraw in this matter. I consulted with defendants with respect to my withdrawing and they do not oppose it. The Court granted the initial motion to withdraw but conditioned my withdraw from the case on defendants' obtaining new counsel. It has now been approximately thirty (30) days since the Court entered its order granting my withdrawal from this matter, but the defendants have not obtained other counsel to enter an appearance in this matter. I have subsequently communicated with them again, both orally and in writing, of my intention and need to file a renewed motion to withdraw.

CIVIL ACTION NO. 98-6507
JUDGE DONALD M. MIDDLEBROOKS

10. I declare under penalty of perjury that the foregoing declaration is true and correct.

Dated this 10 day of September, 1998.

_____
David T. Seif, Esq.

MIAMI3/ONAGHTENL/146489/351501!.DOC/9/10/98