UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case # 98-6507-CIV-MIDDLEBROOKS

SONY MUSIC ENTERTAINMENT,
INC., et. al.,

    Plaintiffs,

vs.

GLOBAL ARTS PRODUCTIONS,
et. al.,

    Defendants.
_____/



## SCHEDULING ORDER

Pursuant to Local Rule 16.1(b)(7), IT IS **ORDERED AND ADJUDGED** as follows:

1. No pretrial conference shall be held in this action, unless the parties so request or the Court determines, sua sponte, that a pretrial conference is necessary. Should a pretrial conference be set, the compliance deadlines as set forth in the remainder of this Order shall remain unaltered.

2. Counsel shall meet at least ONE MONTH prior to the beginning of the trial calendar to confer on the preparation of a pretrial stipulation.

3. The original and one copy of a joint pretrial stipulation shall be filed on or before the date set forth in the attached Notice of Trial and shall conform to Local Rule 16.1(e). The Court will not allow unilateral pretrial stipulations.

4. In cases tried before a jury, each party shall file the original and one copy of the proposed jury instructions at least ONE WEEK prior to the beginning of the trial calendar. Each



jury instruction shall be typed on a separate sheet, and to the extent possible, accompanied also by a 3 1/2 inch IBM-formatted disc compatible with WordPerfect and must be supported by citation of authority. In preparing their requested jury instructions, the parties shall utilize as a guide the *Pattern Jury Instructions* for civil cases approved by the United States Eleventh Circuit, including the Directions to Counsel contained therein.

5. In cases tried before the Court, each party shall file the original and one copy of the proposed findings of fact and conclusions of law at least ONE WEEK prior to the beginning of the trial calendar. Proposed conclusions of law shall be supported by citations of authority.

6. All exhibits must be pre-marked. A typewritten exhibit list setting forth the number, or letter, and description of each exhibit shall be submitted at the time of trial.

7. A motion for continuance shall not stay the requirement for the filing of a pretrial stipulation and, unless an emergency situation arises, a motion for continuance will not be considered unless it is filed at least seventy-two (72) hours prior to Calendar Call.

8. Non-compliance with any provision of this order may subject the offending party to **sanctions or dismissal**. It is the duty of all counsel to enforce the timetable set forth herein in order to insure an expeditious resolution of this cause.

9. The following timetable shall govern the pretrial procedure in this case. This schedule shall not be modified absent compelling circumstances.

| | |
|---|---|
| December 6, 1998 | Joinder of additional parties and amended pleadings |
| February 1, 1999 | Plaintiff shall furnish opposing counsel with a written list containing the names and addresses of all <u>expert</u> witnesses intended to be called at trial and only those <u>expert</u> witnesses listed shall be permitted to testify. Within the 14 day period following this disclosure, the plaintiff shall make its experts available for deposition by the defendant. The experts' depositions may be conducted without further order from the Court. |
| February 1, 1999 | Defendant shall furnish opposing counsel with a written list containing the |

|  |  |
|---|---|
|  | names and addresses of all <u>expert</u> witnesses intended to be called at trial and only those <u>expert</u> witnesses listed shall be permitted to testify. Within the 14 day period following this disclosure, the defendant shall make its experts available for deposition by the plaintiff. The experts' depositions may be conducted without further order from the Court. |
| February 15, 1999 | Parties shall furnish opposing counsel with a written list containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify. |
| May 1, 1999 | All discovery must be completed. |
| July 1, 1999 | All pretrial motions and memoranda of law must be filed. (No later than one month after the close of discovery) |

This case is assigned to the standard track.

This is a jury trial.

10. Trial, calendar call and the pretrial stipulation due date will be set by separate notice.

11. If this case is settled, counsel are directed to inform the Court promptly by calling chambers and submitting an appropriate order for dismissal, within ten (10) days of notification of settlement to the Court, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated this 14th day of September, 1998.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies provided:

David T. Seif, Esq.
Coastal Tower, Suite 723
2400 E. Commercial Blvd.
Ft. Lauderdale, FL  33308

Russell J. Frackman, Esq.
Yakub Hazzard, Esq.
Mitchell Silberberg & Knupp LLP
11377 W. Olympic Blvd.
Los Angeles, CA  90064

Karen L. Stetson, Esq.
2340 Prairie Ave.
P.O. Box 2731
Miami Beach, FL  33140