UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-6507-CIV-MIDDLEBROOKS

SONY MUSIC ENTERTAINMENT
INC., et al.,

    Plaintiffs,

vs.

GLOBAL ARTS PRODUCTIONS,
et al.,

    Defendants.
_____/



## PLAINTIFFS' REPORT REGARDING DESIGNATION OF MEDIATOR

Plaintiffs, Sony Music Entertainment, et al., by and through undersigned counsel and in compliance with the Court's Order of Referral to Mediation dated September 14, 1998, hereby notifies the Court that Plaintiffs have proposed Karen Evans of Litigation Resolution, Inc. to act as mediator in this matter. Defense counsel has indicated that Defendant Jack Millman has verbally agreed to Plaintiffs' proposed mediator, but that he has not been able to discuss the matter with Defendant Danny Jordan to determine

whether he is in agreement. Plaintiffs will promptly notify the Clerk if no agreement can be reached so that the Clerk may designate a mediator in this case.

DATED this 1st day of October, 1998.

>Russell J. Frackman
>Yakub Hazzard
>Mitchell Silberberg & Knupp LLP
>111377 W. Olympic Boulevard
>Los Angeles, CA 90064
>(310) 312-2000
>
>and
>
>Karen L. Stetson
>P.O. Box 2731
>Miami Beach, FL 33140
>(305) 532-4845
>
>Attorneys for Plaintiffs
>
>By: /s/ Karen L. Stetson
>     Karen L. Stetson

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Jack Millman, 56 Brims Mesa Road, Sedona, AZ 86336; Saturn Records c/o Jack Millman, 56 Brims Mesa Road, Sedona, AZ 86336; Stack-O-Hits, c/o Jack Millman, 56 Brims Mesa Road, Sedona, AZ 86336; Danny Jordan and Global Arts at 7610 Nob Hill Road, Point Plaza Building, Suite 135, Tamarac, Florida 33321 and at 4022 N.W. 73rd Avenue, Coral Springs, Florida; David Seif, Esquire, Coastal Tower, Suite 723, 2400 E. Commercial Blvd., Ft. Lauderdale, FL 33308 and Alan T. Diamond, Esquire, 1221 Brickell Avenue, Miami, Florida 33131 this 1st day of October, 1998.

*Karen L. Stetson*
Karen L. Stetson

KAREN L. STETSON, ESQ., P.O. Box 2731, Miami Beach, Florida 33140
Telephone (305) 532-4845    Fax (305) 604-0598