KEVIN BARRY MC DERMOTT, ESQ.
LAW OFFICES OF KEVIN BARRY MC DERMOTT
17452 IRVINE BLVD., SUITE 200
TUSTIN, CALIFORNIA 92680
(714) 731-5297
(714) 731-5649 Fax

**ATTORNEY FOR DEFENDANTS**

NIGHT BOX FILED
OCT 15 1998
CARLOS JUENKE
CLERK USDC / SDFL / MIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, INC., et. al.<br><br>Plaintiffs,<br><br>v.<br><br>GLOBAL ARTS PRODUCTIONS, et. al.<br>Defendants. | No. 98-6507-CV-DMM<br><br>NOTICE OF APPEARANCE |

**NOTICE OF APPEARANCE**

Notice is hereby given that attorney Kevin Barry Mc Dermott, Esq. of 17452 Irvine Blvd., Suite 200, Tustin, California 92780, telephone number (714) 731-5297, is appearing and will be appearing as counsel in the above entitled action for all Defendants named above.

Due to the delay in contacting counsel to file this notice, it is respectfully requested that this Court at this time accept a facsimile original copy with the understanding that an

original notice of appearance will be delivered to the Court momentarily.

Counsel is licensed to practice in the State of Florida, an active member of the Bar for the State of Florida, the United States District Court for the Middle District of Florida and I qualified for admission for the Bar for the United States Court for the Southern District of Florida.

Date: October 15, 1998

_(signature)_
KEVIN BARRY MC DERMOTT, ESQ.
COUNSEL FOR DEFENDANTS

## PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      )  SS.
COUNTY OF ORANGE      )

     I, LAUREN MC DERMOTT, the undersigned, say: I am and was at all times mentioned a citizen of the United States and a resident of the County of Orange, over the age of eighteen years and not a party to the within action or proceeding; that my business address is 17452 Irvine Blvd., Suite 200, Tustin, California 92701, that on October 15, 1998, I served the within:

**DEFENDANTS' NOTICE OF APPEARANCE**

on all parties in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Tustin, California, and via telefax, as follows:

Please see attached service list

I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I certify under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

     Executed on October 15, 1998, at Santa Ana, California

                                          */s/ Lauren McDermott*
                                        LAUREN MC DERMOTT

Russell J. Frackman, Esq.
Mitchell, Silberberg & Knupp LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-3100


Karen L. Stetson, Esq.
2350 Prairie Avenue
Miami, Florida 33140