PAID $75.00
In Forma Pauperis 699670
Carlos Juenke

KEVIN BARRY MC DERMOTT, ESQ.
LAW OFFICES OF KEVIN BARRY MC DERMOTT
17452 IRVINE BLVD., SUITE 200
TUSTIN, CALIFORNIA 92680
(714) 731-5297
(714) 731-5649 Fax

**ATTORNEY FOR DEFENDANTS**

**NIGHT BOX FILED**

OCT 21 1998

CARLOS JUENKE
CLERK, USDC / SDFL / MIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, INC., a corporation; A&M RECORDS, INC., a corporation; BMG MUSIC, d/b/a THE RCA LABEL, a general partnership; CAPITOL RECORDS, INC., a corporation; ELEKTRA ENTERTAINMENT, a division of WARNER COMMUNICATIONS, INC., a corporation; MCA RECORDS, INC., a corporation; and WARNER BROTHERS RECORDS, INC., a corporation, <br>        Plaintiffs, <br><br> v. <br><br> GLOBAL ARTS PRODUCTIONS, an entity of unknown form; DANNY JORDAN, an individual; SATURN RECORDS, an entity of unknown form; STACK-O-HITS, an entity of unknown form; and JACK MILLMAN, an individual. <br>        Defendants. | No.  98-6507 CIV-MIDDLEBROOK <br><br> DEFENDANTS' APPLICATION FOR PRO HAC VICE ADMISSION |

Defendants, and each of them listed above and having answered the complaint in this matter, hereby submit this

1



application pursuant to Special Rule 4 (b) of the Local Rules Governing Admission and Practice of Attorneys for the pro hac vice admission of **Kevin Barry Mc Dermott**, Esq. of 17452 Irvine Boulevard, Suite 200, Tustin, California 92780 as their attorneys in this action.

In support of this application, the declaration of Kevin Barry Mc Dermott is submitted by Defendants as well as the consent to designation by attorney Michael Van Detty, Esq., an attorney licensed in the State of Florida, a member of the bar of this Court and located at 5601 Biscayne Boulevard, Miami, Florida 33137-2634.

In further support of this application, Defendants state the following:

1. Kevin Barry Mc Dermott is a licensed attorney, licensed in the States of Florida and California. He has been retained by the Defendants to defend them in this action in association with Michael Van Detty, Esq. is an active member of the bar of the State of Florida and the Bar of this Court.

2. Attorney Mc Dermott is admitted to practice in the States of Florida and California, as well as various federal bars. He is currently in good standing with all bars and has never been the subject of any disciplinary proceedings.

3. Attorney Mc Dermott has studied the Local Rules of the United States District Court for the Southern District of Florida.

4. Attorney Van Detty, in association with attorney Mc

2

Dermott, is designated as a member of the bar of this Court upon whom papers can be served and opposing counsel can communicate. Attorney Van Detty will enter his appearance on behalf of the Defendants in this matter. His written acceptance of this designation is attached hereto as Exhibit 1.

5. A check payable to the Clerk, United States District Court, to pay the fees for admission pro hac vice, accompanies this application.

Wherefore, Defendants, and each of them, respectfully request this Court enter an order granting the pro hac vice admission of attorney Kevin Barry Mc Dermott as their attorney in this action.

Respectfully submitted this _21st_ day of October, 1998.

```
                                    _____
                                    KEVIN BARRY MC DERMOTT, ESQ.
                                    COUNSEL FOR DEFENDANTS
```

## CONSENT TO RULE 4(b) DESIGNATION

Pursuant to special rules Governing the Admission and Practice of Attorneys and the Application of Kevin Barry MC Dermott for admission pro hac vice, I Michael A. Vandetty, Esquire, a member in good standing of the Bar of this Court, hereby consent to the designation of myself as an attorney with whom opposing counsel may communicate and upon whom papers may be served in this case.

Respectfully submitted this 21st day of October, 1998.

Michael A. Vandetty, Esquire
Attorney for Defendants

KEVIN BARRY MC DERMOTT, ESQ.
LAW OFFICES OF KEVIN BARRY MC DERMOTT
17452 IRVINE BLVD., SUITE 200
TUSTIN, CALIFORNIA 92680
(714) 731-5297
(714) 731-5649 Fax

ATTORNEY FOR DEFENDANTS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, INC., a corporation; A&M RECORDS, INC., a corporation; BMG MUSIC, d/b/a THE RCA LABEL, a general partnership; CAPITOL RECORDS, INC., a corporation; ELEKTRA ENTERTAINMENT, a division of WARNER COMMUNICATIONS, INC., a corporation; MCA RECORDS, INC., a corporation; and WARNER BROTHERS RECORDS, INC., a corporation,<br>　　　　Plaintiffs,<br><br>v.<br><br><br>GLOBAL ARTS PRODUCTIONS, an entity of unknown form; DANNY JORDAN, an individual; SATURN RECORDS, an entity of unknown form; STACK-O-HITS, an entity of unknown form; and JACK MILLMAN, an individual.<br>　　　　Defendants. | No.  98-6507 CIV-MIDDLEBROOK<br><br>DECLARATION OF<br>KEVIN BARRY MC DERMOTT<br>IN SUPPORT OF APPLICATION<br>TO APPEAR AS COUNSEL<br>PRO HOC VICE |

I, KEVIN BARRY MC DERMOTT, certify that the following information is true and correct:

1. I am an attorney and maintain legal offices at 17452 Irvine Boulevard, Suite 200. Tustin, California 92780. I submit this declaration in support of Defendants' application for my pro hac vice admission in this case.

2. I have been admitted to practice before the Supreme Courts of Florida (1980) and California (1983). I am licensed to practice before all Federal courts in the State of California as well as the Federal District Court for the Middle District of Florida (1995). I am also a member of the bar for the United States Supreme Court (1996) and for the Court of Appeals for the Armed Forces (1987).

3. I am a member in good standing in each of the above courts.

4. I am not currently suspended or disbarred in any court nor have I ever been.

5. I have read the local rules for the Southern District of Florida and am familiar with them. I also believe that I am eligible for admission to this bar and I am in the process of completing that process.

6. The attorney of record in the above-entitled matter and local counsel for this case is Michael Van Detty, Esq., 5601 Biscayne Boulevard, Miami, Florida 33137-2634, who is a designated member of the bar for the United States District Court, Southern District of Florida and upon whom papers can be served and opposing counsel can readily communicate. He has indicated to me that he would accept this designation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 19, 1998 at Tustin, California.

_____
KEVIN BARRY MC DERMOTT, ESQ.

## PROOF OF SERVICE

STATE OF CALIFORNIA )
) SS.
COUNTY OF ORANGE )

I, LAUREN MC DERMOTT, the undersigned, say: I am and was at all times mentioned a citizen of the United States and a resident of the County of Orange, over the age of eighteen years and not a party to the within action or proceeding; that my business address is 17452 Irvine Blvd., Suite 200, Tustin, California 92701, that on October 21, 1998, I served the within:

**DEFENDANTS' APPLICATION FOR PRO HAC VICE ADMISSION OF COUNSEL; DECLARATION IN SUPPORT THEREOF BY KEVIN BARRY MC DERMOTT; CONSENT TO RULE 4(b) DESIGNATION; ORDER**

on all parties in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Tustin, California, and via telefax, as follows:

Please see attached service list

I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I certify under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed on October 21st, 1998, at Tustin, California.

_/s/ Lauren T. McDermott_
LAUREN MC DERMOTT

10

**SERVICE LIST**

Russell J. Frackman, Esq.
Mitchell, Silberberg & Knupp LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-3100

Karen L. Stetson, Esq.
2350 Prairie Avenue
Miami, Florida 33140