# ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-6507-CIV-MIDDLEBROOKS

| | | |
|---|---|---|
| SONY MUSIC ENTERTAINMENT, INC.,<br>A&M RECORDS, INC., BMG MUSIC,<br>d/b/a THE RCA RECORD LABEL;<br>CAPITOL RECORDS, INC., ELECKTRA<br>ENTERTAINMENT, a division of<br>WARNER COMMUNICATIONS, INC.,<br>MCA RECORDS, INC., and WARNER<br>BROS. RECORDS, INC.,<br><br>       Plaintiffs,<br><br>vs.<br><br>GLOBAL ARTS PRODUCTIONS; DANNY<br>JORDAN; SATURN RECORDS; STACK-O-HITS;<br>AND JACK MELLMAN,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **DECLARATION OF<br>DANNY JORDAN** |

I, Danny Jordan, hereby declare as follows:

1.      That I, with respect to Paragraph 3d. of the Order on the Plaintiffs' Motion for Entry of Partial Default Judgment dated January 14, 1999 do not have in my possession nor does GLOBAL ARTS PRODUCTIONS possess any of the following:

      I.      Phonorecords embodying any of Plaintiffs' Copyrighted Recordings or Pre-1972 Recordings, including, without limitation, these listed and identified on Schedules A, B, C, and D hereto;

      II.     Plates, molds, matrices, or mastertapes, or articles by means of which such recordings maybe reproduced;

      III.    Covers, artwork and packaging used in connection with such recordings, and all materials in connection therewith;



IV.   Any licenses, bills of sale and all other documents purporting to authorize the manufacture, sale or distribution of any of Plaintiffs' Copyrighted Recordings or Pre-1972 Recordings; and

V.    Books or records documenting the manufacture, sale or receipt of recordings embodying or representing that they embody any of Plaintiff's' Copyrighted Recordings or Pre-1972 Recordings.

2.   That I have notified Hans Ballo pursuant to Paragraph 2 of the Order on Plaintiff's Motion for Entry of Partial Default Judgment dated on January 14, 1999.

Signed Under the Pains and Penalties of Perjury.

DANNY JORDAN