1  RUSSELL J. FRACKMAN
   YAKUB HAZZARD
2  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
3  Los Angeles, CA 90064-1683
   Telephone: (310) 312-2000
4  Facsimile: (310) 312-3100

5  KAREN L. STETSON
   2350 Prairie Avenue
6  Miami, FL 33140
   Telephone: (305) 532-4845
7  Facsimile: (305) 604-0598

8  Attorneys for Plaintiffs

NIGHT BOX
FILED

JUL 1 1999

CARLOS JUENKE
CLERK, USDC / SDFL / MIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT INC., a corporation; A & M RECORDS, INC., a corporation; BMG MUSIC, d/b/a THE RCA RECORD LABEL, a general partnership; CAPITOL RECORDS, INC., a corporation; ELEKTRA ENTERTAINMENT, a division of WARNER COMMUNICATIONS, INC., a corporation; MCA RECORDS, INC., a corporation; POLYGRAM RECORDS, INC., a corporation; and WARNER BROS. RECORDS INC., a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GLOBAL ARTS PRODUCTIONS, an entity of unknown form; DANNY JORDAN, an individual; SATURN RECORDS, a corporation; STACK-O-HITS, a corporation; and JACK MILLMAN, an individual,<br><br>Defendants. | CASE NO. 98-6507-Civ-Middlebrooks<br><br>**PLAINTIFFS' STATUS REPORT AND REQUEST TO EXTEND MOTION CUT-OFF DATE** |

Mitchell Silberberg &

Plaintiffs Sony Music Entertainment Inc., et al. ("Plaintiffs") hereby submit the following report on the status of the proceedings in the above-referenced matter, and request to continue the current motion cut-off date through and including August 31, 1999.

## STATUS REPORT

Plaintiffs filed this action on May 18, 1998 against Defendants Global Arts Productions ("Global Arts"), Danny Jordan ("Jordan"), Stack-O-Hits, Saturn Records ("Saturn") and Jack Millman ("Millman"). According to the Court's Notice of Jury Trial dated September 14, 1998, this cause is presently scheduled for trial during the two-week period commencing September 13, 1999. Further, according to the Court's Scheduling Order dated September 14, 1998, all motions in this case are to be filed by July 1, 1999.

As a result of their willful failure and refusal to comply with this Court's numerous discovery Orders, on October 14, 1998, the Court ordered the answers of Defendants Global Arts and Jordan stricken, and entered defaults. On December 21, 1998, Plaintiffs filed a Motion for Entry of Partial Default Judgment Against Global Arts and Jordan seeking the injunctive and declaratory relief requested in the Complaint. As indicated in Plaintiffs' Motion for Entry of Partial Default Judgment, Plaintiffs have not yet filed a motion for damages against Global Arts and Jordan because of outstanding liability issues with respect to the three other Defendants, Stack-O-Hits, Millman and Saturn. Thus, Plaintiffs requested that the Court defer the issue of damages until the entire action could be resolved as against all of the Defendants. On January 14, 1999, this Court granted Plaintiffs' Motion and entered a partial default judgment against Global Arts and Jordan enjoining them from continuing their unlawful activity.

Recently, Plaintiffs are finalizing a settlement of the action as to Defendants Stack-O-Hits and Millman. The settlement includes a stipulation for the entry of a permanent injunction against Defendants Stack-O-Hits and Millman. Stack-O-Hits and Millman have executed a settlement agreement, which is now being circulated among the various Plaintiffs for

their signatures. Upon receipt of the fully-executed Settlement Agreement, Plaintiffs promptly will submit the stipulation and proposed permanent injunction. Plaintiffs anticipate filing the stipulation and proposed judgment within the next thirty (30) days.

As to the last remaining Defendant, Plaintiffs have proposed a settlement to Saturn along the same lines as that which Plaintiffs are in the process of finalizing with Defendants Stack-O-Hits and Millman. Plaintiffs have provided Saturn with a draft proposed settlement agreement and have repeatedly and consistently for months attempted to communicate with Shelly Leibowitz, Saturn's principal, through his personal counsel, Arthur Lampel. Some time ago, Lampel indicated that the proposed settlement is acceptable in substance but was awaiting final approval from Leibowitz. Notwithstanding numerous telephone calls and pleas for a response, Lampel has not responded, prompting Plaintiffs to demand immediate mediation which, in accordance with the Court's Order of Referral to Mediation, is to be accomplished no later than by July 13, 1999.

## **REQUEST TO EXTEND MOTION CUT-OFF DATE**

Once Plaintiffs complete the settlement with Stack-O-Hits and Millman, and if a settlement is reached with Saturn, and the Court enters the proposed permanent injunctions, the sole remaining issue in this action will be the damages Plaintiffs are entitled to from Global Arts and Jordan. It will then be appropriate for Plaintiffs to file their motion setting forth their entitlement to an award of damages under the Copyright Act and damages on their common law claims as a result of Global Arts and Jordan's willful infringement of Plaintiffs' rights in their recordings. After the Court rules on Plaintiffs' motion, this action will be completely resolved and the current September 15, 1999 trial date rendered moot.

Plaintiffs respectfully request that the Court extend the current motion cut-off date until August 31, 1999, to the extent it may be applicable to Plaintiffs' motion concerning damages against Global Arts and Jordan. This will provide Plaintiffs an opportunity to

complete the settlements with Stack-O-Hits and Millman, and to determine if a settlement with Saturn will be consummated.

Respectfully submitted:

DATED: July 1, 1999

MITCHELL SILBERBERG & KNUPP LLP
RUSSELL J. FRACKMAN
YAKUB HAZZARD

and

KAREN STETSON

By: /s/ Karen L. Stetson
Russell J. Frackman
Attorneys for Plaintiffs

- 4 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Plaintiffs' Status Report and Request to Extend Motion Cut-Off Date was mailed to Kevin Barry McDermott, 17452 Irvine Blvd., Suite 200, Tustin, CA 92780 and to Arthur Lampel, Esquire, 16133 Ventura Boulevard, Suite 580, Encino, CA 91436 this 1st day of July, 1999.

*Karen L. Stetson*
Karen L. Stetson