KEVIN BARRY MC DERMOTT, ESQ.
LAW OFFICES OF KEVIN BARRY MC DERMOTT
17452 IRVINE BLVD., SUITE 200
TUSTIN, CALIFORNIA 92680
(714) 731-5297
(714) 731-5649 Fax

ATTORNEY FOR DEFENDANTS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, INC., a corporation; A&M RECORDS, INC., a corporation; BMG MUSIC, d/b/a THE RCA LABEL, a general partnership; CAPITOL RECORDS, INC., a corporation; ELEKTRA ENTERTAINMENT, a division of WARNER COMMUNICATIONS, INC., a corporation; MCA RECORDS, INC., a corporation; and WARNER BROTHERS RECORDS, INC., a corporation,<br>    Plaintiffs,<br><br>v.<br><br><br>GLOBAL ARTS PRODUCTIONS, an entity of unknown form; DANNY JORDAN, an individual; SATURN RECORDS, an entity of unknown form; STACK-O-HITS, an entity of unknown form; and JACK MILLMAN, an individual.<br>    Defendants. | No. 98-6507-CV-DMM<br><br>MOTION FOR PERMISSION TO WITHDRAW APPEARANCE<br><br>F.R.C.P. RULE 7(B) |

NON-COMPLIANCE OF S.D. Fla. L.R. 7.1A(4)



I, Kevin Barry Mc Dermott, attorney of record for Defendant Saturn Records and Michael VanDetty, local counsel of record, move this Court for an order for leave to withdraw our appearance, filed herein, as counsel of record for this defendant entity.

This motion is made on the grounds that the entity was originally thought to be an alter ego of named defendant Jack Millman. Through discovery between the parties, it has been determined that Saturn Records is not, nor ever been, an alter ego of Defendant Millman. The actual individual who is the alter ego owner of this named defendant has separately retained counsel, refuses to cooperate with undersigned counsel and is otherwise not cooperating with the defense in this action. Moreover, discussions with opposing counsel for the Plaintiffs has evidenced no objection to this motion.

This Motion shall be based upon the attached declaration of counsel and the documents contained within this Court's files on this case.

/

/

Date: August 10, 1999

_____
KEVIN BARRY MC DERMOTT, ESQ.
Fl. Bar # 0303628
Attorney for Defendants
17452 Irvine Blvd., Suite 200
Tustin, California 92780
(714) 731-5297

**DECLARATION OF COUNSEL**

I, Kevin Barry Mc Dermott, pursuant to 28 U.S.C. 1746, hereby declares as follows:

1. I am counsel of record for the named defendants in this action. I have been admitted to practice in the State of Florida since 1980 and the State of California since 1983. I am also licensed to practice before the United States Supreme Court.

2. This declaration is made in support of a motion to withdraw as counsel for defendant entity, Saturn Records. The reasons for this request are as follows.

3. The litigation is this matter is essentially winding down to a conclusion. A named defendant and his alter ego, Jack Millman and Stack-o-Hits, have entered into a settlement agreement and we are currently awaiting ratification of same by the Plaintiffs. An additional named defendant and his alter ego, Danny Jordan and Global Arts Productions, have severed all ties with the undersigned and counsel has had no contact with this defendant or his entity in over five months. As reflected in this Court's files, this defendant and his alter ego have been repeatedly sanctioned by this Court and subjected to orders that he and the entity have failed to comply with. My efforts to reestablish contact with this

4

defendant and/or his entity has to date proven fruitless. In light of this defendant's track record in this case, I have little hope of ever reestablishing contact with him.

The remaining entity, Saturn Records, is essentially the last loose end in this litigation that needs to be addressed as far as this counsel is concerned and I am bringing this Motion to the Court's attention in order to assist facilitating the conclusion of this case.

As this Court's files reflect, Saturn Records was served as a party on defendant Jack Millman. For whatever reason unknown to the undersigned, previous counsel in the case did not move to quash the service in that defendant Millman was not Saturn Records.

Confirmation of this assertion has been obtained through the deposition of defendant Millman and through the deposition of a previously unknown and unserved individual, Shelly Leibowitz. During both men's depositions, it was confirmed that Leibowitz is and always was the owner of Saturn Records and this entity is and was in fact the alter ego of Leibowitz. Both men also confirmed that defendant Millman was never an agent, owner, participant in or director of Saturn Records.

Leibowitz has rebuffed my efforts to sign on as a participant in the defense of this action. He has been receiving advice and counsel from another attorney, Arthur Lampel, a California attorney, located at 16133 Ventura Blvd.,

5

Suite 580, Encino, California 91436, telephone number 818-990-1596. Becuse of the ill advice of this other counsel, Plaintiffs were able to seek and receive sanctions against this individual through the United States Federal District Court for the Central District of California in an amount in excess of $4000 for failing to appear at a properly noticed deposition.

This failure to appear was contrary to my advice to this individual and to his counsel.

Furthermore, Plaintiffs have extended an settlement offer to Leibowitz which is identical to that offered to and signed by Millman with an additional offer to waive the sanctions previously obtained against him. Contrary to my advice to him and his counsel, Leibowitz has refused to entertain the offer nor has he or his counsel extended the courtesy of maintaining any manner of communication with this office.

4. At a date prior to this Motion, I discussed my desire to offer this Motion to the counsel for Plaintiffs, Russell Frackman. He has represented to me that his office and the Plaintiffs would not object to this motion. This conversation occurred during the course of our discussion regarding naming and serving Leibowitz as a party defendant. Although Leibowitz has never been named and served individually, I believe the Plaintiffs have taken the stance that Leibowitz is a party to the suit through the naming and service of Defendant Saturn

6

Records. While this may in fact be technically correct, it does little to encourage the individual Leibowitz to actively participate with this office in the defense of this entity.

5. Accordingly, the undersigned is respectfully requesting that he and Mr. VanDetty be allowed to withdraw as counsel for Saturn Records. In light of the Leibowitz' refusal to even initiate a relationship with this office on behalf of his alter ego and in light of the lack of objection from the Plaintiffs, it is the only fair resolution of this ongoing dispute.

I, Kevin Barry Mc Dermott, do hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 10th day of August 1999 in Tustin, California.

X _____
KEVIN BARRY MC DERMOTT, ESQ.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion and Declaration of Counsel has been furnished to Russell Frackman, of Mitchell, Silberberg & Knupp, LLP, at 11377 West Olympic Blvd., Los Angeles, California 90064-1683 and to Karen L. Stetson, Esq. At 2350 Prairie Avenue, P.O. Box 2731, Miami, Florida 33140, counsel for Plaintiffs and to Defendant entity Saturn Records in care of Arthur Lampel, Esq., at 16133 Ventura Blvd., Suite 580, Encino, California 91436 on this 10th day of August, 1999.

By _____
KEVIN BARRY MC DERMOTT, ESQ.
Florida Bar # 0303268