UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-6507-CIV-MIDDLEBROOKS

SONY MUSIC ENTERTAINMENT
INC., et al.,

    Plaintiffs,

vs.

GLOBAL ARTS PRODUCTIONS,
et al.,

    Defendants.
_____/

MOTION TO REMOVE CASE
FROM TRIAL CALENDAR AND
EXTEND TIME TO FILE MOTION
FOR DEFAULT JUDGMENT FOR
DAMAGES



    Plaintiffs, SONY MUSIC ENTERTAINMENT INC., et al., by and through undersigned counsel, respectfully request this Court's entry of an Order removing the above-captioned matter from the Court's trial calendar of September 13, 1999 and extending the time within which to submit Plaintiffs' Motion for Final Default Judgment for Damages against Defendants Danny Jordan and Global Arts Productions. As grounds therefor, Plaintiffs state as follows:

    1. After lengthy negotiations, Plaintiffs have reached a settlement in principal with Defendants Saturn Records, Stack-O-Hits and Jack Millman.

    2. Proposed settlement documents are in the process of circulation for approval by the eight Plaintiff record companies.

3. The settlements with Defendants Saturn Records, Stack-O-Hits and Jack Millman involve, among other things, the entry of injunctions and final judgments.

4. Once those settlements are finalized, all that will remain for disposition by the Court will be Plaintiffs' Motion for Entry of Default Judgment for Damages against the remaining Defendants, Global Arts Productions and Danny Jordan. It is, therefore, not anticipated that a trial will be necessary in this matter.

5. Plaintiffs would request 45 days from the date of this Motion, through and including October 4, 1999, within which to submit settlement papers as to Defendants Saturn Records, Stack-O-Hits and Jack Millman, including proposed forms of injunctions and judgments.

6. Plaintiffs would request 10 days from the date the Court enters its injunctions and judgments against Defendants Saturn Records, Stack-O-Hits and Jack Millman within which to submit its Motion for Entry of Default Judgment for Damages against Defendants Global Arts Productions and Danny Jordan.

7. Plaintiffs' counsel has conferred with Kevin McDermott, Esquire, counsel of record for Defendants, and with counsel for Shelly Leibowitz, Saturn Records' principal, with whom Plaintiffs' counsel has been conducting settlement negotiations on behalf of Saturn Records, and neither counsel has any objection to the relief requested herein.

WHEREFORE, based on the foregoing, Plaintiffs request an Order:

(A) removing this case from the Court's two-week trial calendar commencing

September 13, 1999, and relieving them from all pre-trial obligations imposed by the Court's Scheduling Order and Notice of Jury Trial dated September 15, 1998;

(B) granting Plaintiffs until October 4, 1999 to submit settlement documents as to Defendants Saturn Records, Stack-O-Hits and Jack Millman and

(C) granting Plaintiffs ten days from the date of entry of the injunctions and final judgments contemplated by the settlements with Saturn Records, Stack-O-Hits and Jack Millman to submit Plaintiffs' Motion for Entry of Default Judgment for Damages against Defendants Global Arts Productions and Danny Jordan.

RUSSELL J. FRACKMAN
YAKUB HAZZARD
MITCHELL SILBERBERG & KNUPP LLP
11377 w. Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

KAREN L. STETSON
P. O. Box 2731
Miami Beach, FL 33140
Telephone: (305) 532-4845
Facsimile: (305) 604-0598

Attorneys for Plaintiffs

By: _____
Karen L. Stetson

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed to Kevin Barry McDermott, Esquire, 17452 Irvine Boulevard, Suite 200, Tustin, CA 92680 and to Arthur H. Lampel, Esquire, 16133 Ventura Boulevard, Suite 580, Encino, CA 91436 this 19th day of August, 1999.

*Karen L. Stetson*
Karen L. Stetson

KAREN L. STETSON, ESQ., P.O. Box 2731, Miami Beach, Florida 33140
Telephone (305) 532-4845   Fax (305) 604-0598