CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE DONALD M. MIDDLEBROOKS

FILED by _____ D.C.
AUG 30 1999

Case No. 98-6507-CIV   Date 8-30-99

Clerk   Joyce L. Walden   Reporter Roger Watford

Title of Case  Sony Music v. Global Arts, et al.

P. Attorney  Karen Stetson

D. Attorney  Not present

Reason for Hearing  Pretrial Conference

THE COURT SET THE FOLLOWING DATES:
DISCOVERY
JOINT PRETRIAL STIPULATION
PRETRIAL MOTIONS
PRETRIAL CONFERENCE
FURTHER STATUS CONFERENCE
MEDIATION
TRIAL DATE

NOTES: Fruitful settlement negotiations are in progress. Court advised pltfs counsel that case remains on present trial docket. Ptfs are excused from the calendar call. Court takes m/withdraw as counsel for deft under advisement.