1 | RUSSELL J. FRACKMAN
   | YAKUB HAZZARD
2 | MITCHELL SILBERBERG & KNUPP LLP
   | 11377 West Olympic Boulevard
3 | Los Angeles, CA 90064-1683
   | Telephone: (310) 312-2000
4 | Facsimile: (310) 312-3100

5 | KAREN L. STETSON
   | 2350 Prairie Avenue
6 | Miami, FL 33140
   | Telephone: (305) 532-4845
7 | Facsimile: (305) 604-0598

8 | Attorneys for Plaintiffs

9

10 | UNITED STATES DISTRICT COURT

11 | SOUTHERN DISTRICT OF FLORIDA

12

13 | SONY MUSIC ENTERTAINMENT INC., a     CASE NO.  98-6507-Civ-Middlebrooks
   | corporation; A & M RECORDS, INC., a
14 | corporation; BMG MUSIC. d/b/a THE RCA   **STIPULATION FOR ENTRY OF**
   | RECORD LABEL, a general partnership;    **JUDGMENT**
15 | CAPITOL RECORDS, INC., a corporation;
   | ELEKTRA ENTERTAINMENT, a division of
16 | WARNER COMMUNICATIONS. INC., a
   | corporation; MCA RECORDS. INC., a
17 | corporation; POLYGRAM RECORDS. INC.,
   | a corporation; and WARNER BROS.
18 | RECORDS INC., a corporation.

19 |                         Plaintiffs.

20 |           v.

21 | GLOBAL ARTS PRODUCTIONS, an entity
   | of unknown form; DANNY JORDAN, an
22 | individual; SATURN RECORDS, a
   | corporation; STACK-O-HITS, a corporation;
23 | and JACK MILLMAN, an individual.

24 |                         Defendants.

25

26 |         Plaintiffs, on the one part, and Saturn Records ("Saturn"), on the other part, by

27 | and through their respective counsel hereby stipulate as follows:

28

01237713.2

1          1.      On May 18, 1998, Plaintiff filed this lawsuit against Saturn and others

2 alleging that Saturn, and the other named defendants unlawfully copied, distributed, licensed

3 and/or sold Copyrighted Recordings and Pre-1972 Recordings of which Plaintiffs are the sole

4 and exclusive owners or licensees. (As used herein, the term "Copyrighted Recordings" means

5 and refers to sound recordings embodied in phonorecords for which the United States copyrights

6 or exclusive reproduction, adaptation, and/or distribution rights under United States copyrights

7 are owned by plaintiffs and the term "Pre-1972 Recordings" means and refers to phonorecords

8 embodying certain recorded performances of musical recordings fixed prior to February 15,

9 1972, for which Plaintiffs own the sole, exclusive, and complete right to manufacture, distribute

10 and sell.)

11

12          2.      Plaintiffs and Saturn have agreed to settle this action pursuant to a written

13 settlement agreement which contains various provisions (the "Agreement"), and without the

14 admission of any wrongdoing.  As part of the Agreement, the parties have agreed to the entry of a

15 judgment against Saturn (the "Judgment"), and that the Court may forthwith and without further

16 notice enter the Judgment in the form attached hereto as Exhibit "1," and by this reference

17 incorporated herein.

18

19          3.      Saturn waives any right to notice of the entry of the Judgment to be

20 entered pursuant to this Stipulation.

21

22          4.      Saturn waives any right to appeal or to attack collaterally the Judgment to

23 be entered pursuant to this Stipulation.

24

25          5.      The parties agree that the Court shall retain jurisdiction to enforce the

26 provisions of the Agreement and the Judgment to be entered pursuant to this Stipulation.

27

28

1   6. The parties hereto shall bear their own costs and attorneys' fees incurred

2 herein.

3

4 DATED: September 7, 1999   MITCHELL SILBERBERG & KNUPP LLP

5             RUSSELL J. FRACKMAN
              YAKUB HAZZARD

6

7              and

8              KAREN STETSON

              By:

9              Russell J. Frackman
              Attorneys for Plaintiffs

10

11 DATED: September 7, 1999   THE LAW OFFICES OF McDERMOTT

12

              By:

13              Kevin McDermott
              Attorney for Saturn Records

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mitchell Silberberg &
Knupp LLP

- 3 -

0123713.2

## CONSENT TO TERMS OF STIPULATION

I have read and understand the foregoing Stipulation and the Judgment attached hereto as Exhibit "1," which have been explained to me by my counsel.  I consent to the terms of this Stipulation and to the entry of the Judgment as an authorized agent of Saturn Records.

Dated: May ___, 1999

Shelly Liebowitz
on behalf of Saturn Records

Mitchell Silberberg &
Knupp LLP

- 4 -

0123713.2

1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| 13 SONY MUSIC ENTERTAINMENT INC., a<br>corporation; A & M RECORDS, INC., a<br>14 corporation; BMG MUSIC, d/b/a THE RCA<br>RECORD LABEL, a general partnership;<br>15 CAPITOL RECORDS, INC., a corporation;<br>ELEKTRA ENTERTAINMENT, a division of<br>16 WARNER COMMUNICATIONS, INC., a<br>corporation; MCA RECORDS, INC., a<br>17 corporation; POLYGRAM RECORDS, INC.,<br>a corporation; and WARNER BROS.<br>18 RECORDS INC., a corporation, | CASE NO. 98-6507-Civ-Middlebrooks<br><br>**[PROPOSED] FINAL JUDGMENT AND<br>PERMANENT INJUNCTION AGAINST<br>SATURN RECORDS** |

19                    Plaintiffs,

20          v.

21 GLOBAL ARTS PRODUCTIONS, an entity
of unknown form; DANNY JORDAN, an
22 individual; SATURN RECORDS, an entity of
unknown form; STACK-O-HITS, an entity of
23 unknown form; and JACK MILLMAN, an
individual,
24
25                    Defendants.
26
27
28

Mitchell Silberberg &
[...] LLP

0123680.2

1    The Court, having reviewed the Stipulation for Entry of Judgment submitted by

2  Plaintiffs, on the one part, and Saturn Records ("Saturn"), on the other part, and having

3  determined therefrom that good cause exists, **HEREBY ORDERS, ADJUDGES AND**

4  **DECLARES** that:

5

6    1.    This Court has jurisdiction over the subject matter of this action and

7  personal jurisdiction over Saturn, and venue in this Court is proper.

8

9    2.    Saturn, and its respective agents, servants, employees, officers, attorneys,

10  successors, licensees and assigns, and all persons acting in concert or participation with each or

11  any of them, is hereby permanently restrained and enjoined  from engaging in, committing or

12  performing, directly or indirectly, by any means whatsoever, any of the following acts:

13

14    a.    manufacturing, distributing, marketing, advertising or selling, or

15  causing to be manufactured, distributed, marketed, advertised or sold, any phonorecords (as that

16  term is defined in the Copyright Act (17 U.S.C. Section 101) made from any Copyrighted

17  Recordings or Pre-1972 Recordings of which Plaintiffs are the sole and exclusive owners or

18  licensees, including, without limitation, those listed and identified on Schedules A, B, C and D

19  hereto. (As used herein, the term "Copyrighted Recordings" means and refers to sound

20  recordings embodied in phonorecords for which the United States copyrights or exclusive

21  reproduction, adaptation, and or distribution rights under United States copyrights are owned by

22  plaintiffs and the term "Pre-1972 Recordings" means and refers to phonorecords embodying

23  certain recorded performances of musical recordings fixed prior to February 15, 1972, for which

24  Plaintiffs own the sole, exclusive, and complete right to manufacture, distribute and sell.)

25

26    b.    licensing, selling or assigning, or causing to be licensed, sold or

27  assigned, any right title or interest in any of Plaintiffs' Copyrighted Recordings or Pre-1972

28

Mitchell Silberberg &
Knupp LLP

- 2 -

0123680.2

1  Recordings, including, without limitation, those listed and identified on Schedules A, B, C and D

2  hereto.

3

4                c.     interfering with, infringing, or disturbing in any manner Plaintiffs'

5  sole and exclusive ownership of the Copyrighted Recordings and  Pre-1972 Recordings,

6  including by claiming or representing to any person or entity ownership or possession of any

7  right, title or interest in and to any of Plaintiffs' Copyrighted Recordings or Pre-1972 Recordings.

8

9                d.     falsely representing the origin of the Copyrighted Recordings and

10  Pre-1972 Recordings, including, without limitation, those listed and identified on Schedules

11  A, B, C and D hereto.

12

13                3.     Saturn shall provide written notification to all its purported licensees of any

14  of Plaintiffs' Copyrighted Recordings or Pre-1972 Recordings and shall provide all of its purported

15  licensees with a copy of this Judgment.

16

17                4.     The Court hereby declares that:

18

19                a.     Plaintiffs have never issued any license to Saturn, and Saturn does not

20  now have, and never has had, any right, title or interest in and to the Copyrighted Recordings listed

21  and identified on Schedule A hereto or in the Pre-1972 Recordings listed and identified on Schedule

22  B hereto.

23

24                b.     Plaintiffs have never issued any license to Saturn, and Saturn does not

25  now have, and never has had, any right, title or interest in the Copyrighted Recordings listed and

26  identified in Schedule C hereto or in the Pre-1972 Recordings listed and identified on Schedule D

27  hereto.

28

                                     - 3 -

1          c.     Any purported license issued by Saturn, or on its behalf, for any of

2 Plaintiffs' Copyrighted Recordings or Pre-1972 Recordings is invalid.

3

4          d.     Saturn is hereby ordered to deliver forthwith to Plaintiffs, if Saturn is

5 in possession of any of the following:

6

7          (i)     all phonorecords embodying any of Plaintiffs' Copyrighted

8 Recordings or Pre-1972 Recordings listed and identified on Schedules A and B to the complaint and

9 Schedules C and D;

10

11          (ii)     all plates, molds, matrices, master tapes or other articles by

12 means of which such recordings may be reproduced;

13

14          (iii)     all covers, artwork and packaging used in connection with such

15 recordings, and all materials in connection therewith;

16

17          (iv)     all licenses, bills of sale and all other documents purporting

18 to authorize the manufacture, sale or distribution of any of Plaintiffs' Copyrighted Recordings or Pre-

19 1972 Recordings listed and identified on Schedules A and B to the Complaint and Schedules C and

20 D; and

21

22          (v)     all books and records documenting the manufacture, sale or

23 receipt of recordings embodying or representing that they embody any of Plaintiffs' Copyrighted

24 Recordings or Pre-1972 Recordings listed and identified on Schedules A and B to the Complaint and

25 Schedules C and D .

26

27 Dated: _____

                                  _____

28                                   Donald M. Middlebrooks
                                  United States District Court Judge

0123680.2

RIAA V. GLOBAL ARTS

Revised: 05/13/98 1:13pm

SCHEDULE A

| RECORD COMPANY | ARTIST | TITLE | SR# |
|---|---|---|---|
| PolyGram Records, Inc. | Barry White | Baby, We Better Try And Get It Together | SR 210-264 |
| PolyGram Records, Inc. | Barry White | Bring Back My Yesterday | Pending |
| PolyGram Records, Inc. | Barry White | Can't Get Enough of Your Love Babe | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Don't Make Me Wait Too Long | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Honey Please, Can't Ya See | SR 147-882 |
| PolyGram Records, Inc. | Barry White | I'll Do For You Anything You Want Me To | SR 147-882 |
| PolyGram Records, Inc. | Barry White | I'm Gonna Love You Just A Little More Babe | SR 147-882 |
| PolyGram Records, Inc. | Barry White | I've Found Someone | SR 147-882 |
| PolyGram Records, Inc. | Barry White | I've Got So Much To Give | SR 147-882 |
| PolyGram Records, Inc. | Barry White | It's Ecstasy When You Lay Down Next To Me | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Just The Way You Are | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Let The Music Play | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Love Serenade | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Love's Theme | SR 147-882 |
| PolyGram Records, Inc. | Barry White | My Sweet Summer Suite | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Never Never Gonna Give Ya Up | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Oh What A Night For Dancing | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Satin Soul | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Sho' You Right | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Standing In The Shadows of Love | Pending |
| A&M Records, Inc. | Barry White | The Right Night | SR 85-664 |
| PolyGram Records, Inc. | Barry White | What Am I Gonna Do With You? | SR 147-882 |
| PolyGram Records, Inc. | Barry White | You See The Trouble With Me | SR 147-882 |
| PolyGram Records, Inc. | Barry White | You're The First, The Last, My Everything | SR 147-882 |
| PolyGram Records, Inc. | Barry White | Your Sweetness Is My Weakness | SR 147-882 |
| Capitol Records, Inc. | Joe Cocker | Midnight Rider | SR 78-851 |

1

| RECORD COMPANY | ARTIST | TITLE | SR# |
|---|---|---|---|
| Capitol Records, Inc. | Joe Cocker | Shelter Me | Pending |
| Capitol Records, Inc. | Joe Cocker | Unchain My Heart | Pending |
| Capitol Records, Inc. | Joe Cocker | Up Where We Belong (With Jennifer Warnes) | Pending |
| Capitol Records, Inc. | Joe Cocker | When The Night Comes | Pending |
| Capitol Records, Inc. | Joe Cocker | You Are So Beautiful | Pending |
| PolyGram Records, Inc. | Kool and the Gang | Celebration | SR 88-469 |
| PolyGram Records, Inc. | Kool and the Gang | Cherish | SR 88-469 |
| PolyGram Records, Inc. | Kool and the Gang | Fresh | SR 88-469 |
| PolyGram Records, Inc. | Kool and the Gang | Get Down On It | SR 30-574 |
| PolyGram Records, Inc. | Kool and the Gang | Joanna | SR 88-469 |
| PolyGram Records, Inc. | Kool and the Gang | Ladies Night | SR 11-740 |
| PolyGram Records, Inc. | Kool and the Gang | Let's Go Dancin' (Ooh La, La, La) | SR 42-546 |
| PolyGram Records, Inc. | Kool and the Gang | Misled | SR 69-703 |
| PolyGram Records, Inc. | Kool and the Gang | Steppin' Out | SR 30-574 |
| PolyGram Records, Inc. | Kool and the Gang | Take It To The Top | SR 22-488 |
| PolyGram Records, Inc. | Kool and the Gang | Take My Heart (You Can Have It If You Want It) | SR 30-574 |
| PolyGram Records, Inc. | Kool and the Gang | Too Hot | SR 88-469 |
| Elektra Entertainment | Linda Ronstadt | Blue Bayou | SR 23-376 |
| Elektra Entertainment | Linda Ronstadt | Desperado | N-38949 |
| Elektra Entertainment | Linda Ronstadt | Heat Wave | N-38949 |
| Elektra Entertainment | Linda Ronstadt | Love Is A Rose | N-38949 |
| Elektra Entertainment | Linda Ronstadt | That'll Be The Day | N-38949 |
| Elektra Entertainment | Linda Ronstadt | Tracks Of My Tears | N-38949 |
| MCA Records, Inc. | The Who | Who Are You | SR 59-012 |
| MCA Records, Inc. | The Who | You Better You Bet | SR 224-399 |
| Warner Bros. Records | ZZ Top | Gimme All Your Lovin' | SR 45-132 |
| Warner Bros. Records | ZZ Top | Legs | SR 45-132 |

RIAA V. GLOBAL ARTS

Revised: 05/13/98 11:25am

SCHEDULE B

| RECORD COMPANY | ARTIST | TITLE |
|---|---|---|
| Capitol Records, Inc. | Dean Martin | Memories Are Made Of This |
| Capitol Records, Inc. | Dean Martin | That's Amore |
| Capitol Records, Inc. | Dean Martin | Volare (Nel Blu Di Pinto Di Blu) |
| A&M Records, Inc. | Joe Cocker | Cry Me A River |
| A&M Records, Inc. | Joe Cocker | Darling Be Home Soon |
| A&M Records, Inc. | Joe Cocker | Delta Lady |
| A&M Records, Inc. | Joe Cocker | High Time Went |
| A&M Records, Inc. | Joe Cocker | She Came In Through The Bathroom Window |
| A&M Records, Inc. | Joe Cocker | The Letter |
| Elektra Entertainment | Linda Ronstadt | Silver Treads And Golden Needles |
| Sony Music Entertainment Inc. | Neil Diamond | Cherry Cherry |
| Sony Music Entertainment Inc. | Neil Diamond | Girl You'll Be A Woman Soon |
| Sony Music Entertainment Inc. | Neil Diamond | Red Red Wine |
| Sony Music Entertainment Inc. | Neil Diamond | Shilo |
| Sony Music Entertainment Inc. | Neil Diamond | Solitary Man |
| Sony Music Entertainment Inc. | Neil Diamond | Thank The Lord For The Nighttime |
| Sony Music Entertainment Inc. | Neil Diamond | The Boat That I Row |
| Sony Music Entertainment Inc. | Neil Diamond | You Got To Me |
| BMG Music | Perry Como | Catarina |
| BMG Music | Perry Como | Catch A Falling Star |
| BMG Music | Perry Como | Don't Let The Stars Get In Your Eyes |
| BMG Music | Perry Como | Dream on Little Dreamer |
| BMG Music | Perry Como | Go'Around (Yeah, Yeah) |
| BMG Music | Perry Como | Hello Young Lovers |
| BMG Music | Perry Como | Hoop-Dee-Doo |
| BMG Music | Perry Como | Hot Diggity |

1

| RECORD COMPANY | ARTIST | TITLE |
|---|---|---|
| BMG Music | Perry Como | I Love You & Don't You Forget It |
| BMG Music | Perry Como | It's Impossible |
| BMG Music | Perry Como | Killing Me Softly With Her Song |
| BMG Music | Perry Como | Love Makes The World |
| BMG Music | Perry Como | Magic Moments |
| BMG Music | Perry Como | Papa Loves Mambo |
| BMG Music | Perry Como | Round And Round |
| BMG Music | Perry Como | Try To Remember |
| BMG Music | Perry Como | Wanted |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Baby Driver |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Benedictus |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Bridge Over Troubled Water |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Cecilia |
| Sony Music Entertainment Inc. | Simon & Garfunkel | El Condor Pasa |
| Sony Music Entertainment Inc. | Simon & Garfunkel | I Am A Rock |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Kathy's Song |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Peggy-O |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Richard Cory |
| Sony Music Entertainment Inc. | Simon & Garfunkel | So Long Frank Lloyd Wright |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Somewhere They Can't Find Me |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Sparrow |
| Sony Music Entertainment Inc. | Simon & Garfunkel | The Boxer |
| Sony Music Entertainment Inc. | Simon & Garfunkel | The Sounds Of Silence |
| Sony Music Entertainment Inc. | Simon & Garfunkel | Wednesday Morning - 3 A.M. |
| Elektra Entertainment | The Doors | Crystal Ship |
| Elektra Entertainment | The Doors | Hello I Love You |
| Elektra Entertainment | The Doors | L.A. Woman |
| Elektra Entertainment | The Doors | Light My Fire |
| Elektra Entertainment | The Doors | Love Her Madly |
| Elektra Entertainment | The Doors | Riders In The Storm |

| RECORD COMPANY | ARTIST | TITLE |
|---|---|---|
| Elektra Entertainment | The Doors | Roadhouse Blues |
| Elektra Entertainment | The Doors | Touch Me |
| Elektra Entertainment | The Doors | Wait For The Sun |
| Elektra Entertainment | The Doors | When The Music Is Over |
| MCA Records, Inc. | The Mamas & The Papas | California Dreamin' |
| MCA Records, Inc. | The Mamas & The Papas | Creeque Alley |
| MCA Records, Inc. | The Mamas & The Papas | Dancing In The Street |
| MCA Records, Inc. | The Mamas & The Papas | Dedicate To The One I Love |
| MCA Records, Inc. | The Mamas & The Papas | Dream A Little Dream Of Me |
| MCA Records, Inc. | The Mamas & The Papas | Glad To Be Unhappy |
| MCA Records, Inc. | The Mamas & The Papas | I Call Your Name |
| MCA Records, Inc. | The Mamas & The Papas | I Saw Her Last Night |
| MCA Records, Inc. | The Mamas & The Papas | Look Through My Window |
| MCA Records, Inc. | The Mamas & The Papas | Midnight Voyage |
| MCA Records, Inc. | The Mamas & The Papas | Monday Monday |
| MCA Records, Inc. | The Mamas & The Papas | My Girl |
| MCA Records, Inc. | The Mamas & The Papas | Twelve-Thirty |
| MCA Records, Inc. | The Mamas & The Papas | Words Of Love |
| MCA Records, Inc. | The Who | Anyway, Anyhow, Anywhere |
| MCA Records, Inc. | The Who | I Can See For Miles |
| MCA Records, Inc. | The Who | I'm A Boy |
| MCA Records, Inc. | The Who | Let's See Action |
| MCA Records, Inc. | The Who | My Generation |
| MCA Records, Inc. | The Who | Picture Of Lily |
| MCA Records, Inc. | The Who | Pinball Wizard |
| MCA Records, Inc. | The Who | Substitute |
| MCA Records, Inc. | The Who | The Seeker |
| MCA Records, Inc. | The Who | Won't Get Fooled Again |

# Global Arts Productions

## Schedule C

**12/20/1998**

| | Record Company | Artist | Artist Recording |
|---|---|---|---|
| 1 | A&M Records, Inc. | Cat Stevens | Another Saturday Night |
| 2 | A&M Records, Inc. | Cat Stevens | Can't Keep It In |
| 3 | A&M Records, Inc. | Joe Cocker | Pardon Me, Sir |
| 4 | A&M Records, Inc. | Joe Cocker | Put Out The Light |
| 5 | Asylum - Affiliated with Elektra Entertainment | Linda Ronstadt | Love Has No Pride |
| 6 | Atlantic - Affiliated with Warner Communications, Inc. | Ben E. King | Supernatural Thing |
| 7 | Atlantic - Affiliated with Warner Communications, Inc. | Foreigner | Cold As Ice |
| 8 | BMG Music | Bananarama (Extended Mix) | Venus |
| 9 | BMG Music | Dionne Warwick | Heartbreaker |
| 10 | BMG Music | Dionne Warwick & Friends | That's What Friends Are For |
| 11 | Capitol Records, Inc. | Linda Ronstadt | It Doesn't Matter Anymore |
| 12 | Capitol Records, Inc. | Linda Ronstadt | Long Long Time |
| 13 | Capitol Records, Inc. | Linda Ronstadt | When Will I Be Loved |
| 14 | Capitol Records, Inc. | Linda Ronstadt | You're No Good |
| 15 | Island Records, Inc. - Affiliated with PolyGram Records, Inc. | Bob Marley | Buffalo Soldier |
| 16 | Island Records, Inc. - Affiliated with PolyGram Records, Inc. | Bob Marley | Could You Be Loved |
| 17 | Island Records, Inc. - Affiliated with PolyGram Records, Inc. | Bob Marley | Exodus |
| 18 | Island Records, Inc. - Affiliated with PolyGram Records, Inc. | Bob Marley | Get Up, Stand up |
| 19 | Island Records, Inc. - Affiliated with PolyGram Records, Inc. | Bob Marley | I Shot The Sheriff |
| 20 | Island Records, Inc. - Affiliated with PolyGram Records, Inc. | Bob Marley | Is This Love |
| 21 | Island Records, Inc. - Affiliated with PolyGram Records, Inc. | Bob Marley | Jamming |

# Global Arts Productions

## Schedule C

12/20/1998

| | Record Company | Artist | Artist Recording |
|---|---|---|---|
| 22 | Island Records, Inc. - Affiliated with PolyGram Records, Inc. | Bob Marley | Natty Dread |
| 23 | Island Records, Inc. - Affiliated with PolyGram Records, Inc. | Bob Marley | Natural Mystic |
| 24 | Island Records, Inc. - Affiliated with PolyGram Records, Inc. | Bob Marley | No Woman No Cry |
| 25 | Island Records, Inc. - Affiliated with PolyGram Records, Inc. | Bob Marley | Rat Race |
| 26 | Island Records, Inc. - Affiliated with PolyGram Records, Inc. | Bob Marley | Redemption Song |
| 27 | Island Records, Inc. - Affiliated with PolyGram Records, Inc. | Bob Marley | Revolution |
| 28 | Island Records, Inc. - Affiliated with PolyGram Records, Inc. | Bob Marley | Stir It Up |
| 29 | Island Records, Inc. - Affiliated with PolyGram Records, Inc. | Bob Marley | Top Rankin' |
| 30 | Island Records, Inc. - Affiliated with PolyGram Records, Inc. | Bob Marley | Trench Town Rock |
| 31 | MCA Records, Inc. | Barry White | Walking in The Rain With The One I Love |
| 32 | MCA Records, Inc. | Chuck Berry | My Ding-A-Ling-Live |
| 33 | MCA Records, Inc. | Crosby Nash | Carry Me |
| 34 | MCA Records, Inc. | Sonny & Cher | A Cowboy's Work Is Never Done |
| 35 | MCA Records, Inc. | Sonny & Cher | All I Ever Need Is You |
| 36 | MCA Records, Inc. | The Mamas & The Papas | Monday Monday |
| 37 | MCA Records, Inc. | The Who | Squeeze Box |
| 38 | Motown Record Company LP - Affiliated with PolyGram Records, Inc. | Isley Brothers | This Old Heart Of Mine |
| 39 | PolyGram Records, Inc. | 10cc | I'm Not In Love |
| 40 | PolyGram Records, Inc. | Barry White | I'm Qualified To Satisfy You |
| 41 | PolyGram Records, Inc. | Carlos Santana | Europa |
| 42 | PolyGram Records, Inc. | Eric Burdon & The Animals | Don't Bring Me Down |
| 43 | PolyGram Records, Inc. | Eric Burdon & The Animals | Good Times |

**Global Arts Productions**

## Schedule C

12/20/1998

| | | |
|---|---|---|
| 71 | Sony Music Entertainment Inc. | Janis Joplin | Piece Of My Heart |
| 72 | Sony Music Entertainment Inc. | Janis Joplin | Summertime |
| 73 | Sony Music Entertainment Inc. | Janis Joplin | Turtle Blues |
| 74 | Sony Music Entertainment Inc. | Simon & Garfunkel | Bleeker Street |
| 75 | Sony Music Entertainment Inc. | The Who | Tommy, Can You Hear Me? |
| 76 | Sony Music Entertainment Inc. | Toto | Africa |
| 77 | Teldec - Affiliated with Elektra Entertainment | Eric Burdon & The Animals | Boom Boom |
| 78 | Teldec - Affiliated with Elektra Entertainment | Eric Burdon & The Animals | Mamma Told Me Not To Come |
| 79 | Warner Bros. Records Inc. | America | A Horse With No Name |
| 80 | Warner Bros. Records Inc. | America | Lonely People |
| 81 | Warner Bros. Records Inc. | America | Sister Golden Hair |
| 82 | Warner Bros. Records Inc. | Bellamy Brothers | If I Said You Have A Beautiful Body |
| 83 | Warner Bros. Records Inc. | Four Seasons | December 63 (Oh What A Night)) |
| 84 | Warner Bros. Records Inc. | Mann, Manfred & Earthband | Blinded By The Light |
| 85 | Warner Bros. Records Inc. | Van Morrison | And It Stoned Me |
| 86 | Warner Bros. Records Inc. | Van Morrison | Here Comes The Night |
| 87 | EMI/Capitol Records, Inc. | Bobby McFerrin | Don't Worry Be Happy |

- 4 -

## Global Arts Productions

### Schedule D

**12/20/1998**

| | Record Company | Artist | Artist Recording |
|---|---|---|---|
| 1 | A&M Records, Inc. | Cat Stevens | Lady d'Arbanville |
| 2 | A&M Records, Inc. | Cat Stevens | Morning Has Broken |
| 3 | A&M Records, Inc. | Cat Stevens | Peace Train |
| 4 | Abkco - Affiliated with PolyGram Records, Inc. | Eric Burdon & The Animals | Don't Let Me Be Misunderstood |
| 5 | Abkco - Affiliated with PolyGram Records, Inc. | Eric Burdon & The Animals | Gonna Send You Back To Walker |
| 6 | Atlantic - Affiliated with Warner Communications, Inc. | Aretha Franklin | Chain Of Fools |
| 7 | Atlantic - Affiliated with Warner Communications, Inc. | Aretha Franklin | I Say A Little Prayer |
| 8 | Atlantic - Affiliated with Warner Communications, Inc. | Percy Sledge | When A Man Loves A Woman |
| 9 | Atlantic - Affiliated with Warner Communications, Inc. | Sonny & Cher | A Beautiful Story |
| 10 | Atlantic - Affiliated with Warner Communications, Inc. | Sonny & Cher | But You're Mine |
| 11 | Atlantic - Affiliated with Warner Communications, Inc. | Sonny & Cher | Good Combination |
| 12 | Atlantic - Affiliated with Warner Communications, Inc. | Sonny & Cher | Have I Stayed Too Long |
| 13 | Atlantic - Affiliated with Warner Communications, Inc. | Sonny & Cher | I Got You Babe |
| 14 | Atlantic - Affiliated with Warner Communications, Inc. | Sonny & Cher | It's The Little Things |
| 15 | Atlantic - Affiliated with Warner Communications, Inc. | Sonny & Cher | Just You |
| 16 | Atlantic - Affiliated with Warner Communications, Inc. | Sonny & Cher | Little Man |
| 17 | Atlantic - Affiliated with Warner Communications, Inc. | Sonny & Cher | Living For You |
| 18 | Atlantic - Affiliated with Warner Communications, Inc. | Sonny & Cher | The Beat Goes On |
| 19 | Atlantic - Affiliated with Warner Communications, Inc. | Sonny & Cher | What Now My Love |

### Global Arts Productions

### Schedule D

**12/20/1998**

| | Company | Artist | Artist Recording |
|---|---|---|---|
| 20 | BMG Music | John Lee Hooker | Boogie Chillun |
| 21 | BMG Music | John Lee Hooker | Crawlin' King Snake |
| 22 | BMG Music | John Lee Hooker | Dimples |
| 23 | BMG Music | John Lee Hooker | Hobo Blues |
| 24 | BMG Music | John Lee Hooker | I'm In The Mood |
| 25 | BMG Music | John Lee Hooker | Little Wheel |
| 26 | BMG Music | John Lee Hooker | No Shoes |
| 27 | BMG Music | John Lee Hooker | Serves Me Right To Suffer |
| 28 | BMG Music | The Lovin' Spoonful | Coconut Grove |
| 29 | BMG Music | The Lovin' Spoonful | Darling Be Home Soon |
| 30 | BMG Music | The Lovin' Spoonful | Daydream |
| 31 | BMG Music | The Lovin' Spoonful | Did You Ever Have To Make Up Your Mind? |
| 32 | BMG Music | The Lovin' Spoonful | Didn't Want To Have To Do It |
| 33 | BMG Music | The Lovin' Spoonful | Do You Believe In Magic |
| 34 | BMG Music | The Lovin' Spoonful | Jug Band Music |
| 35 | BMG Music | The Lovin' Spoonful | Lonely (Amy's Theme) |
| 36 | BMG Music | The Lovin' Spoonful | Money |
| 37 | BMG Music | The Lovin' Spoonful | Nashville Cats |
| 38 | BMG Music | The Lovin' Spoonful | Pow! ( Theme From What's Up, Tiger Lily?) |
| 39 | BMG Music | The Lovin' Spoonful | Rain On The Roof |
| 40 | BMG Music | The Lovin' Spoonful | She Is Still A Mistery |
| 41 | BMG Music | The Lovin' Spoonful | Six O'Clock |
| 42 | BMG Music | The Lovin' Spoonful | Summer In The City |
| 43 | BMG Music | The Lovin' Spoonful | Wild About My Lovin' |
| 44 | BMG Music | The Lovin' Spoonful | Younger Generation |
| 45 | Capitol Records, Inc. | Al Martino | Spanish Eyes |
| 46 | Capitol Records, Inc. | Beach Boys | Good Vibrations |

## Global Arts Productions

### Schedule D

12/20/1998

| | Record Company | Artist | Artist Recording Title |
|---|---|---|---|
| 47 | Capitol Records, Inc. | Beach Boys | Help Me Rhonda |
| 48 | Capitol Records, Inc. | Beach Boys | Sloop John B |
| 49 | Capitol Records, Inc. | Dean Martin | Here We Go Again |
| 50 | Capitol Records, Inc. | Dean Martin | Houston |
| 51 | Capitol Records, Inc. | Dean Martin | I Will |
| 52 | Capitol Records, Inc. | Dean Martin | I Wonder Who's Kissing Her Now |
| 53 | Capitol Records, Inc. | Dean Martin | It Keeps Right On A Hurtin |
| 54 | Capitol Records, Inc. | Dean Martin | My Heart Cries For You |
| 55 | Capitol Records, Inc. | Dean Martin | My Rifle, My Pony And Me |
| 56 | Capitol Records, Inc. | Dean Martin | Return To Me (Ritorna Me) |
| 57 | Capitol Records, Inc. | Dean Martin | Rio Bravo |
| 58 | Capitol Records, Inc. | Dean Martin | Together Again |
| 59 | Capitol Records, Inc. | Dean Martin | Welcome To My Heart |
| 60 | Capitol Records, Inc. | Dean Martin | You're Nobody Till Somebody Loves You |
| 61 | Capitol Records, Inc. | Dean Martin | You've Still Got A Place In My Heart |
| 62 | Capitol Records, Inc. | Dion | The Wanderer |
| 63 | Capitol Records, Inc. | Eddie Cochran | C'mon Everybody |
| 64 | Capitol Records, Inc. | Eddie Cochran | Jeannie, Jeannie, Jeannie |
| 65 | Capitol Records, Inc. | Eddie Cochran | Sittin' In The Balcony |
| 66 | Capitol Records, Inc. | Eddie Cochran | Something Else |
| 67 | Capitol Records, Inc. | Eddie Cochran | Summertime Blues |
| 68 | Capitol Records, Inc. | Eddie Cochran | Teenage Heaven |
| 69 | Capitol Records, Inc. | Frank Sinatra | Come Fly With Me |
| 70 | Capitol Records, Inc. | Frank Sinatra | Here's That Rainy Day |
| 71 | Capitol Records, Inc. | Frank Sinatra | I Get A Kick Out Of You |
| 72 | Capitol Records, Inc. | Frank Sinatra | I've Got You Under My Skin |
| 73 | Capitol Records, Inc. | Frank Sinatra | Learnin' The Blues (CD 1) |

# Global Arts Productions

## Schedule D

12/20/1998

| | Record Company | Artist | Artist Recording |
|---|---|---|---|
| 74 | Capitol Records, Inc. | Frank Sinatra | Love And Marriage |
| 75 | Capitol Records, Inc. | Frank Sinatra | Ol' McDonald (CD 2) |
| 76 | Capitol Records, Inc. | Frank Sinatra | On The Sunny Side Of The Street |
| 77 | Capitol Records, Inc. | Frank Sinatra | South Of The Border (CD 1) |
| 78 | Capitol Records, Inc. | Frank Sinatra | The Lady Is A Tramp |
| 79 | Capitol Records, Inc. | Frank Sinatra | The Last Dance |
| 80 | Capitol Records, Inc. | Frank Sinatra | Three Coins In The Fountain |
| 81 | Capitol Records, Inc. | Frank Sinatra | Witchcraft (CD 1) |
| 82 | Capitol Records, Inc. | Frank Sinatra | Young At Heart (CD 1) |
| 83 | Capitol Records, Inc. | Joe Cocker | Feeling Alright |
| 84 | Capitol Records, Inc. | Joe Cocker | With A Little Help From My Friends |
| 85 | Capitol Records, Inc. | Linda Ronstadt | Different Drum |
| 86 | Capitol Records, Inc. | The Beach Boys | Barbara Ann |
| 87 | Capitol Records, Inc. | The Beach Boys | California Girls |
| 88 | Capitol Records, Inc. | The Beach Boys | Dance Dance Dance |
| 89 | Capitol Records, Inc. | The Beach Boys | Fun, Fun, Fun |
| 90 | Capitol Records, Inc. | The Beach Boys | Good Vibrations |
| 91 | Capitol Records, Inc. | The Beach Boys | Help Me Rhonda |
| 92 | Capitol Records, Inc. | The Beach Boys | Heros And Villians |
| 93 | Capitol Records, Inc. | The Beach Boys | I Get Around |
| 94 | Capitol Records, Inc. | The Beach Boys | In My Room |
| 95 | Capitol Records, Inc. | The Beach Boys | Kokomo |
| 96 | Capitol Records, Inc. | The Beach Boys | Little Deuce Coupe |
| 97 | Capitol Records, Inc. | The Beach Boys | Sloop John B |
| 98 | Capitol Records, Inc. | The Beach Boys | Surfin' Safari |
| 99 | Capitol Records, Inc. | The Beach Boys | Surfin' USA |
| 100 | Capitol Records, Inc. | The Beach Boys | Wouldn't It Be Nice |

## Global Arts Productions

### Schedule D

12/20/1998

| | Record Company | Artist | Artist Recording |
|---|---|---|---|
| 101 | Decca - Affiliated with MCA Records, Inc. and PolyGram Records, Inc. | Eric Burdon & The Animals | Gin House Blues |
| 102 | Decca - Affiliated with MCA Records, Inc. and PolyGram Records, Inc. | Eric Burdon & The Animals | I Put A Spell On You |
| 103 | Decca - Affiliated with MCA Records, Inc. and PolyGram Records, Inc. | Eric Burdon & The Animals | It's My Life |
| 104 | Decca - Affiliated with MCA Records, Inc. and PolyGram Records, Inc. | Eric Burdon & The Animals | Sweet Little Sixteen |
| 105 | Elektra Entertainment | The Doors | Alabama Song |
| 106 | Elektra Entertainment | The Doors | Break On Through |
| 107 | Elektra Entertainment | The Doors | Five To One |
| 108 | Elektra Entertainment | The Doors | Love Me Two Times |
| 109 | Elektra Entertainment | The Doors | People Are Strange |
| 110 | Elektra Entertainment | The Doors | Spanish Caravan |
| 111 | Elektra Entertainment | The Doors | Strange Days |
| 112 | Elektra Entertainment | The Doors | The End |
| 113 | Elektra Entertainment | The Doors | The Unknown Soldier |
| 114 | Elektra Entertainment | The Doors | The WASP |
| 115 | London - Affiliated with PolyGram Records, Inc. | Eddie Cochran | Blue Suede Shoes |
| 116 | London - Affiliated with PolyGram Records, Inc. | Eddie Cochran | Hallelujah! I Love Her So |
| 117 | London - Affiliated with PolyGram Records, Inc. | Eddie Cochran | Lonely |
| 118 | London - Affiliated with PolyGram Records, Inc. | Eddie Cochran | My Way |
| 119 | London - Affiliated with PolyGram Records, Inc. | Eddie Cochran | One Kiss |
| 120 | London - Affiliated with PolyGram Records, Inc. | Eddie Cochran | Sweetie Pie |
| 121 | London - Affiliated with PolyGram Records, Inc. | Eddie Cochran | Tell Me Why |

## Global Arts Productions

### Schedule D

12/20/1998

| | Record Company | Artist | Artist Recording |
|---|---|---|---|
| 122 | London - Affiliated with PolyGram Records, Inc. | Eddie Cochran | Three Steps To Heaven |
| 123 | London - Affiliated with PolyGram Records, Inc. | Eddie Cochran | Twenty Flight Rock |
| 124 | London - Affiliated with PolyGram Records, Inc. | Eddie Cochran | Weekend |
| 125 | MCA Records, Inc. | Chuck Berry | Back In the USA |
| 126 | MCA Records, Inc. | Chuck Berry | Carol |
| 127 | MCA Records, Inc. | Chuck Berry | Johnny B. Goode |
| 128 | MCA Records, Inc. | Chuck Berry | Let It Rock |
| 129 | MCA Records, Inc. | Chuck Berry | Maybellene |
| 130 | MCA Records, Inc. | Chuck Berry | Nadine (Is It You?) |
| 131 | MCA Records, Inc. | Chuck Berry | No Particular Place To Go |
| 132 | MCA Records, Inc. | Chuck Berry | Reelin' And Rockin' |
| 133 | MCA Records, Inc. | Chuck Berry | Rock And Roll Music |
| 134 | MCA Records, Inc. | Chuck Berry | Roll Over Beethoven |
| 135 | MCA Records, Inc. | Chuck Berry | School Days |
| 136 | MCA Records, Inc. | Chuck Berry | Sweet Little Sixteen |
| 137 | MCA Records, Inc. | Chuck Berry | You Never Can Tell |
| 138 | MCA Records, Inc. | The Who | Baba O'Riley |
| 139 | MCA Records, Inc. | The Who | Happy Jack |
| 140 | MCA Records, Inc. | The Who | I Can't Explain |
| 141 | MCA Records, Inc. | The Who | Magic Bus |
| 142 | PolyGram Records, Inc. | Astrud Gilberto | The Girl From Ipanema |
| 143 | PolyGram Records, Inc. | Righteous Brothers | Unchained Melody |
| 144 | RCA Records | Frank Sinatra | Blue Skies |
| 145 | RCA Records | Frank Sinatra | Night And Day |
| 146 | RCA Records | Harry Belafonte | Angelina |

## Global Arts Productions

### Schedule D

**12/20/1998**

| | Record Company | Artist Name | Artist Recording |
|---|---|---|---|
| 147 | RCA Records | Lee Marvin | Wandrin Star |
| 148 | Reprise - Affiliated with Warner Bros. Records Inc. | Frank Sinatra | For Once In My Life |
| 149 | Reprise - Affiliated with Warner Bros. Records Inc. | Frank Sinatra | Theme From New York, New York |
| 150 | Reprise - Affiliated with Warner Bros. Records Inc. | Frank Sinatra | What Now My Love |
| 151 | Reprise - Affiliated with Warner Bros. Records Inc. | Kenny Rogers | Ruby Don't Take Your Love To Town |
| 152 | Reprise - Affiliated with Warner Bros. Records Inc. | Lee Hazlewood & Nancy Sinatra | Summer Wine |
| 153 | Reprise - Affiliated with Warner Bros. Records Inc. | The Kinks | Lola |
| 154 | Sony Music Entertainment Inc. | Billy Joel | Cold Spring Harbor |
| 155 | Sony Music Entertainment Inc. | Billy Joel | Everybody Loves You Now |
| 156 | Sony Music Entertainment Inc. | Billy Joel | Falling Of The Rain |
| 157 | Sony Music Entertainment Inc. | Billy Joel | Got To Begin Again |
| 158 | Sony Music Entertainment Inc. | Billy Joel | Nocturne |
| 159 | Sony Music Entertainment Inc. | Billy Joel | She's Got A Way |
| 160 | Sony Music Entertainment Inc. | Billy Joel | Tomorrow Is Today |
| 161 | Sony Music Entertainment Inc. | Billy Joel | Turn Around |
| 162 | Sony Music Entertainment Inc. | Billy Joel | Why Judy Why |
| 163 | Sony Music Entertainment Inc. | Billy Joel | You Can Make Me Free |
| 164 | Sony Music Entertainment Inc. | Billy Joel | You Look So Good To Me |
| 165 | Sony Music Entertainment Inc. | Bob Dylan | All I Really Want To Do |
| 166 | Sony Music Entertainment Inc. | Bob Dylan | Black Crow Blues |
| 167 | Sony Music Entertainment Inc. | Bob Dylan | Gates Of Eden |
| 168 | Sony Music Entertainment Inc. | Bob Dylan | Highway Revisited |
| 169 | Sony Music Entertainment Inc. | Bob Dylan | I Don't Believe You |
| 170 | Sony Music Entertainment Inc. | Bob Dylan | I Shall Be Free |

## Global Arts Productions

### Schedule D

12/20/1998

| | Record Company | Artist | Artist Recording |
|---|---|---|---|
| 171 | Sony Music Entertainment Inc. | Bob Dylan | It Ain't Me Babe |
| 172 | Sony Music Entertainment Inc. | Bob Dylan | It Takes A Lot To Laugh |
| 173 | Sony Music Entertainment Inc. | Carlos Santana | Black Magic Woman |
| 174 | Sony Music Entertainment Inc. | Carlos Santana | Evil Ways |
| 175 | Sony Music Entertainment Inc. | Carlos Santana | Jingo |
| 176 | Sony Music Entertainment Inc. | Carlos Santana | Oye Como Va |
| 177 | Sony Music Entertainment Inc. | Carlos Santana | Persuasion |
| 178 | Sony Music Entertainment Inc. | Carlos Santana | Samba Pa Ti |
| 179 | Sony Music Entertainment Inc. | Chicago | 25 Or 6 To 4 |
| 180 | Sony Music Entertainment Inc. | Chicago | Beginings |
| 181 | Sony Music Entertainment Inc. | Chicago | Colour My World |
| 182 | Sony Music Entertainment Inc. | Chicago | Does Anybody Really Know What Time It Is? |
| 183 | Sony Music Entertainment Inc. | Chicago | Make Me Smile |
| 184 | Sony Music Entertainment Inc. | Chicago | Questions 67 & 68 |
| 185 | Sony Music Entertainment Inc. | Frank Sinatra | Laura |
| 186 | Sony Music Entertainment Inc. | Frank Sinatra | My Blue Heaven |
| 187 | Sony Music Entertainment Inc. | Frank Sinatra | Nancy (CD 1) |
| 188 | Sony Music Entertainment Inc. | Frank Sinatra | Ol' Man River |
| 189 | Sony Music Entertainment Inc. | Frank Sinatra | The Music Stopped |
| 190 | Sony Music Entertainment Inc. | Janis Joplin | Cry Baby |
| 191 | Sony Music Entertainment Inc. | Janis Joplin | Kozmic Blues |
| 192 | Sony Music Entertainment Inc. | Janis Joplin | Maybe |
| 193 | Sony Music Entertainment Inc. | Janis Joplin | Me And Bobby McGee |
| 194 | Sony Music Entertainment Inc. | Janis Joplin | Mercedes Benz |
| 195 | Sony Music Entertainment Inc. | Janis Joplin | Move Over |
| 196 | Sony Music Entertainment Inc. | Janis Joplin | One Good Man |
| 197 | Sony Music Entertainment Inc. | Janis Joplin | To Love Somebody |

# Global Arts Productions

## Schedule D

12/20/1998

| | Record Company | Artist | Artist Recording |
|---|---|---|---|
| 198 | Sony Music Entertainment Inc. | Janis Joplin | Try (Just A Little Bit Harder) |
| 199 | Sony Music Entertainment Inc. | Janis Joplin | Work Me Lord |
| 200 | Sony Music Entertainment Inc. | Neil Diamond | Hanky Panky |
| 201 | Sony Music Entertainment Inc. | Neil Diamond | I'll Come Running |
| 202 | Sony Music Entertainment Inc. | Neil Diamond | I'm A Believer |
| 203 | Sony Music Entertainment Inc. | Neil Diamond | Kentucky Woman |
| 204 | Sony Music Entertainment Inc. | Neil Diamond | La Bamba |
| 205 | Sony Music Entertainment Inc. | Neil Diamond | Monday Monday |
| 206 | Sony Music Entertainment Inc. | Neil Diamond | New Orleans |
| 207 | Sony Music Entertainment Inc. | Neil Diamond | Oh No No |
| 208 | Sony Music Entertainment Inc. | Orbisongs (The Roy Orbison Medley) | Oh, Pretty Woman; It's Over; Borne On The Wind; Mean Woman Blues; In Dreams(Monument); Running Scared(Monument); Only The Lonely(Monument); Falling; Blue Angel(Monument); Oh, Pretty Woman |
| 209 | Sony Music Entertainment Inc. | Roy Orbison | All I Have To Do Is Dream |
| 210 | Sony Music Entertainment Inc. | Roy Orbison | Blue Bayou |
| 211 | Sony Music Entertainment Inc. | Roy Orbison | Claudette |
| 212 | Sony Music Entertainment Inc. | Roy Orbison | Cry |
| 213 | Sony Music Entertainment Inc. | Roy Orbison | Crying |
| 214 | Sony Music Entertainment Inc. | Roy Orbison | Dream Baby |
| 215 | Sony Music Entertainment Inc. | Roy Orbison | It's Over |
| 216 | Sony Music Entertainment Inc. | Roy Orbison | Love Hurts |
| 217 | Sony Music Entertainment Inc. | Roy Orbison | Mean Woman Blues |
| 218 | Sony Music Entertainment Inc. | Roy Orbison | Oh Pretty Woman |
| 219 | Sony Music Entertainment Inc. | Roy Orbison | Only The Lonely |
| 220 | Sony Music Entertainment Inc. | Roy Orbison | Only You |
| 221 | Sony Music Entertainment Inc. | Roy Orbison | Pretty Paper |

**Global Arts Productions**

## Schedule D

12/20/1998

| | Record Company | Artist/Title | Artist Recording |
|---|---|---|---|
| 222 | Sony Music Entertainment Inc. | Roy Orbison | Running Scared |
| 223 | Sony Music Entertainment Inc. | Simon & Garfunkel | A Most Peculiar Man |
| 224 | Sony Music Entertainment Inc. | Simon & Garfunkel | America |
| 225 | Sony Music Entertainment Inc. | Simon & Garfunkel | Anji |
| 226 | Sony Music Entertainment Inc. | Simon & Garfunkel | April Comes She Will |
| 227 | Sony Music Entertainment Inc. | Simon & Garfunkel | At The Zoo |
| 228 | Sony Music Entertainment Inc. | Simon & Garfunkel | Blessed |
| 229 | Sony Music Entertainment Inc. | Simon & Garfunkel | Bridge Over Troubled Water |
| 230 | Sony Music Entertainment Inc. | Simon & Garfunkel | Bye Bye Love |
| 231 | Sony Music Entertainment Inc. | Simon & Garfunkel | Go Tell It On The Mountain |
| 232 | Sony Music Entertainment Inc. | Simon & Garfunkel | Homeward Bound |
| 233 | Sony Music Entertainment Inc. | Simon & Garfunkel | Keep The Customer Satisfied |
| 234 | Sony Music Entertainment Inc. | Simon & Garfunkel | Mrs. Robinson |
| 235 | Sony Music Entertainment Inc. | Simon & Garfunkel | Scarborough Faircanticle |
| 236 | Sony Music Entertainment Inc. | Simon & Garfunkel | The 59th Street Bridge Song (Feelin' Groovey) |
| 237 | Sony Music Entertainment Inc. | Van Morrison | Brown Eyed Girl |
| 238 | Sony Music Entertainment Inc. | Van Morrison | Midnight Special |
| 239 | Sony Music Entertainment Inc. | Van Morrison | Spanish Rose |
| 240 | Sony Music Entertainment Inc. | Van Morrison | T.B. Sheets |
| 241 | Sony Music Entertainment Inc. | Van Morrison | Who Drove The Red Sportscar |
| 242 | Warner Bros. Records Inc. | America | A Horse With No Name |
| 243 | Warner Bros. Records Inc. | Frank Sinatra | All Or Nothing At All |
| 244 | Warner Bros. Records Inc. | Frank Sinatra | All The Way |
| 245 | Warner Bros. Records Inc. | Frank Sinatra | Autumn In New York |
| 246 | Warner Bros. Records Inc. | Frank Sinatra | It Was A Very Good Year |
| 247 | Warner Bros. Records Inc. | Frank Sinatra | My Kind Of Town |
| 248 | Warner Bros. Records Inc. | Frank Sinatra | My Way |

# Global Arts Productions

## Schedule D

**12/20/1998**

| | | | |
|---|---|---|---|
| 249 | Warner Bros. Records Inc. | Frank Sinatra | Somethin' Stupid (With Nancy Sinatra) |
| 250 | Warner Bros. Records Inc. | Frank Sinatra | Strangers In The Night |
| 251 | Warner Bros. Records Inc. | Frank Sinatra | Summer Wind |
| 252 | Warner Bros. Records Inc. | Frank Sinatra | That's Life |
| 253 | Warner Bros. Records Inc. | Frank Sinatra | Yesterday |
| 254 | Warner Bros. Records Inc. | Van Morrison | Domino |
| 255 | Warner Bros. Records Inc. | Van Morrison | Moondance |
| 256 | Warner Bros. Records Inc. | Van Morrison | Sweet Thing |

## STACK - O - HITS
### STACK - O - HITS
### STACK - O - HITS
## STACK - O - HITS
# STACK - O - HITS

## Records

1. Glenn Miller
2. Duke Ellington 1
3. Duke Ellington 2
4. R.B. Greaves
5. Quincy Jones
6. Count Basie 2
7. The Electric Flag
8. Gloria Lynne
9. Rock and Roll Forever
10. Muddy Waters, B.B.King & Big Mama Thornton
11. Arthur Fiedler/Boston Pops
12. Golden Chart Busters
13. James Cotton 2
14. Freddy Fender
15. Little Richard

16. Duke Ellington 3
17. Chuck Berry
18. Past Times Behind
19. Woody Herman
20. Ella Fitzgerald
21. Benny Goodman
22. Mike Bloomfield
23. World's Greatest Jam Session
24. Johnny Lee
25. Hall and Oats 2
26. Glenn Yarborough
27. Frank Sinatra 4
28. Roy Brown
29. Joe Turner 1
30. Joe Turner 2
31. Joe Turner 3
32. Little Walter and Otis Rush
33. Big Red Savage and The Blasters
34. Jimmy Reed
35. Bill Monroe
36. Magic Sam 1
37. Etta James

38. George Jones 2
39. Mississippi John Hurt 1
40. James Cotton 1
41. George Jones 1
42. Delbert McClinton
43. Don Williams & The Poco Seco Singers
44. Son House In Concert Live
45. The Oak Ridge Boys 1
46. Johnny Paycheck
47. Joe Turner 4
48. Billy Boy Arnold
49. Elmore James
50. Magic Sam 2
51. Big Joe Turner 5
52. Magic Sam 3
53. New Orleans Gold
54. Rockin' To New Orleans
55. Big Joe Williams

56. Howlin' Wolf
57. All Star Chart Busters
58. Ray Charles
59. Lena Horne & Nat King Cole
60. Percy Mayfield
61. Howlin' Wolf 2
62. Mickey Gilley
63. Willie Nelson & Waylon Jennings
64. Ann Murray
65. Willie Nelson & Johnny Lee
66. Daryl Hall & John Oats
67. Neil Sedaka
68. Muddy Waters
69. Willie Nelson 1
70. Willie Nelson 2
71. Frank Sinatra 1
72. Jazz Reflections-Jack Millman's All Star Orchestra
73. King Pleasure

A Division of Soundwave Records, Inc.

STACK - O - HITS
STACK - O - HITS
STACK - O - HITS
STACK - O - HITS
# STACK - O - HITS
## Records

74. Count Basie 1
75. Frank Sinatra 2
76. Frank Sinatra 3
77. Dizzy Gillespie
       w/Sarah Vaughn
78. Touch of Class
79. Doc Watson 1
80. Mississippi John Hurt 2
81. Cab Calloway
82. World's Greatest
       Rock & Roll
83. New Birth 1
84. Frank Sinatra 5
85. Rod Stewart
86. Goin' Up In The Country

**87. We'll Take Romance**
**88. Johnny Cash**
89. Country After Dark
90. Superstar Session
91. Tony Bennet
92. Freddy Fender 2
93. Bobby Sherwood & His
       Orchestra
94. Earl Spencer & His
       Orchestra
95. Orrin Tucker & His
       Orchestra
96. June Christy & Bob Cooper
97. Johnny Catron & His Band
98. Nostalgia Greats
99. American Musical Heritage
100. Joe Pass Quintet